AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Wisconsin

| | |
|---|---|
| NEWSMAX BROADCASTING, LLC | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| | ) |
| FOX CORPORATION and | ) |
| FOX NEWS NETWORK, LLC | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  25-cv-770

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Fox News Network, LLC
C/O Registered Agent
Incorporating Services, LTD.
3500 S Dupont Hwy.
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer L. Gregor
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____9/12/25_____          s/L. Kamke, Deputy Clerk
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   3:25-CV-00770-WMC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   FOX NEWS NETWORK, LLC

was received by me on *(date)*   09/12/2025

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   INCORPORATING SERVICES, LTD., AS REGISTERED AGENT, ACCEPTED BY MEGAN VELASQUEZ (MANAGING AGENT EMPLOYED AT REGISTERED AGENT)   , who is

designated by law to accept service of process on behalf of *(name of organization)*   FOX NEWS NETWORK, LLC

3500 S. DUPONT HIGHWAY, DOVER, DE 19901   on *(date)*   09/12/2025 AT 2:30 PM   _____

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   09/12/2025                                     *Server's signature*

FRANK PRITCHETT                                PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; UNISSUED SUMMONS TO DEFENDANT; CORPORATE DISCLOSURE STATEMENT BY NEWSMAX BROADCASTING, LLC; CM ECF NOTICE OF ASSIGNMENT OF JUDGE; CM ECF NOTICE AND STANDARD ATTACHMENTS FOR JUDGE WILLIAM CONLEY; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; CORPORATE DISCLOSURE STATEMENT FORM;