CLOSED, SP,

# U.S. District Court
## Western District of Wisconsin (Madison)
## CIVIL DOCKET FOR CASE #: 3:25–cv–00770–wmc

Newsmax Broadcasting, LLC v. Fox Corporation et al
Assigned to: District Judge William M. Conley
Referred to: Magistrate Judge Anita Marie Boor
Cause: 15:1 Antitrust Litigation

Date Filed: 09/11/2025
Date Terminated: 04/23/2026
Jury Demand: Plaintiff
Nature of Suit: 410 Anti–Trust
Jurisdiction: Federal Question

**Plaintiff**

**Newsmax Broadcasting, LLC**      represented by    **Michael John Guzman**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, NW
Suite 400
Washington, DC 20036
202–326–7910
Email: mguzman@kellogghansen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Lynn Gregor**
Godfrey & Kahn S.C.
One East Main Street
Suite 500
P.O. Box 2719
Madison, WI 53701–2719
608–284–2629
Fax: 608–257–0609
Email: jgregor@gklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fox Corporation**      represented by    **Ryan J. Walsh**
Eimer Stahl LLP
10 E. Doty Street
Suite 621
Madison, WI 53703
608–620–8346
Fax: 312–692–1718
Email: rwalsh@eimerstahl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy C. Miller**
Eimer Stahl LLP
10 E. Doty Street
Suite 621

Madison, WI 53703
608−620−8347
Fax: 312−692−1718
Email: amiller@eimerstahl.com
*ATTORNEY TO BE NOTICED*

**Benjamin W. Snyder**
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036
202−551−1700
Email: bensnyder@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Bradley J Bondi**
Paul Hastings, LLP
2050 M St NW
Washington, DC 20036
202−551−1701
Email: bradbondi@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Cody L. Reaves**
Torridon Law PLLC
801 17th Street NW
Suite 1100
Washington, DC 20006
202−249−6900
Email: creaves@torridonlaw.com
*ATTORNEY TO BE NOTICED*

**Michael F. Murray**
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036
202−551−1730
Email: michaelmurray@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Patrick F. Philbin**
Torridon Law PLLC
801 Seventeenth St. NW
Suite 1100
Washington, DC 20006
202−249−6633
Email: pphilbin@torridonlaw.com
*ATTORNEY TO BE NOTICED*

**Paul T Cappuccio**
Torridon Law PLLC
801 17th Street NW
Suite 1100
Washington, DC 20006
202−249−6900
Email: ecf_ptc@torridonlaw.com

*ATTORNEY TO BE NOTICED*

**Ronald Kenneth Anguas , Jr**
Paul Hastings, LLP
2050 M St NW
Washington, DC 20036
202−551−1872
Email: ronaldanguas@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Fox News Network, LLC                    represented by   **Ryan J. Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy C. Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Benjamin W. Snyder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bradley J Bondi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cody L. Reaves**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael F. Murray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick F. Philbin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul T Cappuccio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Kenneth Anguas , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2025 | Ï 1 | COMPLAINT against Fox Corporation, Fox News Network, LLC. ( Filing fee $ 405 receipt number AWIWDC−3674841.), filed by Newsmax Broadcasting, LLC. (Attachments: # 1 JS−44 Civil Cover Sheet, |

|  |  | # 2 Summons – Fox Corporation,<br># 3 Summons – Fox News Network, LLC) (Gregor, Jennifer) (Entered: 09/11/2025) |
| --- | --- | --- |
| 09/11/2025 | 2 | Corporate Disclosure Statement by Plaintiff Newsmax Broadcasting, LLC. (Gregor, Jennifer) (Entered: 09/11/2025) |
| 09/12/2025 |  | Case randomly assigned to District Judge William M. Conley and Magistrate Judge Anita Marie Boor. (lak) (Entered: 09/12/2025) |
| 09/12/2025 |  | Standard attachments for Judge William M. Conley required to be served on all parties with summons or waiver of service:  NORTC, Corporate Disclosure Statement. (lak) (Entered: 09/12/2025) |
| 09/12/2025 | 3 | Summons Issued as to Fox Corporation and Fox News Network, LLC. (lak) (Entered: 09/12/2025) |
| 09/15/2025 | 4 | Summons Returned Executed. Fox Corporation served on 9/12/2025, answer due 10/3/2025. (Gregor, Jennifer) (Entered: 09/15/2025) |
| 09/15/2025 | 5 | Summons Returned Executed. Fox News Network, LLC served on 9/12/2025, answer due 10/3/2025. (Gregor, Jennifer) (Entered: 09/15/2025) |
| 09/19/2025 | 6 | Motion to Admit Michael John Guzman Pro Hac Vice. ( Pro Hac Vice fee $ 100 receipt number AWIWDC−3679030.) by Plaintiff Newsmax Broadcasting, LLC. (Guzman, Michael) (Entered: 09/19/2025) |
| 09/22/2025 | 7 | **\*\* TEXT ONLY ORDER \*\***<br>**ORDER** granting 6 Motion to Admit Michael J. Guzman Pro Hac Vice. Signed by Magistrate Judge Anita Marie Boor on 9/22/2025. (lak) (Entered: 09/22/2025) |
| 09/22/2025 | 8 | Notice of Appearance filed by Ryan J. Walsh for Defendants Fox Corporation, Fox News Network, LLC. (Walsh, Ryan) (Entered: 09/22/2025) |
| 09/22/2025 | 9 | **MOTION TO TRANSFER to United States District Court for the Southern District of Florida** by Defendants Fox Corporation, Fox News Network, LLC. Brief in Opposition due 10/14/2025. Brief in Reply due 10/23/2025. (Walsh, Ryan) (Entered: 09/22/2025) |
| 09/22/2025 | 10 | Brief in Support of 9 Motion to Transfer by Defendants Fox Corporation, Fox News Network, LLC (Attachments:<br># 1 Text of Proposed Order) (Walsh, Ryan) Modified on 9/23/2025. (lak) (Entered: 09/22/2025) |
| 09/22/2025 | 11 | Declaration of Ryan J. Walsh filed by Defendants Fox Corporation, Fox News Network, LLC re: 9 Motion to Transfer (Attachments:<br># 1 Exhibit A – Newsmax Complaint (S.D. Fla),<br># 2 Exhibit B – Order Dismissing Case (S.D. Fla),<br># 3 Exhibit C – Notice of Voluntary Dismissal (S.D. Fla),<br># 4 Exhibit D – Newsmax Memo of Law (D.D.C.)) (Walsh, Ryan) Modified on 9/23/2025. (lak) (Entered: 09/22/2025) |
| 09/22/2025 | 12 | Corporate Disclosure Statement by Defendant Fox Corporation. (Walsh, Ryan) (Entered: 09/22/2025) |
| 09/22/2025 | 13 | Corporate Disclosure Statement by Defendant Fox News Network, LLC. (Walsh, Ryan) (Entered: 09/22/2025) |
| 09/23/2025 | 14 | Unopposed Motion for Extension of Time to File Answer re 1 Complaint, by Defendants Fox Corporation, Fox News Network, LLC. (Walsh, Ryan) (Entered: 09/23/2025) |
| 09/23/2025 | 15 |  |

|  |  |  | **\*\* TEXT ONLY ORDER \*\*** <br> For good cause, defendant's unopposed motion for extension of time, Dkt. 14 , is GRANTED. The deadline to answer or otherwise respond is now November 3, 2025. Signed by Magistrate Judge Anita Marie Boor on 9/23/2025. (voc) (Entered: 09/23/2025) |
| 09/23/2025 | 16 | Notice of Appearance filed by Amy C. Miller for Defendants Fox Corporation, Fox News Network, LLC. (Miller, Amy) (Entered: 09/23/2025) |
| 09/23/2025 | 17 | Notice of Appearance filed by Bradley J Bondi for Defendants Fox Corporation, Fox News Network, LLC. (Bondi, Bradley) (Entered: 09/23/2025) |
| 09/23/2025 | 18 | Notice of Appearance filed by Michael F. Murray for Defendants Fox Corporation, Fox News Network, LLC. (Murray, Michael) (Entered: 09/23/2025) |
| 09/23/2025 | 19 | Notice of Appearance filed by Benjamin W. Snyder for Defendants Fox Corporation, Fox News Network, LLC. (Snyder, Benjamin) (Entered: 09/23/2025) |
| 09/23/2025 | 20 | Notice of Appearance filed by Ronald Kenneth Anguas, Jr for Defendants Fox Corporation, Fox News Network, LLC. (Anguas, Ronald) (Entered: 09/23/2025) |
| 10/14/2025 | 21 | Unopposed Motion for Extension of Time to File Answer *or Otherwise Respond to Complaint* by Defendants Fox Corporation, Fox News Network, LLC. (Walsh, Ryan) (Entered: 10/14/2025) |
| 10/14/2025 | 22 | Brief in Support of 21 Motion for Extension of Time to File Answer *or Otherwise Respond to Complaint* by Defendants Fox Corporation, Fox News Network, LLC (Attachments: # 1 Text of Proposed Order) (Walsh, Ryan) Modified on 10/15/2025. (lak) (Entered: 10/14/2025) |
| 10/14/2025 | 23 | Brief in Opposition by Plaintiff Newsmax Broadcasting, LLC re: 9 Motion to Transfer filed by Fox Corporation, Fox News Network, LLC (Gregor, Jennifer) (Entered: 10/14/2025) |
| 10/14/2025 | 24 | Declaration of Michael J. Guzman filed by Plaintiff Newsmax Broadcasting, LLC *in Support of Plaintiff's Opposition to Defendants'* re: 9 Motion to Transfer (Attachments: <br> # 1 Exhibit 1 – Google Flights – New York to Miami, <br> # 2 Exhibit 2 – Google Flights – New York to Madison, <br> # 3 Exhibit 3 – DISH Networks's Contact webpage, <br> # 4 Exhibit 4 – Craft Co. DISH Network – Locations webpage, <br> # 5 Exhibit 5 – TubiTV's Contact webpage, <br> # 6 Exhibit 6 – One America News's About webpage, <br> # 7 Exhibit 7 – Cision PR Newswire article regarding One America News, <br> # 8 Exhibit 8 – Mediacom's Area Locations webpage, <br> # 9 Exhibit 9 – FuboTV's Contact webpage, <br> # 10 Exhibit 10 – Indeed.com's listing of Hulu's office) (Gregor, Jennifer) (Entered: 10/14/2025) |
| 10/16/2025 | 25 | **\*\* TEXT ONLY ORDER \*\*** <br> **ORDER** granting 21 Unopposed Motion for Extension of Time to File Answer *or Otherwise Respond to Complaint* by Defendants Fox Corporation, Fox News Network, LLC. Answer due 11/25/2025. In the event the pending motion to transfer, Dkt. 9 , is granted on or before 11/25/2025, the answer deadline shall be 12/16/2025. Signed by Magistrate Judge Andrew R. Wiseman on 10/16/2025. (arw) (Entered: 10/16/2025) |
| 10/23/2025 | 26 | Brief in Reply by Defendants Fox Corporation, Fox News Network, LLC in Support of 9 Motion to Transfer (Walsh, Ryan) (Entered: 10/23/2025) |
| 11/24/2025 | 27 | Notice of Appearance filed by Paul T Cappuccio for Defendants Fox Corporation, Fox News Network, LLC. (Cappuccio, Paul) (Entered: 11/24/2025) |
| 11/24/2025 | 28 | Notice of Appearance filed by Patrick F. Philbin for Defendants Fox Corporation, Fox News Network, LLC. (Philbin, Patrick) (Entered: 11/24/2025) |

| 11/24/2025 | Ï 29 | Notice of Appearance filed by Cody L. Reaves for Defendants Fox Corporation, Fox News Network, LLC. (Reaves, Cody) (Entered: 11/24/2025) |
|---|---|---|
| 11/25/2025 | Ï 30 | **MOTION TO DISMISS** by Defendants Fox Corporation, Fox News Network, LLC. Brief in Opposition due 12/16/2025. Brief in Reply due 12/26/2025. (Walsh, Ryan) (Entered: 11/25/2025) |
| 11/25/2025 | Ï 31 | Brief in Support of 30 Motion to Dismiss by Defendants Fox Corporation, Fox News Network, LLC (Walsh, Ryan) (Entered: 11/25/2025) |
| 11/25/2025 | Ï 32 | Second Declaration of Ryan J. Walsh filed by Defendants Fox Corporation, Fox News Network, LLC re: 30 Motion to Dismiss (Attachments: <br> # 1 Exhibit A – Excerpts of Newsmax's Offering Circular, <br> # 2 Exhibit B – Newsmax's Current Report, <br> # 3 Exhibit C – Excerpts of Newsmax's Annual Report, <br> # 4 Exhibit D – Article (Jurkowitz and Mitchell), <br> # 5 Exhibit E – Article (Mwachiro), <br> # 6 Exhibit F – Article (Flood), <br> # 7 Exhibit G – Investor Presentation, <br> # 8 Exhibit H – Article (Thornton), <br> # 9 Exhibit I – Excerpts of Newsmax's Current Report, <br> # 10 Exhibit J – Mem. of Law of Fox News Network LLC (1:25–CV–01675)) (Walsh, Ryan) (Entered: 11/25/2025) |
| 12/01/2025 | Ï | Set Telephone Pretrial or Status Conference: Telephone Pretrial Conference set for 1/13/2026 at 03:00 PM before Magistrate Judge Anita M. Boor. Please call (669) 254–5252 and enter meeting ID 161 2455 6623 when prompted. Wait to be admitted into the conference. The parties are advised that a Rule 26(f) conference shall occur not less than two weeks before the preliminary pretrial conference, and that the parties' report or reports must be filed not less than one week before the preliminary pretrial conference.[Standing Order Governing Preliminary Pretrial Conference attached] [Procedures for Requesting a Hearing to Resolve a Deposition Dispute attached] (voc) (Entered: 12/01/2025) |
| 12/12/2025 | Ï 33 | Motion for Extension of Time *(Joint Motion to Extend Briefing Schedule on Defendants' Motion to Dismiss)* by Plaintiff Newsmax Broadcasting, LLC. (Gregor, Jennifer) (Entered: 12/12/2025) |
| 12/12/2025 | Ï 34 | **** TEXT ONLY ORDER ****<br>The parties have filed a joint motion, Dkt. 33 , asking to extend the briefing schedule on the motion to dismiss to account for the holidays. The extension the parties request is much longer than typical, even accounting for the holidays. But there is no schedule to disrupt at this point, so the motion is GRANTED. The response deadline is RESET to January 12, 2026, and the reply to February 11, 2026. Signed by Magistrate Judge Anita Marie Boor on 12/12/2025. (jls) (Entered: 12/12/2025) |
| 01/06/2026 | Ï 35 | Motion to Stay *Discovery* by Defendants Fox Corporation, Fox News Network, LLC. Response due 1/13/2026. (Walsh, Ryan) (Entered: 01/06/2026) |
| 01/06/2026 | Ï 36 | Brief in Support of 35 Motion to Stay *Discovery* by Defendants Fox Corporation, Fox News Network, LLC (Walsh, Ryan) (Entered: 01/06/2026) |
| 01/06/2026 | Ï 37 | Joint Preliminary Pretrial Conference Report by Plaintiff Newsmax Broadcasting, LLC (Gregor, Jennifer) (Entered: 01/06/2026) |
| 01/12/2026 | Ï 38 | **** TEXT ONLY ORDER ****<br>The court intends to rule on the motion to stay discovery, Dkt. 35 , at the January 13 preliminary pretrial conference. The parties should come prepared to argue their positions. Signed by Magistrate Judge Anita Marie Boor on 1/12/2025. (voc) (Entered: 01/12/2026) |

| | | |
|---|---|---|
| 01/12/2026 | Ï 39 | Brief in Opposition by Plaintiff Newsmax Broadcasting, LLC re: 35 Motion to Stay filed by Fox Corporation, Fox News Network, LLC (Gregor, Jennifer) (Entered: 01/12/2026) |
| 01/12/2026 | Ï 40 | Brief in Opposition by Plaintiff Newsmax Broadcasting, LLC re: 30 Motion to Dismiss filed by Fox Corporation, Fox News Network, LLC (Gregor, Jennifer) (Entered: 01/12/2026) |
| 01/12/2026 | Ï 41 | Declaration of Michael J. Guzman filed by Plaintiff Newsmax Broadcasting, LLC *in Support of Plaintiff's Opposition to Defendants'* re: 30 Motion to Dismiss (Attachments: <br> # 1 Exhibit 1 – Broockman & Kalla Article, <br> # 2 Exhibit 2 – Muise et al. Article, <br> # 3 Exhibit 3 – Martin & Yurukoglu Article, <br> # 4 Exhibit 4 – Hosseinmardi et al. Article, <br> # 5 Exhibit 5 – Bump Article, <br> # 6 Exhibit 6 – Excerpts of Hearing Transcripts in Fubo TV Inc. v. Walt Disney Co. (1:24cv01363 S.D.N.Y.)) (Gregor, Jennifer) (Entered: 01/12/2026) |
| 01/13/2026 | Ï | Minute Entry for proceedings held before Magistrate Judge Anita Marie Boor: Telephone Preliminary Pretrial Conference held on 1/13/2026 [01:03] (ckl) (Entered: 01/13/2026) |
| 01/14/2026 | Ï 42 | Pretrial Conference **Order** –  Preliminary Pretrial Packet in cases assigned to District Judge William M. Conley attached. Dispositi ve Motions due 12/1/2026. Settlement Letters due 4/30/2027. Rule 26(a)(3) Disclosures and Motions in Limine due 5/7/2027. Responses due 5/21/2027. Final Pretrial Conference set for 6/1/2027 at 02:30 PM. Second Final Pretrial Conference set for 6/8/2027 at 02:30 PM. Jury Selection and Trial set for 6/14/2027 at 09:00 AM. Signed by Magistrate Judge Anita Marie Boor on 1/13/2026. (voc) (Entered: 01/14/2026) |
| 01/22/2026 | Ï 43 | Transcript of Telephonic Preliminary Pretrial Conference, held 1/13/2026 before Magistrate Judge Anita Marie Boor. Court Reporter: JD. <br> Please review the court's policy regarding electronic transcripts of court proceedings: see Electronic Transcript Instructions. (voc) (Entered: 01/22/2026) |
| 02/11/2026 | Ï 44 | Brief in Reply by Defendants Fox Corporation, Fox News Network, LLC in Support of 30 Motion to Dismiss (Walsh, Ryan) (Entered: 02/11/2026) |
| 03/25/2026 | Ï 45 | Stipulated Motion for Protective Order by Plaintiff Newsmax Broadcasting, LLC. (Guzman, Michael) (Entered: 03/25/2026) |
| 03/25/2026 | Ï 46 | Motion for Stipulated Order Regarding Discovery of Electronically Stored Information by Plaintiff Newsmax Broadcasting, LLC. (Guzman, Michael) (Entered: 03/25/2026) |
| 03/27/2026 | Ï 47 | **\*\* TEXT ONLY ORDER \*\*** <br> For good cause, the parties' stipulated motion for protective order, Dkt. 45 , is GRANTED, and the stipulated order is entered as the court's own. Signed by Magistrate Judge Anita Marie Boor on 3/27/2026. (jls) (Entered: 03/27/2026) |
| 03/27/2026 | Ï 48 | **\*\* TEXT ONLY ORDER \*\*** <br> For good cause, the parties' stipulated motion for order governing ESI, Dkt. 46 , is GRANTED, and the stipulated order is entered as the court's own. Signed by Magistrate Judge Anita Marie Boor on 3/27/2026. (jls) (Entered: 03/27/2026) |
| 04/06/2026 | Ï 49 | Motion of Fox for Clarification and, if Warranted, For Magistrate Resolution of Pending Motion to Transfer re 9 MOTION TO TRANSFER to United States District Court for the Southern District of Florida , 10 Brief in Support, 11 Declaration, 13 Corporate Disclosure Statement, 12 Corporate Disclosure Statement by Defendants Fox Corporation, Fox News Network, LLC. Response due 4/13/2026. (Walsh, Ryan) (Entered: 04/06/2026) |
| 04/13/2026 | Ï 50 | |

| | | |
|---|---|---|
| | | Brief in Opposition by Plaintiff Newsmax Broadcasting, LLC re: 49 Motion for Miscellaneous Relief, filed by Fox Corporation, Fox News Network, LLC *Plaintiff's Opposition to Defendants' Motion for Clarification and Magistrate Resolution of Pending Motion to Transfer* (Gregor, Jennifer) (Entered: 04/13/2026) |
| 04/20/2026 | 51 | Motion to Compel *Production of Carriage Agreements and Associated Communications* by Plaintiff Newsmax Broadcasting, LLC. Response due 4/27/2026. (Gregor, Jennifer) (Entered: 04/20/2026) |
| 04/20/2026 | 52 | Declaration of Michael J. Guzman filed by Plaintiff Newsmax Broadcasting, LLC re: 51 Motion to Compel (Sealed Document) (Attachments:<br># 1 Exhibit A – 2026–03–13 Email from S. Wang to R. Anguas et al.,<br># 2 Exhibit B – 2026–02–11 Plfs First Set of RFPs to Defs,<br># 3 Exhibit C – 2026–03–23 Fox Responses and Objections to Newsmax First Set of RFPs,<br># 4 Exhibit D – 2026–03–30 Letter from M. Guzman to R. Anguas re Meet and Confer,<br># 5 Exhibit E – 2026–04–16 Letter from R. Anguas to M. Guzman et al.,<br># 6 Exhibit F – 2026–04–20 Email from R. Anguas to S. Wang et al.) (Gregor, Jennifer) (Entered: 04/20/2026) |
| 04/20/2026 | 53 | Redaction to 52 Declaration *of Michael J. Guzman* by Plaintiff Newsmax Broadcasting, LLC (Attachments:<br># 1 Exhibit A – 2026–03–13 Email from S. Wang to R. Anguas et al.,<br># 2 Exhibit B – 2026–02–11 Plfs First Set of RFPs to Defs,<br># 3 Exhibit C – 2026–03–23 Fox Responses and Objections to Newsmax First Set of RFPs,<br># 4 Exhibit D – 2026–03–30 Letter from M. Guzman to R. Anguas re Meet and Confer,<br># 5 Exhibit E – 2026–04–16 Letter from R. Anguas to M. Guzman (Redacted),<br># 6 Exhibit F – 2026–04–20 Email from R. Anguas to S. Wang et al.) (Gregor, Jennifer) Modified on 4/21/2026. (lak) (Entered: 04/20/2026) |
| 04/21/2026 | 54 | Motion to Compel *Newsmax's Responses to Interrogatories* by Defendants Fox Corporation, Fox News Network, LLC. Response due 4/28/2026. (Walsh, Ryan) (Entered: 04/21/2026) |
| 04/21/2026 | 55 | Declaration of Ryan J. Walsh filed by Defendants Fox Corporation, Fox News Network, LLC re: 54 Motion to Compel (Attachments:<br># 1 Exhibit A – Defendants' First Set of Interrogatories to Plaintiff,<br># 2 Exhibit B – Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories,<br># 3 Exhibit C – April 3, 2026 letter from Defendants to Plaintiff,<br># 4 Exhibit D – April 16, 2026 letter from Defendants to Plaintiff) (Walsh, Ryan) (Entered: 04/21/2026) |
| 04/23/2026 | 56 | **ORDER** Defendants Fox Corporation and Fox News Network, LLC's motion to transfer (dkt. # 9 ) is GRANTED. This case is TRANSFERRED to the Southern District of Florida. Signed by District Judge William M. Conley on 04/23/2026. (acd) (Entered: 04/23/2026) |