**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-80467-EA**

NEWSMAX BROADCASTING, LLC,

*Plaintiff,*

v.

FOX CORPORATION and
FOX NEWS NETWORK, LLC,

*Defendants.*

**PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF PENDING, REFILED, RELATED, OR SIMILAR ACTIONS**

Plaintiff Newsmax Broadcasting, LLC ("Newsmax") respectfully responds to Defendants Fox Corporation and Fox News Network, LLC's (collectively, "Fox") Notice of Pending, Refiled, Related, or Similar Actions. Dkt. 60.[1] Defendants' notice goes beyond identifying a prior action and asks (at 2-3) this Court to reassign this case from a randomly assigned Judge to Defendants' preferred Judge.

"The decision to transfer an action to a different U.S. District Court Judge in the Southern District of Florida is wholly discretionary." *S.E.C. v. Regions Bank*, 2010 WL 3632769, at *3 (S.D. Fla. Sep. 1, 2010) (citing S.D. Fla. IOP 2.15.00); *see also Enivert v. Progressive Select Ins. Co.*, 2014 WL 12461360, at *1 (S.D. Fla. Apr. 28, 2014) (denying motion to transfer case to another Judge in the Southern District of Florida because that decision is "*discretionary*"). "[L]itigants acquire no rights under" this Court's Internal Operating Procedures. *See* S.D. Fla. IOP Intro. Nor

1 Unless otherwise noted, all docket citations are to Case No. 26-cv-80467.

do judicial-economy concerns weigh in favor of reassignment. This Court dismissed the prior action without prejudice the day after filing, before Defendants' counsel appeared. *See* Order, *Newsmax Broad., LLC v. Fox Corp.*, No. 25-cv-81091 (S.D. Fla. Sep. 5, 2025), Dkt. 9. There was no motion practice, discovery, scheduling order, or case management that would result in the duplication of judicial labor.

Fox's notice repeatedly accuses Newsmax of forum shopping while asking this Court to undo the Clerk's random assignment and route the case to a particular Judge. Newsmax therefore respectfully requests that the Court decline to order reassignment based on Defendants' notice and allow the case to proceed before the Judge to whom it was assigned through the Court's ordinary procedures.

Dated: April 30, 2026

Respectfully submitted,

By: *s/ Samuel J. Randall*

Samuel J. Randall (Florida Bar No. 0056864)
**SPERLING KENNY NACHWALTER LLC**
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Email: srandall@sperlingkenny.com

Michael J. Guzman (*pro hac vice* forthcoming)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7910
Email: mguzman@kellogghansen.com

***Counsel for Plaintiff Newsmax Broadcasting, LLC***