**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-80467-EA**

NEWSMAX BROADCASTING, LLC,

       *Plaintiff*,

   v.

FOX CORPORATION AND FOX NEWS
NETWORK, LLC,

       *Defendants*.

**DEFENDANTS' MOTION TO STAY DISCOVERY**

Defendants Fox Corporation and Fox News Network, LLC (collectively, "Fox"), by undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c) and this Court's inherent authority, hereby move this Court for an order staying discovery in this case until after the Court has resolved Fox's pending motion to dismiss. The grounds and reasons for this Motion are set forth in greater detail in the accompanying Memorandum of Law.

DATED:  May 4, 2026

Respectfully submitted,

*/s/ Christopher M. Kise*

Bradley J. Bondi (Florida Bar No. 162396)
Michael F. Murray (*pro hac vice*)
Benjamin W. Snyder (*pro hac vice*)
Ronald K. Anguas (*pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
Telephone: 202.551.1700
bradbondi@paulhastings.com
michaelmurray@paulhastings.com
bensnyder@paulhastings.com
ronaldanguas@paulhastings.com

Christopher M. Kise (Florida Bar No. 855545)
Lazaro P. Fields (Florida Bar No. 1004725)
**CONTINENTAL PLLC**
215 South Monroe Street, Ste. 750
Tallahassee, FL 32301
Telephone: 850.270.2211
ckise@continentalpllc.com
chris@ckise.net
lfields@continentalpllc.com

Paul T. Cappuccio (*pro hac vice*)
Patrick F. Philbin (*pro hac vice*)
Cody L. Reaves (*pro hac vice*)
**TORRIDON LAW PLLC**
801 17th Street NW, Suite 1100
Washington, DC 20006
Telephone: 202.249.6900
pcappuccio@torridonlaw.com
pphilbin@torridonlaw.com
creaves@torridonlaw.com

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I electronically filed the foregoing with the Clerk of

Court using CM/ECF, which will send notification of such filing to all counsel of record.

*/s/ Christopher M. Kise*
Christopher M. Kise (Florida Bar No. 855545)
**CONTINENTAL PLLC**
215 South Monroe Street, Ste. 750
Tallahassee, FL 32301
Telephone: 850.270.2211