# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

NEWSMAX BROADCASTING, LLC,

      *Plaintiff*

    v.

FOX CORPORATION AND FOX NEWS NETWORK, LLC,

      *Defendants*.

No. 3:25-cv-770

Hon. William M. Conley

## DEFENDANTS' MOTION TO DISMISS

Defendants Fox Corporation and Fox News Network, LLC (collectively, "Fox"), by undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this Court for an order dismissing in their entirety the claims against Defendants in Plaintiff's Complaint. As set forth more fully in the accompanying memorandum, the Complaint fails to allege plausibly a claim for relief against Defendants.

DATED: November 25, 2025

Respectfully submitted,

/s/ Ryan J. Walsh_____

| | |
|---|---|
| Bradley J. Bondi | Ryan J. Walsh |
| Michael F. Murray | Amy Miller |
| Benjamin W. Snyder | **EIMER STAHL LLP** |
| Ronald K. Anguas | 10 East Doty Street |
| **PAUL HASTINGS LLP** | Suite 621 |
| 2050 M Street NW | Madison, WI 53703 |
| Washington, DC 20036 | Telephone: 608.620.8346 |
| Telephone: 202.551.1700 | rwalsh@eimerstahl.com |
| bradbondi@paulhastings.com | amiller@eimerstahl.com |
| michaelmurray@paulhastings.com | |
| bensnyder@paulhastings.com | |
| ronaldanguas@paulhastings.com | Paul T. Cappuccio |
| | Patrick F. Philbin |
| | Cody L. Reaves |
| | **TORRIDON LAW PLLC** |
| | 801 17th Street NW, Suite 1100 |
| | Washington, DC 20006 |
| | Telephone: 202.249.6900 |
| | pcappuccio@torridonlaw.com |
| | pphilbin@torridonlaw.com |
| | creaves@torridonlaw.com |

***Attorneys for Defendants***