**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

---

NEWSMAX BROADCASTING, LLC,

     *Plaintiff*

  v.

FOX CORPORATION AND FOX NEWS
NETWORK, LLC,

     *Defendants*.

No. 3:25-cv-770

Hon. William M. Conley

---

**SECOND DECLARATION OF RYAN J. WALSH**

I, Ryan J. Walsh, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney admitted to practice in the Western District of Wisconsin, and I represent Defendants Fox Corporation and Fox News Network, LLC, in the above-captioned matter.

2. Attached as **Exhibit A** is a true and correct copy of excerpts of Newsmax's Offering Circular (Form 1-A) (Mar. 7, 2025). This document is cited in Newsmax's Complaint, *see* Compl. ¶ 73 n.40, and was filed with the SEC and is available at: sec.gov/Archives/edgar/data/2026478/000121390025021989/ea0233655-253g1_newsmax.htm.

3. Attached as **Exhibit B** is a true and correct copy of Newsmax's Current Report (Form 8-K) (May 8, 2025), and Exhibit No. 99.1, which accompanied the Current Report. Both documents were filed with the SEC and are available at: sec.gov/Archives/edgar/data/2026478/000121390025041124/ea0241452-8k_newsmax.htm, sec.gov/Archives/edgar/data/2026478/000121390025041124/ea0241452ex99-1_newsmax.htm.

4.　　Attached as **Exhibit C** is a true and correct copy of excerpts of Newsmax's Annual Report (Form 10-K) (Mar. 31, 2025).  This document was filed with the SEC and is available at: sec.gov/Archives/edgar/data/2026478/000202647825000013/nmax-20241231x10k1.htm.

5.　　Attached as **Exhibit D** is a true and correct copy of Mark Jurkowitz & Amy Mitchell, *How Americans Get TV News at Home*, Pew Rsch. Ctr. (Oct. 11, 2013).  This is the Pew Research Center study cited by Newsmax in its Complaint.  *See, e.g.*, Compl. ¶ 31 nn.4-5.  It is available at: https://www.pewresearch.org/journalism/2013/10/11/how-americans-get-tv-news-at-home/.

6.　　Attached as **Exhibit E** is a true and correct copy of Mark Mwachiro, *Here's the 1st Quarter of 2025 Cable News Ratings*, AdWeek (Apr. 2, 2025).  This is an article Newsmax cites in its Complaint and is available at: https://www.adweek.com/tvnewser/first-quarter-2025-cable-news-ratings/.  *See, e.g.*, Compl. ¶ 43 n.16.

7.　　Attached as **Exhibit F** is a true and correct copy of Brian Flood, *Americans Continue to Choose Fox News Channel*, Fox News (May 28, 2025, 6:06 PM).  This is an article Newsmax cites in its Complaint, *see, e.g.*, Compl. ¶ 33 n.8, and is available at: https://www.foxnews.com/media/americans-continue-choose-fox-news-channel-network-dominates-may-tops-abc-during-weekday-primetime?msockid=245e55a1cf60675410bb430fce656612.

8.　　Attached as **Exhibit G** is a true and correct copy of the latest version of an investor presentation (Nov. 2025) that is currently available on the investor relations page of Newsmax's website.  It is a PowerPoint that can be downloaded from that page: https://ir.newsmax.com/overview/default.aspx.

9.      Attached as **Exhibit H** is a true and correct copy of Katie Thornton, *How Fox Uses the World Cup and Masked Singer to Keep Fox News on Air*, Guardian (Aug. 15, 2023).  This is an article that Newsmax cites in its Complaint.  *See, e.g.*, Compl. ¶ 47 n.20.  It is available at: https://www.theguardian.com/media/2023/aug/15/fox-news-cable-carriage-fees-tv-world-cup-nfl.

10.     Attached as **Exhibit I** is a true and correct copy of excerpts of Newsmax's Current Report (Form 8-K) (Aug. 19, 2025), and Exhibit No. 99.1, which accompanied the Current Report. This is another SEC filing from Newsmax, and a more recent "Current Report" than Exhibit B. The               documents             are              available             at: sec.gov/Archives/edgar/data/2026478/000121390025078700/ea0253991-8k_newsmax.htm, sec.gov/Archives/edgar/data/2026478/000121390025078700/ea025399101ex99-1_newsmax.htm.

11.     Attached as **Exhibit J** is a true and correct copy of Mem. of Law of Fox News Network LLC, et al. for Sanctions Pursuant to Rule 11 at 1-2, 3-7, 10, *Tantaros v. Fox News Network, LLC*, No. 1:25-CV-01675(VSB) (S.D.N.Y. Sept. 29, 2025), Dkt. 78.

DATED:      November 25, 2025


                                                      */s/ Ryan J. Walsh*_____
                                                      Ryan J. Walsh