# Exhibit E

Case 9:26-cv-80456-DAD Document 10-8 Entered 32-5 on FLSD Docket 11/25/05/08/2026 1 Page 1 of 8





RATINGS

# Here's the 1st Quarter of 2025 Cable News Ratings

Fox News beat ABC and NBC during weekday primetime

APRIL 2, 2025  |  4 MIN READ



Ratings for CNN, Fox News, and MSNBC.

ADWEEK; CNN, Fox, MSNBC

 BY MARK MWACHIRO

Here is TVNewser's recap of the cable news ratings for the first quarter of 2025.

It has been an start to the new year on multiple fronts. Former President **Joe Biden** handed the Oval Office back to President **Donald Trump** in January. Since then, the

new administration and **Elon Musk**'s DOGE group have been regularly making headlines as they've sought to reshape the scope of the federal government.

Also in January, massive wildfires swept through the Los Angeles area, wrecking communities and claiming lives. Two airplane tragedies in Washington, D.C. and Philadelphia put the aviation industry in the spotlight. And then in March, the Trump administration experienced its first major political scandal when defense secretary **Pete Hegseth** was involved in leaking war plans to the editor in chief of The Atlantic.

Fox News remained the top cable news network, and enjoyed its highest-rated quarter in cable news history. In addition to topping its cable rivals, FNC also surpassed ABC and NBC during weekday primetime.

Fox News also secured its highest quarter cable news share ever with 65% of the audience in total day and 66% in primetime. It was the only one of the three cable outlets to see its performance improve versus the same quarter in 2024 across the board.

There were also programming changes made during this quarter amongst all the outlets. Fox News introduced The **Will Cain** Show at 4 p.m. ET and rejigged its weekend primetime lineup. MSNBC revamped most of its its weekday and weekend lineup, which led to the depature of **Joy Reid** at 7 p.m. ET. Finally CNN reworked its weekday lineup resulting in a new 4 p.m. show from **Kasie Hunt**, as well as **Jake Tapper** bordering primetime and **Wolf Blitzer** moving to the midmorning timeslot of 10 a.m. ET.

**Fox News Channel**

Fox News averaged 3.012 million total primetime viewers and 380,000 Adults 25-54 viewers in Q1 2025. During total day, Fox News had 1.919 million total viewers, and 247,000 demo viewers.

Looking at its performance compared to the same quarter in 2024, FNC was up +46% in total viewers and +63% in the demo during primetime. In total day, the network

was up a respective +48% and +58% in those measured categories.

According to Nielsen Media Research, Fox News' rule at the top of cable news has now stretched to 93 consecutive quarters.

Fox News was the most-watched cable network during primetime in total viewers and the second most-watched network in the demo and repeated those positions during total day.

**MSNBC**

In primetime, MSNBC averaged 1.024 million total viewers and 96,000 demo viewers. During total day, MSBNC had 593,000 total viewers and 57,000 A25-54 viewers.

Relative to Q1 2024, the network was down -18% in total viewers and -21% in the demo during primetime. MSNBC dropped a respective -27% and -30% in those measured categories during total day.

Despite the downward trend, MSNBC has seen an uptick since January. Between Jan. 20 through March 28 the network's primetime lineup has been averaging 1.45 million total viewers, up +96% compared the post-election to pre-inauguration period, when it averaged 739,000 viewers between Nov. 11, 2024 and Jan. 19, 2025.

During total day, MSNBC has averaged 830,000 total viewers between Jan. 20 to March 28, up +43% in viewership when using the same date ranges.

MSNBC was the third most-watched cable network in total viewers and No. 19 in the demo. During total day, MSNBC landed in third place in total viewers and 12th in the demo.

**CNN**

CNN averaged 558,000 total viewers and 121,000 demo viewers during primetime. Across total day, the network saw 428,000 total viewers, and 79,000 A25-54 viewers.

Compared to Q1 2024, CNN was down -6% in total viewers and -1% in the demo during primetime. In total day, it declined a respective -8% and -7% in those

measured categories.

CNN remained the second most-watched cable news network in the demo during primetime and total day. It's the sixth straight quarter the network has finished in that position. Q1 highlights include CNN NewsNight with **Abby Phillip**'s ascension, as it is now <u>the network's most-watched program in the demo</u>.

CNN finished in eighth place in primetime with total viewers and ninth in the demo. During total day, CNN was No. 4 in total viewers and No. 7 in the demo.

**PROGRAMMING**

- **Fox News** — The Five (4.552 million viewers at 5 p.m. ET) was the most-watched program in total viewers. **Jesse Watters** Primetime (507,000 viewers at 8 p.m. ET) led in the demo.
- **MSNBC** — The Rachel Maddow Show (1.918 million viewers at 9 p.m. ET) was the network's most-watched program in total viewers. It also finished first in the demo with 177,000 A25-54 viewers.
- **CNN** — The Lead with **Jake Tapper** (662,000 viewers at 5 p.m. ET) was the most-watched program in total viewers. **Anderson Cooper** 360 (135,000 viewers at 8 p.m. ET) claimed that spot in the demo.
- **Newsmax** — **Rob Schmitt** Tonight (510,000 viewers) was the top show in total viewers, and tied with Finnerty in the demo at 43,000 viewers apiece.
- **NewsNation** — Cuomo was the top show in both measured categories with 177,000 total viewers and 21,000 A25-54 viewers. Notable: NewsNation is up in total day and primetime total viewers in Q1 2025 versus Q1 2024. The network now ranks higher than Fox Business and CNBC, finishing in 48th place in total viewers and 65th in the demo.
- **Fox Business** — Kudlow remains the top show in both measured categories with 326,000 total viewers and 17,000 A25-54 viewers. This was its 13th consecutive quarter as the top business program. Fox Business also had four of the Top 10 business programs with total viewers.

- **CNBC** — Fast Money Halftime Report was the top show in both measured categories with 240,000 total viewers and 62,000 A25-54 viewers.

## Q1 2025's Top 15 Shows Among Total Viewers

1. The Five — Fox News (4,552,000)
2. Jesse Watters Primetime — Fox News (4,103,000)
3. Hannity — Fox News (3,544,000)
4. Special Report with **Bret Baier** — Fox News (3,503,000)
5. The Ingraham Angle — Fox News (3,418,000)
6. Gutfeld! — Fox News (3,333,000)
7. The Will Cain Show — Fox News (2,591,000)
8. Outnumbered — Fox News (2,453,000)
9. The Faulkner Focus — Fox News (2,392,000)
10. America Reports — Fox News (2,351,000)
11. The Story with **Martha MacCallum** — Fox News (2,338,00)
12. America's Newsroom — Fox News (2,285,000)
13. The Rachel Maddow Show — MSNBC (1,981,000)
14. Fox News at Night — Fox News (1,907,000)
15. Fox & Friends — Fox (1,519,000)

## Q1 2025's Top 15 Among Adults 25-54

1. Jesse Watters Primetime — Fox News (507,000)
2. The Five — Fox News (500,000)
3. Hannity — Fox News (465,000)
4. Gutfeld! — Fox News (453,000)
5. The Ingraham Angle — Fox News (414,000)
6. Special Report with Bret Baier — Fox News (404,000)
7. The Will Cain Show — Fox News (312,000)
8. Fox News at Night — Fox News (302,000)
9. Outnumbered — Fox News (284,000)
10. The Faulkner Focus — Fox News (281,000)

11. America Reports — Fox News (280,000)

12. The Story — Fox News (266,000)

13.  America's Newsroom — Fox News (260,000)

14.  Fox & Friends — Fox (198,000)

15. The Rachel Maddow Show — MSNBC (177,000)

**2024 Q1 Cable News Ratings  (Nielsen Live+SD data):**

| PRIMETIME | Fox News | MSNBC | CNN |
|---|---|---|---|
| • Total Viewers: | **3,012,000** | 1,024,000 | 558,000 |
| • A25-54: | **380,000** | 96,000 | 121,000 |

| TOTAL DAY | Fox News | MSNBC | CNN |
|---|---|---|---|
| • Total Viewers: | **1,919,000** | 593,000 | 428,000 |
| • A25-54: | **247,000** | 57,000 | 79,000 |

[SCRIBD]

**Q1-25**
Program Based Daypart, LIVE+SD, ranked on A25-54

### M-Su 8-11p

| Rank | Net | Dur | HHLD CVG AA % | HHLD AA (000) | P2+ AA (000) | P25-54 AA (000) |
|---|---|---|---|---|---|---|
| 1 | ESPN | 16380 | 2.24 | 1,433 | 2,299 | 937 |
| 2 | FOX NEWS CHANNEL | 16380 | 3.46 | 2,221 | 3,012 | 380 |
| 3 | TURNER NETWORK TELEVISION | 16380 | 0.64 | 405 | 606 | 268 |
| 4 | TBS NETWORK | 16380 | 0.72 | 451 | 674 | 257 |
| 5 | USA NETWORK | 16682 | 0.52 | 336 | 467 | 184 |
| 6 | BRAVO | 16380 | 0.39 | 251 | 317 | 136 |
| 6 | FOOD NETWORK | 16380 | 0.50 | 313 | 423 | 136 |
| 8 | TLC | 16380 | 0.54 | 334 | 409 | 122 |
| 9 | CNN | 16380 | 0.71 | 444 | 558 | 121 |
| 10 | HOME AND GARDEN TV | 16380 | 0.80 | 504 | 646 | 115 |
| 11 | FX | 16380 | 0.29 | 186 | 273 | 109 |
| 12 | ESPN2 | 16380 | 0.32 | 206 | 304 | 106 |
| 13 | ADULT SWIM | 16380 | 0.23 | 135 | 183 | 105 |
| 13 | HISTORY | 16380 | 0.70 | 378 | 504 | 105 |
| 15 | COMEDY CENTRAL | 16380 | 0.20 | 120 | 171 | 103 |
| 15 | DISCOVERY CHANNEL | 16380 | 0.49 | 312 | 428 | 103 |
| 17 | NICK-AT-NITE | 11700 | 0.26 | 170 | 227 | 100 |
| 18 | A&E NETWORK | 16380 | 0.42 | 224 | 301 | 99 |
| 19 | MSNBC | 16380 | 1.33 | 830 | 1,024 | 96 |
| 20 | TRUTV | 16380 | 0.22 | 135 | 222 | 94 |
| 21 | MTV | 16380 | 0.19 | 117 | 170 | 88 |
| 22 | INVESTIGATION DISCOVERY | 16380 | 0.42 | 260 | 315 | 86 |
| 23 | AMC | 16380 | 0.32 | 191 | 263 | 82 |
| 23 | FXX | 16380 | 0.20 | 107 | 135 | 82 |
| 25 | PARAMOUNT | 16380 | 0.32 | 182 | 253 | 78 |
| 25 | HALLMARK CHANNEL | 16380 | 0.77 | 486 | 581 | 72 |
| 27 | FREEFORM | 16380 | 0.19 | 103 | 161 | 66 |
| 28 | SYFY | 16380 | 0.23 | 147 | 201 | 63 |
| 29 | BLACK ENTERTAINMENT TV | 16380 | 0.27 | 169 | 205 | 62 |
| 29 | LIFETIME TELEVISION | 16380 | 0.41 | 223 | 284 | 62 |
| 31 | TV LAND | 16380 | 0.41 | 247 | 311 | 60 |
| 32 | FOX SPORTS 1 | 16380 | 0.21 | 133 | 199 | 58 |
| 33 | E! | 16380 | 0.13 | 82 | 117 | 57 |
| 34 | OXYGEN MEDIA | 16380 | 0.34 | 194 | 225 | 52 |
| 35 | WETV | 16380 | 0.35 | 201 | 253 | 50 |
| 36 | REELZ | 16380 | 0.50 | 147 | 191 | 47 |
| 37 | NATIONAL GEOGRAPHIC | 16380 | 0.22 | 142 | 190 | 44 |
| 38 | NBA-TV | 16380 | 0.19 | 67 | 90 | 40 |
| 39 | DISNEY CHANNEL | 16380 | 0.08 | 54 | 92 | 37 |
| 39 | GSN | 16380 | 0.37 | 215 | 276 | 37 |
| 39 | VH1 | 16380 | 0.11 | 68 | 87 | 37 |
| 42 | CMT | 16350 | 0.18 | 91 | 118 | 36 |
| 42 | INSP | 16380 | 0.88 | 358 | 466 | 36 |
| 44 | IFC TV | 16380 | 0.21 | 105 | 137 | 35 |
| 44 | LIFETIME MOVIE NETWORK | 16380 | 0.28 | 110 | 132 | 35 |
| 46 | HALLMARK MYSTERY | 16380 | 0.43 | 248 | 286 | 34 |
| 46 | TRAVEL CHANNEL | 16380 | 0.21 | 124 | 154 | 34 |
| 48 | CNBC | 16380 | 0.16 | 85 | 117 | 33 |
| 49 | TUDN | 16380 | 0.30 | 44 | 68 | 32 |
| 50 | HLN | 16380 | 0.17 | 106 | 132 | 31 |
| 51 | BIG TEN NETWORK | 16380 | 0.14 | 62 | 95 | 30 |
| 51 | NFL NETWORK | 16380 | 0.14 | 67 | 94 | 30 |
| 53 | BBC-AMERICA | 16380 | 0.16 | 89 | 118 | 29 |
| 53 | NEWSMAX TV | 16380 | 0.41 | 235 | 305 | 29 |
| 54 | ANIMAL PLANET | 16380 | 0.13 | 80 | 113 | 28 |
| 56 | HBO PRIME | 16380 | 0.70 | 72 | 94 | 27 |
| 56 | SUNDANCE TV | 16380 | 0.24 | 118 | 146 | 27 |
| 58 | MOTOR TREND | 16380 | 0.15 | 94 | 123 | 24 |
| 59 | OPRAH WINFREY NETWORK | 16380 | 0.16 | 85 | 98 | 23 |
| 59 | PGF | 16380 | 0.14 | 78 | 102 | 23 |
| 59 | TV ONE | 16380 | 0.15 | 55 | 61 | 23 |
| 62 | DISNEY JUNIOR | 16380 | 0.09 | 39 | 66 | 21 |
| 62 | MAGNOLIA NETWORK | 16380 | 0.23 | 104 | 138 | 21 |
| 64 | FOX BUSINESS NETWORK | 16380 | 0.09 | 56 | 78 | 20 |
| 64 | THE WEATHER CHANNEL | 16380 | 0.11 | 67 | 88 | 20 |
| 66 | SCIENCE | 16380 | 0.23 | 68 | 86 | 19 |
| 67 | NICK JR | 16380 | 0.07 | 36 | 55 | 17 |
| 68 | NEWSNATION | 16380 | 0.14 | 89 | 111 | 15 |
| 68 | UNIVERSO | 16514 | 0.29 | 46 | 60 | 15 |
| 70 | FX MOVIE CHANNEL | 16380 | 0.11 | 34 | 46 | 14 |
| 70 | GOLF CHANNEL | 16353 | 0.08 | 43 | 59 | 14 |
| 70 | NAT GEO WILD | 16380 | 0.22 | 72 | 91 | 14 |
| 70 | NICKTOONS | 16380 | 0.10 | 38 | 48 | 14 |
| 74 | FYI | 16380 | 0.14 | 39 | 51 | 13 |
| 74 | VICE | 16607 | 0.07 | 25 | 33 | 13 |
| 76 | COOKING CHANNEL | 16380 | 0.15 | 41 | 52 | 12 |
| 76 | MTV2 | 16380 | 0.04 | 18 | 24 | 12 |
| 78 | GALAVISION | 16380 | 0.05 | 17 | 25 | 11 |
| 78 | MLB NETWORK | 16380 | 0.11 | 31 | 43 | 11 |
| 78 | SMITHSONIAN | 16380 | 0.12 | 40 | 50 | 11 |
| 78 | TENNIS CHANNEL | 16380 | 0.17 | 54 | 69 | 11 |
| 82 | BET HER | 16380 | 0.11 | 31 | 35 | 10 |
| 82 | BOOMERANG | 16380 | 0.12 | 26 | 29 | 10 |
| 82 | SHOWTIME PRIME | 16380 | 0.29 | 29 | 35 | 10 |
| 85 | FOX DEPORTES | 16380 | 0.12 | 13 | 20 | 9 |
| 85 | THE GRIO | 16380 | 0.06 | 20 | 22 | 9 |

### M-Su 6a-6a

| Rank | Net | Dur | HHLD CVG AA % | HHLD AA (000) | P2+ AA (000) | P25-54 AA (000) |
|---|---|---|---|---|---|---|
| 1 | ESPN | 130817 | 0.91 | 582 | 869 | 354 |
| 2 | FOX NEWS CHANNEL | 130860 | 2.29 | 1,471 | 1,919 | 247 |
| 3 | TBS NETWORK | 130815 | 0.37 | 230 | 324 | 121 |
| 4 | TURNER NETWORK TELEVISION | 130920 | 0.27 | 167 | 234 | 93 |
| 5 | USA NETWORK | 132520 | 0.31 | 196 | 253 | 85 |
| 6 | COMEDY CENTRAL | 110640 | 0.18 | 111 | 144 | 82 |
| 7 | CNN | 130860 | 0.55 | 343 | 428 | 79 |
| 8 | FOOD NETWORK | 114540 | 0.31 | 194 | 258 | 76 |
| 9 | HOME AND GARDEN TV | 126179 | 0.43 | 269 | 348 | 69 |
| 10 | FX | 113880 | 0.19 | 123 | 174 | 68 |
| 11 | INVESTIGATION DISCOVERY | 130860 | 0.32 | 196 | 233 | 66 |
| 12 | MSNBC | 130860 | 0.79 | 494 | 593 | 57 |
| 13 | A&E NETWORK | 110674 | 0.27 | 145 | 191 | 56 |
| 13 | TV LAND | 80160 | 0.31 | 187 | 226 | 56 |
| 15 | HISTORY | 110648 | 0.36 | 192 | 244 | 53 |
| 15 | PARAMOUNT | 103680 | 0.22 | 124 | 164 | 53 |
| 17 | FXX | 114600 | 0.13 | 68 | 85 | 51 |
| 17 | MTV | 87360 | 0.15 | 89 | 120 | 51 |
| 19 | AMC | 119157 | 0.20 | 116 | 156 | 50 |
| 20 | ESPN2 | 130830 | 0.16 | 101 | 141 | 49 |
| 21 | HALLMARK CHANNEL | 130860 | 0.41 | 262 | 309 | 47 |
| 22 | BLACK ENTERTAINMENT TV | 111540 | 0.17 | 106 | 131 | 45 |
| 22 | DISCOVERY CHANNEL | 120000 | 0.21 | 135 | 179 | 45 |
| 24 | BRAVO | 127740 | 0.14 | 89 | 110 | 44 |
| 25 | NICKELODEON | 75660 | 0.11 | 71 | 111 | 42 |
| 25 | OXYGEN MEDIA | 130860 | 0.26 | 151 | 173 | 42 |
| 27 | TLC | 120000 | 0.19 | 117 | 141 | 40 |
| 28 | TRUTV | 111860 | 0.10 | 59 | 91 | 39 |
| 29 | SYFY | 124478 | 0.15 | 97 | 126 | 38 |
| 30 | DISNEY CHANNEL | 130830 | 0.10 | 62 | 99 | 36 |
| 31 | FREEFORM | 103740 | 0.10 | 56 | 86 | 35 |
| 32 | LIFETIME TELEVISION | 105184 | 0.28 | 150 | 187 | 34 |
| 33 | CMT | 114630 | 0.15 | 77 | 98 | 31 |
| 33 | FOX SPORTS 1 | 130800 | 0.11 | 71 | 102 | 30 |
| 34 | GSN | 107580 | 0.31 | 177 | 215 | 30 |
| 34 | HALLMARK MYSTERY | 130860 | 0.37 | 213 | 245 | 30 |
| 34 | WETV | 109080 | 0.25 | 142 | 175 | 30 |
| 38 | E! | 128049 | 0.08 | 50 | 67 | 28 |
| 39 | CNBC | 130740 | 0.14 | 74 | 104 | 27 |
| 40 | LIFETIME MOVIE NETWORK | 120001 | 0.20 | 82 | 97 | 26 |
| 40 | TRAVEL CHANNEL | 106740 | 0.15 | 92 | 111 | 26 |
| 42 | HLN | 130860 | 0.10 | 59 | 107 | 25 |
| 42 | NATIONAL GEOGRAPHIC | 114457 | 0.13 | 82 | 106 | 25 |
| 44 | NFL NETWORK | 130860 | 0.10 | 50 | 68 | 24 |
| 45 | INSP | 130860 | 0.46 | 186 | 234 | 23 |
| 46 | POP | 130860 | 0.15 | 83 | 100 | 22 |
| 47 | IFC TV | 130860 | 0.11 | 55 | 71 | 21 |
| 48 | ANIMAL PLANET | 120060 | 0.10 | 61 | 82 | 20 |
| 49 | BBC-AMERICA | 130815 | 0.11 | 60 | 76 | 19 |
| 50 | NEWSMAX TV | 130830 | 0.29 | 165 | 207 | 18 |
| 50 | REELZ | 114660 | 0.20 | 60 | 75 | 18 |
| 50 | THE WEATHER CHANNEL | 130860 | 0.11 | 70 | 88 | 18 |
| 50 | VH1 | 130860 | 0.05 | 32 | 40 | 18 |
| 54 | MOTOR TREND | 130800 | 0.10 | 63 | 81 | 17 |
| 54 | SUNDANCE TV | 130755 | 0.15 | 71 | 86 | 17 |
| 56 | DISNEY JUNIOR | 130860 | 0.09 | 38 | 58 | 16 |
| 56 | TV ONE | 130830 | 0.10 | 35 | 39 | 16 |
| 58 | GOLF CHANNEL | 130593 | 0.09 | 46 | 65 | 15 |
| 58 | MAGNOLIA NETWORK | 114600 | 0.10 | 70 | 90 | 15 |
| 60 | HBO PRIME | 130855 | 0.32 | 34 | 41 | 14 |
| 61 | NBA-TV | 130740 | 0.07 | 23 | 31 | 13 |
| 61 | NICK JR | 130839 | 0.06 | 29 | 43 | 13 |
| 61 | NICKTOONS | 130850 | 0.09 | 38 | 43 | 13 |
| 61 | OPRAH WINFREY NETWORK | 130800 | 0.10 | 56 | 63 | 13 |
| 65 | FOX BUSINESS NETWORK | 109080 | 0.15 | 91 | 119 | 12 |
| 65 | SCIENCE | 130860 | 0.16 | 48 | 57 | 12 |
| 67 | FYI | 110640 | 0.12 | 35 | 43 | 11 |
| 68 | BIG TEN NETWORK | 130840 | 0.05 | 21 | 32 | 10 |
| 68 | MTV2 | 130860 | 0.04 | 16 | 21 | 10 |
| 68 | NEWSNATION | 130860 | 0.08 | 49 | 60 | 10 |
| 68 | TUDN | 130860 | 0.09 | 14 | 21 | 10 |
| 72 | COOKING CHANNEL | 114600 | 0.11 | 29 | 37 | 9 |
| 72 | FX MOVIE CHANNEL | 70835 | 0.07 | 22 | 29 | 9 |
| 72 | NAT GEO WILD | 109200 | 0.15 | 50 | 59 | 9 |
| 75 | BOOMERANG | 130830 | 0.10 | 21 | 25 | 8 |
| 75 | DISNEY XD | 131046 | 0.04 | 16 | 22 | 8 |
| 75 | MLB NETWORK | 130860 | 0.08 | 22 | 30 | 8 |
| 78 | ESPN DEPORTES | 130860 | 0.16 | 11 | 16 | 7 |
| 78 | SHOWTIME PRIME | 130836 | 0.19 | 19 | 22 | 7 |
| 78 | SMITHSONIAN | 130860 | 0.08 | 28 | 35 | 7 |
| 78 | UP | 98220 | 0.13 | 53 | 62 | 7 |
| 78 | VICE | 120840 | 0.04 | 14 | 18 | 7 |
| 83 | GREAT AMERICAN FAMILY | 130845 | 0.15 | 53 | 62 | 6 |
| 83 | LOGO | 107580 | 0.08 | 13 | 16 | 6 |
| 83 | TENNIS CHANNEL | 130860 | 0.12 | 39 | 48 | 6 |
| 83 | UNIVERSO | 132003 | 0.12 | 19 | 23 | 6 |

[Download this PDF](#)    1 / 1

[Q1-2025 Cable Ranker](#) by [Adweek](#)



# MARK MWACHIRO

Mark Mwachiro is a TVNewser contributor who has been writing for the blog since March 2022. Based out of New York, Mark has also contributed to ADWEEK.

mark.mwachiro@adweek.com