# Exhibit F

**Recommended Videos**

| | | | | | |
|---|---|---|---|---|---|
| Actress Jane Fonda says Democratic leaders are 'n... | Trump told Netanyahu he had to 'swallow some tou... | Speaker Johnson and ABC's Stephanopoulos... | Mamdani pressed on past rhetoric about defunding... | Chuck Schumer slams GOP's claim that... | Zohran View' h |

MEDIA

# Americans continue to choose Fox News Channel as network dominates May, tops ABC during weekday primetime

Fox News claims 65% of cable news share while competitors shed viewers across all categories

 By **Brian Flood** · **Fox News**

Published May 28, 2025 6:06pm EDT

👍 Like



**Trump approval ratings at record high, new Fox polls show**

Fox News chief political anchor Bret Baier reports what the latest Fox polls reveal about President Donald Trumps job performance on Special Report.

Americans continued to rely on Fox News Channel for information and analysis during May, as the network outdrew broadcast network ABC in weekday primetime and dominated other cable news outlets across the board.

Fox News averaged 2.9 million weekday primetime viewers, making it the fourth highest-rated network in all of television while topping ABC's 2.7 million.

Fox News averaged 1.6 million total day viewers compared to 545,000 for MSNBC and 353,000 for CNN. Fox News' total day viewers grew 21% since May 2024 while MSNBC was down 33% and CNN shed 24% of its audience.

During primetime, Fox News averaged around 2.5 million total viewers compared to 877,000 for MSNBC and only 426,000 for CNN.

Fox News also dominated among the advertiser-coveted demographic of adults aged 25-54, averaging 180,000 total day viewers, while CNN managed only 59,000 and MSNBC settled for a dismal average of 49,000.

**FOX NEWS' MASSIVE GROWTH SUSTAINABLE UNDER TRUMP, FOX CORPORATION COO SAYS**



"Special Report with Bret Baier" averaged over 2.8 million viewers in May.

It was similar during primetime, as Fox News averaged 262,000 viewers from the key demo from 8-11 p.m. to dominate cable news. CNN averaged 76,000 demo viewers during primetime and MSNBC finished with an average of only 73,000.

Fox News piled up nearly 65% of the cable news share among viewers across both total day and primetime, completely dominating CNN and MSNBC which are both shed viewers in all categories compared to 2024. Fox News saw a 23% year-over-year increase among total viewership and 32% in the key demo.

CNN and MSNBC marked historic lows during May as Fox News thrived. CNN had its second-worst month ever in the demo across both total day and primetime, while MSNBC had its second-worst May in history among both total day and primetime in the demo.

**CBS SHOULDN'T CELEBRATE EMMY NOM FOR HARRIS INTERVIEW THAT IGNITED NETWORK TURMOIL, INDUSTRY INSIDER SAYS**

Fox News Channel hosts Laura Ingraham, Jesse Watters, Sean Hannity, and Greg Gutfeld. (Fox News)

Along the way, Fox News swept cable news among total day and primetime viewership in both total viewers and the critical demo for the 51st straight month.

Fox News has now aired the 1,100 highest-rated cable news telecasts since Election Day and the top 135 cable news telecasts in the month of May.

FNC's number one show "The Five," secured a staggering 3.8 million viewers and 368,000 in 25-54 demo, leading all of cable news across the board.

The Fox News programs "Jesse Watters Primetime," "Gutfeld!," "Special Report with Bret Baier," "Hannity," "The Ingraham Angle," "The Will Cain Show," "Outnumbered" and "The Faulkner Focus" rounded out the top ten most-watched cable news programs as CNN and MSNBC offerings were shut out.

"FOX & Friends" averaged 1.4 million viewers to remain the most-watched cable news program in the mornings, while topping CNN and MSNBC combined.

**CREDIBILITY CRISIS: PRESS DISMISSED HUR REPORT ON BIDEN'S MEMORY ISSUES LONG BEFORE CONCERNS BECAME UNDENIABLE**



Fox News' newly launched "The Will Cain Show" averaged 2.1 million viewers during May.

"America's Newsroom with Bill Hemmer and Dana Perino," "America Reports with John Roberts and Sandra Smith" and Martha MacCallum's "The Story" also had strong numbers this month as Fox News offerings dominated cable news during the daytime.

Meanwhile, CNN's "The Lead with Jake Tapper" averaged only 525,000 total viewers for its worst month since August 2015 despite the namesake host's heavily promoted book tour.

On the weekend, Fox News topped both CNN and MSNBC during every hour of the day among both total and demo viewers as "My View with Lara Trump" averaged over 1.4 million viewers to finish as the No. 1 show on Saturday and "Sunday Morning Futures" earned the Sunday crown with 1.7 million.

More Democrats, Independents and Republicans tuned in to FNC over any other cable network across total day, according to data from Nielsen MRI Fusion.

Ratings information courtesy of Nielsen Media Research.

**CLICK HERE TO GET THE FOX NEWS APP**

*Brian Flood is a media editor/reporter for FOX News Digital. Story tips can be sent to brian.flood@fox.com and on Twitter: @briansflood.*

## Related Topics

Media      TV Ratings      Entertainment

## Conversation 646 Comments

Discussions are moderated. For more details, click here.