# Exhibit G

# Investor Presentation

November 2025

# Investment Highlights



- Rapidly Expanding News Network with Strong Growth Trajectory
- Highly Loyal Audience with Significant Reach
- Diverse Platform Model with Multi-Faceted Revenue Streams
- Platform and Reach Unlocks Monetization Upside
- World-Class Leadership with Strategic Access
- Debt-Free Balance Sheet with Capital Strength to Support Growth

# Newsmax Overview



## *On all platforms, for all people*

**Live Cable TV**    **Free Streaming Channel**    **Paid Streaming Service**

---

### Growth and Scale

**60M+**
*U.S. Homes Footprint Across Pay TV*

**100M+**
*Streaming on smartphones, apps and other devices*

**#4**
*In Cable News*

**29M+**
*Newsmax TV Quarterly Viewership Jan-Sep '25 vs. '24*

**+8%**
*Newsmax TV Audience Reach Jan-Sept '25 vs. '24*

**+25%**
*Newsmax 2 Viewership Growth Jan-Sept '25 vs. '24*

### Financial Overview

**Diversified Revenue**
**$171M**
*76% Broadcast 24% Digital FY2024*

**Strong Growth**
**+30%**
*Revenue CAGR 2019-2024*

**Current Capital Strength**
**$130M**
*Cash and short-term investments as of 3Q FY25*

*Disclosure: Please note data is aggregated from Nielsen data, streaming dashboard of OTT providers, internal company estimates and other analytic services. The numbers and data are variable and subject to change.*

NEWSMAX

# Newsmax – Building The Future Of Journalism

## Golden Age of News

- Select few universally trusted sources
- Mass audiences and stable monetization
- Proof that audiences reward authoritative journalism

## Digital & Social Disruption

- Fragmented news outlets and rise of misinformation
- Click-driven economics
- Market void emerges, trust gap grows



**Pre-2010**

**Future State**

**Restoring Trust in News**

**2010-2020**

**COVID-2024**

## The Return to Trusted Voices

- Journalism and informed opinion
- Audiences turn away from sensationalism, seeking truth
- **Newsmax** among the most trusted news brands[1] covering issues Americans deeply care about

## Legacy Media Overreach

- CNN, Fox lean into entertainment and spectacle
- Ratings chase undermines credibility
- Audiences overwhelmed by conflict journalism

_1. Economist / YouGov annual survey of Trust in Media._

**NEWSMAX**

# Capitalizing On Secular Shifts In Media And Society



## SOCIOGRAPHIC SHIFTS

- National and global interest in politics and society on the rise

- Demographics increasingly identify by political ideology

- Being "conservative" is more nuanced

- Growing need to separate facts from misinformation in the age of AI



## MEDIA SHIFTS

- Cable, streaming, web, social and apps are now all viable platforms

- Less consolidated news ecosystem with fragmented sources

- Viewership and ad dollars increasingly flow to live content

- FAST channels lead growth

- Streaming driving premium content

## NEWSMAX Strategic Edge

- ✓ Purpose-built for multi-channel, multi-media

- ✓ Appeals to American values

- ✓ Not beholden to a media conglomerate

- ✓ Innovative monetization & audience engagement

- ✓ Unified, focused leadership and trusted brand

NEWSMAX

# News Business Today

## News Consumption Diversifying



*Proportion that used each as a source of news in the last week in the U.S.*

Source: Reuters Institute.

## Trust is in Decline



*Americans' trust in mass media is at an all time low*

Source: Gallup.

## Less Competitive On The Right



*Top 15 multi-channel news source preferences by political affiliation in the U.S.*

Sources: Pew Research.

NEWSMAX

# The Opportunity

| Battleground Settled<br>Fighting for Basis Points | Battleground Open<br>Huge Whitespace | NEWSMAX<br>Strategic Edge |
| --- | --- | --- |

 



The Washington Post

The New York Times



"Surge in **Newsmax** ratings shook Fox News…"

THE WALL STREET JOURNAL.

**Strategic Edge**

✓ Purpose-built for multi-channel, multi-media

✓ Appeals to American values

✓ Not beholden to a media conglomerate

✓ Innovative monetization & audience engagement

✓ Unified, focused leadership and trusted brand

# Newsmax Reach – Now A Growth Amplifier









| Affiliate Fee Upside | Advertising Revenue Growth | Digital Media / Subscription Expansion | Expand Revenue Opportunities, International and More |
|---|---|---|---|
| Significant upside as MVPD / OTT renewals move toward industry benchmarks | Leveraging ratings momentum, premium demographics (35–64), and multi-platform campaigns | Scaling Newsmax App, Newsmax+, Newsmax2 to capture digital-first audiences | International growth and expand audience lifetime value by selectively offering our audience new products and services |

8

**NEWSMAX**

# Affiliate Fees Set To Reprice

# Significant Opportunity

## CAPITALIZING ON REACH AND GROWTH

**Affiliate Rate Per Subscriber**
($ per month)

| | Fox News | CNN | CNBC | Fox Business | MSNBC | Newsmax |
|---|---|---|---|---|---|---|
| Affiliate Rate | $2.52 | $1.30 | $0.64 | $0.39 | $0.38 | *Affiliate Fees* |
| **Nielsen Homes** | 61M | 59M | 48M | 59M | 56M | **60M**[1] |
| **Ratings All Key Dayparts** | #1 | #3 | #5 | #6 | #2 | **#4** |

**Built-In Growth Catalyst** – Expiring contracts reset at market rates

**High-Margin Upside** – Flows directly to bottom line

**Massive Gap to Peers** – Current rates trail peers by average of 7x

**Distribution Parity** – Now in 60M homes, on par with peers

**Audience Outperformance** – More viewers than CNBC + Fox Business combined in access & prime

*Source: Nielsen as of September 2025, Kagan (\*average monthly affiliate fee per subscriber in 2024).*
*1) Nielsen Homes inclusive of management estimate.*



# Top Advertisers – Turning To Newsmax | Accelerating AD Growth





*Source: Nielsen NPower National Live SD (000) used in analysis Jan – Sept 2025 vs. 2024.*

# Fast-Growing Footprint Broadens & Strengthens Our Brand

**TELEVISION**



## 53M+
Total Newsmax TV Viewers

## +8%
as of Sept '25 vs. '24

**NEWSMAX.COM**



## ~9M
Avg. Monthly Users

## +24%
Jan-Sept '25 vs. '24

**APPS / STREAMING**



## 19M+
Newsmax App Downloads

## +16%
as of Sept '25 vs. '24



## 280K+
Newsmax+ Paid Subscribers

## +6%
as of Sept '25 vs. '24

**SOCIAL**






## 22M+
Social Media Followers

## +33%
as of Sept '25 vs. '24

*Among the best per-follower engagement rate in TV news*

# On All Platforms, for All People

*Disclosure: Please note data is aggregated from Nielsen data, streaming dashboard of OTT providers, internal company estimates and other analytic services. The numbers and data are variable and subject to change.*

NEWSMAX

# Opportunities to Expand Our Offering

## HIGHLY ENGAGED AUDIENCE

 High income earners

 High net worth retirees

 Active and actionable families

 Socially responsible and community driven

 Highly digitally involved base, TV generation, social media savvy

*Loyal, action-oriented audience*

## UNLOCKING SUBSTANTIAL SPEND

**Enhance Product Execution:**
Podcasts, radio, Newsmax.com, app, books, magazine, social, talent development, new digital media channels, seeking family friendly content

**Global Growth:**
New international licensing deals, live AI dubbing, broader global footprint and more correspondents worldwide

**Cross-Platform Integration:**
E-commerce, subscription bundles and digital ad growth

**Underleveraged Verticals:**
Finance, insurance, health and retirement services



# Expanding Audience Lifetime Value

**NEWSMAX**

# Global Growth With Significant Expansion On The Horizon



**100+** *Countries Available*

**NEWSMAX En Español**
*First and only live dubbed news channel*

## Brand Licensing Partnerships:

- ✓ Republic of Serbia
- ✓ Republic of Croatia
- ✓ Bosnia & Herzegovina
- ✓ Montenegro
- ✓ Slovenia
- ✓ North Macedonia
- ✓ Albania

## New Distribution Partnerships:

- ✓ Cellcom Israel
- ✓ Telecom Armenia
- ✓ Supercanal (Dominican Republic)
- ✓ Freeview U.K.
- ✓ Fubo Canada
- ✓ Du Middle East
- ✓ Molotov France

■ U.S. Channel Carriage

▨ U.S. Channel Carriage & Live AI dubbing



# World-Class Leadership With Strategic Access



### CHRISTOPHER RUDDY
*Chief Executive Officer*

- Founded **Newsmax** in 1998

- Former Journalist at *New York Post, Pittsburgh Tribune-Review*

- Served as Media Fellow, Hoover Institution

- Multichannel News' "News Titans": Top 10 People to Know in TV News

- Named Cablefax's Top 100 Power Players

## Leadership Team



### DARRYLE BURNHAM
*Chief Financial Officer*
- Former Director of Finance and Operations at CopperCom, Inc.
- Former Corporate Treasurer for Sleepmaster, LLC (dba Serta Mattress)
- Former Finance Manager, Procurement for Scientific Atlanta (now Cisco)



### ELLIOT JACOBSON
*Chief Content Officer and EVP Programming*
- Former EVP / Chief Content Officer at RLTV, jointly owned by Comcast
- Launched 38 series, 37 specials at RLTV
- Former Executive Director of Media Operations for Laureate



### LAURA VAIL
*Vice President of Marketing*
- 34+ years in marketing
- Key leader at Newsmax for 11+ years, driving data-driven success
- Former executive at ProCirc and Business Week; managed brands like CFR, Rolling Stone and Disney



### ANDY BIGGERS
*SVP of Content Distribution*
- 9 years at 21st Century Fox cable channels
- Handled Fox News distribution agreements, relationships
- 5 years with Viacom / MTV Marketing Development

## Board



### ALEX ACOSTA
- Served as 27th U.S. Secretary of Labor
- 30+ years of legal expertise across government, academia and private practice



### NANCY BRINKER
- Philanthropist, Founder of Susan G. Komen for the Cure
- Anchor for Newsmax TV



### CHRIS NIXON COX
- CEO of Lightswitch Capital, Argali Carbon Corporation and BioSource Feeds Corporation
- Co-Founder and Managing Partner of OC Global Partners



### PAULA DOBRIANSKY
- Vice Chair of the Atlantic Council's Scowcroft Center for Strategy and Security
- Former SVP and Global Head of Government and Regulatory Affairs at Thomson Reuters




### DAVID GANDLER
- Co-Founder and Chief Executive Officer of FuboTV Inc.
- 15+ years in video sales in local broadcast and cable TV

**NEWSMAX**

# 3Q FY25 Highlights

**STRONG QUARTERLY RESULTS REALIZING STRONG REVENUE GROWTH AND OPERATIONAL MOMENTUM IN A NON-ELECTION YEAR**

**Revenues of $45.3M, up 4.0% YoY**

**Broadcast Revenues of $36.6M, up 10.1% YoY**

**Remains Fourth Highest-Rated Cable News Channel**

**No Long-Term Debt and Strong Cash Position**

**Partnership expansions:** Secured distribution agreement with a leading hospitality provider and partnered with Curb to bring Newsmax programming to the Taxi TV platform

**International:** launched Newsmax en Español on Fubo's Latino plan and Latino Plus add-on package, expanded international news coverage with Carl Higbie broadcasting live from Israel, and partnered with Trump Media & Technology Group to make Newsmax available at a global scale via the Truth+ streaming platform

**Revenue ($ in millions)**



**Broadcast Revenue ($ in millions)**





# Positioned to Generate Long-Term Shareholder Value



- Rapidly Expanding News Network with Strong Growth Trajectory
- Highly Loyal Audience with Significant Reach
- Diverse Platform Model with Multi-Faceted Revenue Streams
- Platform and Reach Unlocks Monetization Upside
- World-Class Leadership with Strategic Access
- Debt-Free Balance Sheet with Capital Strength to Support Growth

NEWSMAX  NEWSMAX2  NEWSMAX+