# Exhibit I

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 8-K

## CURRENT REPORT
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**<u>August 19, 2025</u>**
Date of Report (Date of earliest event reported)

## NEWSMAX INC.
(Exact name of registrant as specified in its charter)

| **Florida** | **024-12567** | **99-2600308** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (I.R.S. Employer Identification Number) |

**750 Park of Commerce Drive, Suite 100**
**Boca Raton, Florida 33487**
(Address of principal executive offices and zip code)

(561) 686-1165
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligations of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class B Common Stock, $0.001 par value per share | NMAX | New York Stock Exchange, LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

## Item 2.02 - Results of Operations and Financial Condition.

On August 19, 2025, Newsmax Inc. (the "Company") issued a press release announcing its results of operations for the three months ended June 30, 2025. A copy of the press release is furnished as Exhibit 99.1 hereto and incorporated herein by reference.

The information in Item 2.02 of this Form 8-K and in the press release attached as Exhibit 99.1 is being furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that Section. The information in each of Item 2.02 of this Form 8-K and Exhibit 99.1 shall not be incorporated by reference in any filing made by the Company or other document under the Securities Act of 1933, as amended, or the Exchange Act, regardless of any general incorporation language in any such filing or document, except as shall be expressly set forth by specific reference in any such filing or document.

## Item 9.01 - Financial Statements and Exhibits

(d) The following exhibits are being filed herewith:

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release, dated August 19, 2025 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

1

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: August 19, 2025

**Newsmax Inc.**

By:   /s/ Darryle Burnham
Name: Darryle Burnham
Title:  Chief Financial Officer

2

EX-99.1 2 ea025399101ex99-1_newsmax.htm PRESS RELEASE, DATED AUGUST 19, 2025

**Exhibit 99.1**



**Newsmax Announces Second Quarter 2025 Financial Results**

*Company Reports Revenues of $46.4 million, an 18.4% Increase Year-Over-Year*

*Broadcast Revenues Soar to $38.0 Million, a 28.5% Increase Year-Over-Year*

*Newsmax Remains the Fourth Highest-Rated Cable News Channel*
*With Over 26 Million Quarterly Viewers*

**BOCA RATON, FL – August 19, 2025 – Newsmax Inc. (NYSE: NMAX)** ("Newsmax" or the "Company") today announced its financial results for the second quarter ended June 30, 2025.

**Management Commentary**

"We are excited to report another strong quarter with impressive financial and operational results that demonstrate the power of our growing cable and FAST channels," said Christopher Ruddy, Chief Executive Officer of Newsmax Inc. "Our second quarter revenue growth reflects the continued strength of our business model and the resonance of our content with American audiences."

Ruddy continued, "Our strong financial position, bolstered by our successful IPO and access to public markets, provides the strategic flexibility to capitalize on the significant opportunities in the evolving media landscape. We are building for sustainable, long-term growth while expanding our reach across multiple distribution channels and platforms."

"With our diversified revenue streams showing growth across affiliate fees, advertising, and subscription services, and supported by a strong balance sheet, we are well-positioned to capitalize on ongoing trends in streaming, international markets and multi-platform distribution. We remain committed to delivering long-term value for our shareholders as we execute on this strategy."

**Dominion Resolution**

On August 18, 2025, Newsmax announced that the Company reached a settlement agreement with Dominion Voting Systems, concluding a defamation lawsuit that Dominion filed in Delaware Superior Court in 2021.

"We are pleased to have reached a resolution with Dominion," commented Ruddy. "This settlement enables us to move forward from the litigation and remain focused on delivering the trusted news and analysis our viewers rely on every day. This was a strategic business decision made in the best interests of the company and its shareholders, and we remain confident in the integrity of our journalism and steadfast in our commitment to a free and vibrant press."

The resolution of the Dominion suit, which ends all litigation the Company faced relating to the 2020 election, is expected to significantly reduce Newsmax's legal expenses for the foreseeable future.

**Second Quarter 2025 Business and Operational Highlights**

- Newsmax continued to grow its domestic and global reach, expanding its footprint to over 60 million U.S. homes and to over 100 countries:

  o Extended multi-year carriage partnership with Fubo and launched Newsmax en Español on Fubo's Latino plan, the first and only U.S.-based news channel to use advanced AI technology to dub its content into another language on a live basis.

  o Expanded distribution through pay TV Hulu+ achieving household penetration of approximately 60 million U.S. homes.

  o Formed strategic partnerships with Cellcom Israel, Telecom Armenia and Supercanal in the Dominican Republic.

  o Expanded Newsmax+ streaming availability across Comcast entertainment devices including Xfinity X1, Xfinity Flex, Xumo Stream Box and Xumo TV.

- Secured multi-year contract renewal with veteran anchor Greta Van Susteren to continue leading prime-time programming with "The Record".

- Grew social media following to 20 million followers and achieved over 16 million downloads of the free Newsmax App.

- Appointed Ambassador Paula J. Dobriansky and former U.S. Secretary of Labor Alex Acosta to Board of Directors, bringing extensive government, regulatory and international affairs expertise.

- Added to Russell 2000® and Russell 3000® indexes, providing increased visibility via the $10.6 trillion in institutional investor assets benchmarked against Russell's U.S. indexes.

**Second Quarter 2025 Financial Highlights**

- Newsmax reported total quarterly revenues of $46.4 million for the three-month period ended June 30, 2025, representing an 18.4% year-over-year increase.

  o Total Broadcasting revenues grew significantly year-over-year, increasing from $29.6 million in the second quarter of 2024 to $38.0 million for the second quarter of 2025 – an increase of 28.5%.

  o Advertising Revenues increased 26.2% year-over-year to $29.9 million driven by higher linear cable and satellite advertising due to higher Nielsen ratings which translated to higher rates.

2

o  Affiliate Revenues increased 7.3% year-over-year to $7.3 million driven by new contractual relationships as well as rate increases that went into effect in 2025.

o  Subscription Revenues increased 5.2% year-over-year to $7.0 million driven by an increase in Newsmax + subscribers.

o  Product Sales Revenues increased 5.1% year-over-year to $1.6 million driven by continued sales of "Pay Zero Taxes" but was offset by lower nutraceutical sales.

● Newsmax reported a quarterly Net Loss of $(75.2) million as compared to a Net Loss of $(4.8) million reported in the prior year quarter primarily driven by the settlement of the Dominion lawsuit which was settled on August 18, 2025 but recognized in Q2 2025 in accordance with GAAP.

● Quarterly Adjusted EBITDA was $(3.8) million, a decrease of $5.7 million, or 300.1%, from the amount reported in the same quarter last year, primarily due to an increase in cost of revenues and general and administrative costs associated with the continued expansion of the business and costs associated with becoming a public company. (See reconciliation of net loss to adjusted EBITDA below)

● The Company ended the quarter with $197.9 million in Cash and short-term investments. Cash and Cash Equivalents was $33.8 million and short-term investment was $164.1 million

Newsmax is reiterating its previously issued full-year 2025 revenue guidance of $180 million to $190 million.

"Our second quarter results demonstrate the strength and resilience of our diversified revenue model," commented Darryle Burnham, Chief Financial Officer. "The growth we're seeing across our affiliate fees, advertising revenue and Newsmax+ subscriptions, combined with our strong balance sheet and access to capital markets, positions us well to execute on our long-term strategic vision while maintaining the operational flexibility needed to pursue emerging growth opportunities."

**About Newsmax**

Newsmax Inc. is listed on the NYSE (NMAX) and operates, through Newsmax Broadcasting LLC, one of the nation's leading news outlets, the Newsmax channel. The fourth highest-rated network is carried on all major pay TV providers. Newsmax's media properties reach more than 40 million Americans regularly through Newsmax TV, the Newsmax App, its popular website Newsmax.com, and publications such as Newsmax Magazine. Through its social media accounts, Newsmax reaches 20 million combined followers. Reuters Institute says Newsmax is one of the top U.S. news brands and Forbes has called Newsmax "a news powerhouse."

For more information, please visit Investor Relations | Newsmax Inc.

**Investor Contacts**

Newsmax Investor Relations
ir@newsmax.com

3