**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

NEWSMAX BROADCASTING, LLC,

*Plaintiff,*

v.

FOX CORPORATION AND FOX NEWS
NETWORK, LLC,

*Defendants*.

No. 3:25-cv-770

Hon. William M. Conley

## DECLARATION OF RYAN J. WALSH

I, Ryan J. Walsh, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am an attorney admitted to practice in the Western District of Wisconsin. I represent Defendants in the above-captioned matter.

2.      Attached as **Exhibit A** is a true and correct copy of Defendants' *First Set of Interrogatories to Plaintiff*, served on February 13, 2026.

3.      Attached as **Exhibit B** is a true and correct copy of Plaintiff's *Responses and Objections to Defendants' First Set of Interrogatories*, served on March 26, 2026.

4.      Attached as **Exhibit C** is a true and correct copy of an April 3, 2026 letter from Defendants to Plaintiff.

5.      Attached as **Exhibit D** is a true and correct copy of an April 16, 2026 letter from Defendants to Plaintiff.

DATED:      April 21, 2026

*/s/ Ryan J. Walsh*
Ryan J. Walsh