**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-80467-EA**

NEWSMAX BROADCASTING, LLC,

          *Plaintiff,*

   v.

FOX CORPORATION and
FOX NEWS NETWORK, LLC,

          *Defendants.*

**JOINT NOTICE OF MEDIATOR SELECTION AND SCHEDULING OF MEDIATION**

Pursuant to this Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (Dkt. 80), Plaintiff Newsmax Broadcasting, LLC and Defendants Fox Corporation and Fox News Network, LLC (collectively, the "Parties") file this Joint Notice of Mediator Selection and Scheduling of Mediation.  The Parties have selected Judge Alan Fine as mediator.  Judge Fine's contact information is:

    Judge Alan Fine
    Private Resolutions, Inc.
    Tel:   (305) 735-1050
    Email:   alan.fine@privateresolutions.com

The Parties have agreed to conduct the in-person mediation on January 26, 2027, beginning at 9:00 a.m. in Miami, Florida.

Dated: June 18, 2026

Respectfully submitted,

s/ **Samuel J. Randall**

Samuel J. Randall (FL Bar No. 56864)
Agustina Kloosterboer (FL Bar No. 1011017)
**SPERLING KENNY NACHWALTER, LLC**
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Email:  srandall@sperlingkenny.com
             akloosterboer@sperlingkenny.com

Michael J. Guzman (*pro hac vice*)
Thomas G. Schultz (*pro hac vice*)
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C.  20036
Tel:   (202) 326-7910
Email:  mguzman@kellogghansen.com
             tschultz@kellogghansen.com

*Counsel for Plaintiff Newsmax*
*Broadcasting, LLC*

s/ **Ronald K. Anguas**

Ronald K. Anguas (*pro hac vice*)
Bradley J. Bondi (FL Bar No. 162396)
Michael F. Murray (*pro hac vice*)
Benjamin W. Snyder (*pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street, N.W.
Washington, D.C.  20036
Tel:   (202) 551-1700
Email:  ronaldanguas@paulhastings.com
             bradbondi@paulhastings.com
             michaelmurray@paulhastings.com
             bensnyder@paulhastings.com

Christopher M. Kise (Florida Bar No 855545)
Lazaro P. Fields (Florida Bar No. 1004725)
**CONTINENTAL PLLC**
215 South Monroe Street
Suite 750
Tallahassee, Florida  32301
Tel:   (850) 270-2211
Email:  ckise@continentalpllc.com
             chris@ckise.net
             lfields@continentalpllc.com

Paul T. Cappuccio (*pro hac vice*)
Patrick F. Philbin (*pro hac vice*)
Cody L. Reaves (*pro hac vice*)
**TORRIDON LAW PLLC**
801 17th Street, N.W.
Suite 1100
Washington, D.C.  20006
Tel:   (202) 249-6900
Email:  pcappuccio@torridonlaw.com
             pphilbin@torridonlaw.com
             creaves@torridonlaw.com

*Counsel for Defendants Fox Corporation*
*and Fox News Network, LLC*

695861.1