**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-80467-EA**

NEWSMAX BROADCASTING, LLC,

*Plaintiff,*

v.

FOX CORPORATION and
FOX NEWS NETWORK, LLC,

*Defendants.*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Newsmax Broadcasting, LLC ("Newsmax"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15.1, respectfully moves the Court for an order granting Newsmax leave to file a First Amended Complaint. A copy of Newsmax's proposed First Amended Complaint is attached hereto as Exhibit A, and a redline version of the proposed First Amended Complaint showing changes from the Complaint is attached hereto as Exhibit B.

Newsmax has not previously sought leave to amend the Complaint, but seeks leave now in light of the action's transfer to this Court. Newsmax initiated this action in the Western District of Wisconsin on September 11, 2025. Dkt. No. 1. The case was then transferred to this Court on April 23, 2026. Dkt. No. 56. The proposed First Amended Complaint does not materially alter the core theory of Newsmax's case; rather, the proposed amendments largely conform the pleading to this forum and applicable Eleventh Circuit and Florida law, including by replacing Wisconsin-law claims with Florida-law claims.

Courts "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be 'freely given.'" *Reimer v. Highland Health Direct, LLC*, 2023 WL 5955460, at *1 (S.D. Fla. July 14, 2023) (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)). None of those circumstances exist here. Newsmax seeks leave to amend promptly after the action's transfer to this Court and before the Court's July 9, 2026 deadline for motions to amend pleadings. Dkt. 80. The proposed amendment will not prejudice Defendants, require a new schedule, or change the nature of the dispute. To the contrary, the proposed First Amended Complaint will promote efficient adjudication by ensuring that Newsmax's operative pleading reflects the governing forum and Newsmax's clarified allegations.

## CONCLUSION

For the reasons set forth above, Newsmax respectfully requests that the Court grant leave to file the proposed First Amended Complaint.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Counsel for Newsmax certifies that Newsmax has conferred with all parties who may be affected by the relief sought in this motion in a good-faith effort to resolve the issues raised in the motion and has been unable to do so.

Dated: July 09, 2026

Respectfully submitted,

s/ *Samuel J. Randall*

Samuel J. Randall, Esquire
(Florida Bar No. 0056864)
Agustina Kloosterboer, Esquire
(Florida Bar No. 1011017)
**SPERLING KENNY NACHWALTER, LLC**
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Email: srandall@sperlingkenny.com
akloosterboer@sperlingkenny.com

Michael J. Guzman (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Tel: (202) 326-7910
Email: mguzman@kellogghansen.com

***Counsel for Plaintiff Newsmax Broadcasting, LLC***

8002718.1