# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE ~~WESTERN~~SOUTHERN DISTRICT OF ~~WISCONSIN~~FLORIDA**

**CASE NO. 26-CV-80467-EA**

NEWSMAX BROADCASTING, LLC,

*Plaintiff,*

v.

FOX CORPORATION and
FOX NEWS NETWORK, LLC,

*Defendants.*

~~Case No. 25-cv-770~~

**JURY TRIAL DEMANDED**

**FIRST AMENDED COMPLAINT**

Plaintiff Newsmax Broadcasting, LLC brings this action against Fox Corporation and Fox News Network, LLC for violation of Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1, 2; ~~and~~ the ~~Wisconsin~~Florida Antitrust Act, ~~Wis~~Fla. Stat. §§ ~~133.03(1)-(2)~~542.18, 542.19; and the Florida Deceptive & Unfair Trade Practices Act, Fla Stat. § 501.204. Plaintiff states and alleges as follows.

**INTRODUCTION**

1. Fox Corporation ("Fox Corp.") has long engaged in an exclusionary scheme to increase and maintain its dominance in the market for ~~U.S.~~the distribution of right-leaning pay TV news to U.S. consumers (the "Right-leaning Pay TV News Market"), resulting in suppression of competition in that market that harms consumers, competition, and Newsmax Broadcasting, LLC ("Newsmax" or "Plaintiff").

2. Fox Corporation owns Fox News Network, LLC ("Fox News," and collectively with Fox Corp., "Fox" or "Defendants"). Fox News ~~Network, LLC~~ operates the Fox News

Channel – the cable news ~~network~~channel with the highest viewership in the United States. Fox's control over this must-have news channel gives it significant market power and leverage to impose onerous demands on distributors of its content. Fox leverages this market power to coerce distributors into not carrying or ~~into~~ marginalizing other right-leaning news channels, including Newsmax's competitor to the Fox News Channel – Newsmax TV.

3. Fox employs at least three anticompetitive means to exclude competing providers of right-leaning video content from the market. *First*, Fox imposes explicit or tacit "no-carry" provisions on distributors, conditioning access to its commercially critical content on distributors' concession not to carry non-Fox right-leaning news channels like Newsmax TV and others. *Second*, it imposes financial penalties on distributors if they carry right-leaning news channels like Newsmax TV or others by requiring the distributors to carry and pay high fees for Fox's little-watched channels like Fox Business. *Third*, Fox inserts a suite of other contractual barriers into its carriage agreements intended to prevent Newsmax and others from competing in the Right-leaning Pay TV News Market against Fox. These tactics constitute unlawful restraints of trade and flow directly from Fox's unlawful monopolization of the Right-leaning Pay TV News Market.

4. But for Fox's anticompetitive behavior, Newsmax would have achieved greater pay TV distribution, seen its audience and ratings grow sooner, gained earlier "critical mass" for major advertisers and become, overall, a more valuable media property. Fox's campaign to stunt Newsmax's business has delayed, for almost a decade, Newsmax's growth in pay TV distribution, especially in the critical virtual Multichannel Video Programming Distributor ("vMVPD") arena, and has resulted in significant damages to Newsmax, including in the form of

lost business, missed advertising and marketing revenues, and lower cable license fees, all while increasing overall company costs.

5. And Newsmax is far from the only victim. Defendants' Fox's longstanding and ongoing anticompetitive conduct impedes has harmed and continues to harm consumers and competition in the entire Right-leaning Pay TV News Market, deprives consumers of genuine choice, and increasesing the costs that consumers must bear to access right-leaning news., Fox's longstanding and ongoing practices have harmed and will further harm, competition and consumers in the United States depriving consumers of genuine choice as to the right-leaning news to consume, and degrading the overall quality of the right-leaning news available to consumers.

**PARTIES**

**A. Plaintiff**

6. 5. Plaintiff Newsmax Broadcasting, LLC ("Newsmax") is a Florida limited liability company, with its principal place of business at 750 Park of Commerce Drive, Suite 100, Boca Raton, Florida 33487.

6. Newsmax content is broadcast in Wisconsin, including the Western District of Wisconsin, via national and local carriage agreements. Carriage in Wisconsin includes agreements with Celect Comm., LaValle Tel. Co-op, Marquette-Adams Comm., Richland-Grant Tel. Co-op, and Vernon Comm. Carriage in the Western District includes agreements with Amherst Telephone Company, Reedsburg Utility Commission, and Restech Services, Inc. Newsmax is also carried on national, pay TV systems available to consumers in Wisconsin, including DirecTV, DISH, Hulu+, and YouTube TV.

**B. Defendants**

7. Defendant Fox Corporation ~~("Fox Corp.")~~ is a public company, incorporated in Delaware with its principal place of business in New York, New York.

8. Defendant Fox News Network, LLC ~~("Fox News")~~ is a Delaware limited liability company ~~incorporated in Delaware~~ with its principal place of business in New York. Fox Corp. wholly owns Fox News.

**JURISDICTION AND VENUE**

9. This action arises, in part, under Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1 and 2; and Section 4 of the Clayton Act, 15 U.S.C. § 15.

10. This Court has subject matter jurisdiction over the claims under 28 U.S.C. §§ 1331 and 1337(a), as well as through Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26.

11. In addition to pleading violations of federal antitrust law, Newsmax alleges violations of state law. All claims under federal and state law are based upon a common nucleus of operative facts, and the entire action commenced by this First Amended Complaint ("Complaint") constitutes a single case that ordinarily would be tried in one judicial proceeding. This Court therefore has supplemental jurisdiction over the state-law claims under 28 U.S.C. § 1367(a). Exercising jurisdiction over the state-law claims will avoid unnecessary duplication of actions and supports the interests of judicial economy, convenience, and fairness.

12. Venue in this District is proper under Sections 4, 12, and 16 of the Clayton Act, 15 U.S.C. §§ 15, 22, and 26, and under 28 U.S.C. § 1391(b) and (c). Defendants reside, transact business, are found, or have agents in this District.

13. The Court has personal jurisdiction over the Defendants under Sections 4, 12, and 16 of the Clayton Act, 15 U.S.C. §§ 15, 22, and 26 and under Wis. Stat. §§ 801.05(1)(d) and (4) because the Defendants reside, transact business, or may beare found in this District.

14. Fox Corp. maintains continuous business operations in this District. Fox News licenses the Fox News Channel to Multichannel Video Programming Distributors ("MVPDs") and virtual Multichannel Video Programming Distributors ("vMVPDs") serving households in the Western District of Wisconsin.It has a significant physical presence and operations in this District, including television studios and one of its thirteen bureaus in Miami, Florida. Fox also has affiliation agreements with local stations, including WLAX (La Crosse), WEUX (Chippewa Falls), WMSN-TV (Madison), and WZAW-LD (Wausau). Fox owns and operates Fox6 News Milwaukee, WITI-TV ("WITI"). Upon information and belief, Fox owns WITI's offices and studios at 9001 N. Green Bay Road in Brown Deer, WI and an additional parcel at 1100 E. Capitol Drive in Shorewood, WI. Fox News is registered to conduct business in Florida as a foreign limited liability company and has appointed a registered agent for the service of process within Florida. Fox News broadcasts in the Southern District of Florida via both the national Fox News Channel and through several local affiliates.

15. Fox transacts business in this District by licensing Fox News and related channels for distribution to MVPD and vMVPD subscribers located in Wisconsin, including, on information and belief, hundreds of thousands of subscribers in the Western District.

16. Fox derives substantial revenue from consumers in the Western District that subscribe to Fox programming, including Fox News, Fox Business, and Fox Sports.

15. 17.Fox engages in interstate trade and commerce throughout the United States.

16. 18. Fox's conduct substantially affects interstate trade and commerce by harming competition, increasing prices, and restricting output in the Right-leaning Pay TV News Market, to the detriment of Newsmax and consumers nationwide.

17. 19. As a result of Fox's conduct, consumers in the WesternSouthern District of Florida face supracompetitive prices, reduced output, and diminished choice in the rRight-leaning pPay TV nNews Market.

## FACTS

## I. THE RIGHT-LEANING PAY TV NEWS ECOSYSTEM

18. 20. When an American viewer turns on the television or a streaming service to watch right-leaning political news, there is a chain of content creation, packaging, and distribution behind the scenes. This system can be referred to generally as the Right-leaning Pay TV News eEcosystem. Understanding its components is essential to understanding Fox's anticompetitive conduct.

21. With respect to right-leaning news programming, the ecosystem involves two distinct activities – creating and distributing content.

19. 22. As relates to creation of content, programmers develop, produce, or acquire political and cultural content tailored to right-leaning viewers. For example, Fox News creates the conservative news shows *Hannity*, *The Ingraham Angle*, and *Fox & Friends*. Programmers hire and cultivate on-air talent, create editorial policy, and generate the live or pre-recorded news segments. Some of these networks have built nationwide brand recognition and devote substantial resources to covering political events with a right-leaning viewpoint.

20. 23. As relates to packaging and distribution, programmers that operate right-leaning news channels license or sell that programming to distributors – whether traditional cable providers or internet-based "virtual" distributors – that deliver the programming to end users.

Distributors ~~for~~of traditional pay TV are called Multichannel Video Programming Distributors ("MVPDs"). MVPDs have a consistent business model: package programmers' content (channels) into television bundles (or channel lineups) and market those bundles to consumers. Historically, MVPDs are dominated by cable operators, such as Comcast and Spectrum, and satellite distributors, like DirecTV and DISH. ~~In recent years, t~~Telco-based providers, like Verizon Fios, have also entered the MVPD fold.

21. ~~24.~~In the streaming era, new distributors have emerged, including ~~virtual MVPDs ("vMVPDs")~~vMVPDs. The vMVPD market is dominated by a handful of players including YouTube TV, Hulu+, DirecTV Stream, Sling TV, and Fubo. The vMVPDs all deliver channels over broadband internet. While the traditional MVPD market of cable and satellite systems has declined ~~measurably —~~from 101 million subscribers over a decade ago to about 50 million ~~U.S. homes~~ today~~—~~, the number of vMVPD subscribers has soared ~~—~~from zero in 2014 – when Newsmax TV began – to over 20 million subscribers today. These virtual pay TV systems control close to 30% of the total pay TV ecosystem, making their distribution critical for any programmer, including Newsmax.

22. ~~25.~~Regardless of the specific technology, these distributors typically negotiate similar carriage agreements with ~~the~~ programmers, determining which channels to offer and the terms of carriage, including pricing and placement in various "tiers." Tiers are bundles of channels, packaged together by content and offered to subscribers at different price points. ~~A "basic" tier~~The most widely distributed tier is the entry level, "broadcast basic" tier. The second most widely distributed tier is called the "expanded basic" ("basic") tier. A basic tier is typically the second cheapest package and usually includes essential and widely demanded channels~~; it is typically the cheapest package and acts as the "entry-level" offering~~. Subscribers can pay more

for ~~expanded~~niche or "premium" tiers, which might include channels such as HBO, Showtime, Food Network, or Bravo, or ~~for niche~~other specialty add-ons, such as sports or international packages. A channel that is carried on a premium tier reaches fewer viewers, thus reducing that channel's Nielsen ratings, producing less advertising revenue, and depriving the channel of the scale required to sell to national advertisers.

23. ~~26.~~The parties in this dispute are programmers that create and license content in the ~~r~~Right-leaning ~~p~~Pay TV ~~n~~News ~~e~~Ecosystem. Fox has long leveraged its popular news and commentary programs to command outsized carriage terms from distributors for its major channels like Fox News Channel and Fox Sports, and its affiliated channels including Fox Business Network, Fox Sports 2, Fox Deportes, Big Ten Network, ~~and~~ Fox Weather, and channels from the Twentieth Century Fox portfolio, including but not limited to FUEL TV channels, FX Network channels, and FXX channels. Newsmax is a smaller but growing competitor that likewise tries to license its channel to all or almost all of the same distributors.

## II. THE RISE OF RIGHT-LEANING PAY TV NEWS IN THE UNITED STATES

24. ~~27.~~The Right-leaning Pay TV News Market, as we know it today, arose in response to an absence of right-leaning news content among cable news ~~channels~~networks. CNN, founded by Ted Turner in 1980, was the original creator of the first 24-hour ~~news~~ cable news channel. For more than 15 years, CNN dominated cable news as the only significant offering. In 1996, media mogul Rupert Murdoch, then chairman ~~of~~and CEO of News Corporation, launched Fox News ~~to compete with~~as an alternative to CNN, but with a twist~~.~~: ~~H~~his upstart ~~channel~~network would seek out and target right-of-center viewers,[1] ~~—which~~who

[1] John Gramlich, *5 ~~f~~Facts ~~a~~About Fox News in 2020*, Pew Rsch. Ctr. (Apr. 8, 2020), https://www.pewresearch.org/short-reads/2020/04/08/five-facts-about-fox-news/.

Murdoch argued were dissatisfied with the center-left coverage that CNN provided. Murdoch tapped a longtime Republican political strategist and television guru named Roger Ailes to head the new network. As Fox News quickly gained market share, Ailes famously said in effect: my brilliant insight was to start a network to serve the half of America the rest of the media ignored.[2]

25. ~~28.~~Since 1996, right-leaning pay TV news has been a cornerstone of ~~American~~ television in the United States, drawing tens of millions of viewers who identify with, or prefer, right-leaning perspectives on politics, current events, and cultural debates. From coverage of elections and legislative battles to daily panel discussions and prime-time commentary, right-leaning news programming has become a fixture in many U.S. households.

~~29. A large segment of consumers of political news and media seeks news, commentary, and analysis that aligns with or speaks to their political viewpoints. These right-leaning viewers treat other right-leaning news channels as their next best substitute—and do not consider left-leaning news outlets as adequate substitutes for right-leaning news channels. Further, many right-leaning news networks feature well-known media personalities whose style and viewpoints uniquely resonate with a right-leaning audience. Even those viewers who do watch channels with alternative political leanings generally (such as CNN) understand that those channels produce programming that differs politically from right-leaning news channels and often watch those channels to obtain political perspectives that are diverse from those on right-leaning news channels such as Fox News and Newsmax. In other words, even viewers who watch both right-leaning news channels and other news channels do not view those other news channels as substitutes for right-leaning news channels.~~

[2] *See* MJ Lee, *Murdoch, Ailes ~~m~~Mark 15 ~~y~~Years of Fox*, Politico (Oct. 7, 2011), https://www.politico.com/story/2011/10/murdoch-ailes-mark-15-years-of-fox-065414.

30. Accordingly, the Right-leaning Pay TV News Market is distinct from general news markets due to substantial differences in consumer behavior and preferences. Right-leaning audiences do not regard left-leaning news channels (*e.g.*, CNN, MSNBC) as substitutes. Due to deeply held political affiliations, consumers who desire right-leaning commentary are much more likely to switch to a channel that shares their ideological perspective than one with a different viewpoint. Right-leaning viewers demonstrate minimal switching to non-right-leaning news outlets like CNN or MSNBC. Empirical data indicates that right-leaning pay TV news viewers remain firmly attached to both right-leaning viewpoints and video media, confirming that consumers do not treat general news channels or right-leaning print news sources as adequate substitutes. Indeed, "[t]here is little overlap in the [video news] sources that Democrats and Republicans find most trustworthy—other than the Weather Channel."[3] Consequently, the core product in this market is right-leaning coverage of politics, current events, and cultural issues on cable television.

31. Other forms of right-leaning media, such as conservative internet websites, do not serve as substitutes for right-leaning pay TV news. Only 5% of Americans get news from foxnews.com.[4] Americans average 90 seconds per day getting news online, and even "the heaviest online news users spent only about four minutes a day on that activity."[5]

26. For decades, Fox News has been the dominant right-leaning pay TV news network accommodating right-leaning viewers, a majority of whom come from America's

[3] Taylor Orth & Carl Bialik, *Trust in Media 2024: Which news sources Americans trust—and which they think lean left or right*, YouGov (May 30, 2024), https://today.yougov.com/politics/articles/49552-trust-in-media-2024-which-news-outlets-americans-trust [hereinafter Orth & Bialik, *Trust in Media 2024*].

[4] Mark Jurkowitz & Amy Mitchell, *How Americans Get TV News at Home*, Pew Rsch. Ctr. (Oct. 11, 2013), https://www.pewresearch.org/journalism/2013/10/11/how-americans-get-tv-news-at-home/.

[5] *Id.*

largest voting block: conservatives.[6] To put it bluntly, "conservatives are drawn to Fox."[7] Among viewers of major cable news networks, "75% of Republican news viewers watch Fox News *exclusively* during a typical week[.]"[8] Indeed, U.S. consumers understand that Fox News caters to a right-leaning viewership: when YouGov conducted a survey in May 2024 to study perceptions of the ideological lean of certain news sources, the Fox News Channel ended up being the news channel most often characterized as conservative by surveyed U.S. adult citizens, including by those who identified as Republicans and Democrats.[9]

27. Fox News also understands its audience to consist largely of right-leaning viewers. Joe Dorrego – Chief Operating Officer and Chief Financial Officer of Fox News Media – testified in prior litigation that it "is correct" that "the potential viewer loss for President Trump saying something negative about Fox News is a lot higher than if President Trump says something negative about say MSNBC[.]"[10] Dorrego also stated that he cannot speculate what

[6] Megan Brenan, *U.S. Political Parties Historically Polarized Ideologically*, Gallup (Jan. 16, 2025), https://news.gallup.com/poll/655190/political-parties-historically-polarized-ideologically.aspx (showing 37% of Americans identify as "conservative" or "very conservative," while only 25% identify as "liberal" or "very liberal").

[7] Fred Dews, *Fox News' Incomparable Role on the Political Right*, Brookings (June 12, 2014), https://www.brookings.edu/articles/fox-news-incomparable-role-on-the-political-right/. In the interest of simplicity and avoiding burdensome edits to quoted material, Newsmax occasionally uses the terms "Fox" and "Fox News" to refer to the Fox News Channel.

[8] *Audience Insights: Differences and Similarities Among Cable News Viewers – And How to Reach Them*, Cox Media (July 16, 2024), https://coxmedia.com/learning-hub/insights/audience-insights-differences-and-similarities-among-cable-news-viewers-and-how-to-reach-them/ [hereinafter Cox Media, *Audience Insights*].

[9] Taylor Orth & Carl Bialik, *Trust in Media 2024: Which News Sources Americans Trust – And Which They Think Lean Left or Right*, YouGov (May 30, 2024), https://today.yougov.com/politics/articles/49552-trust-in-media-2024-which-news-outlets-americans-trust [hereinafter Orth & Bialik, *Trust in Media 2024*].

[10] [Redacted] Ex. 1 to Fox Defs.' Appl. for Continued Sealing of Limited Portions of Mot. for Leave to File Suppl. at PDF p. 74 (233:2-9), *US Dominion, Inc. v. Fox News Network, LLC*, No. N21C-03-257 (Del. Super. Ct. filed Apr. 5, 2023), Dkt. No. 2375. While MSNBC recently rebranded as "MS NOW," Newsmax largely continues to use the name "MSNBC" in the Complaint.

Fox would do "if the addressable market in terms of ideology shifted so that it were no longer profitable to appeal to a center right audience," because "[Fox] do[es]n't believe the vast majority of the population has shifted out of the center right[.]"[11]

28. ~~32.Conservative-leaning Americans are the largest group among self-identified voters. A 2025 Gallup poll on ideology shows that 37% of Americans identify as "conservative" or "very conservative," while only 25% identify as "liberal" or "very liberal."[12]~~ Because a large share of political ~~and current-events coverage viewers~~media consumers identify as right-leaning, any cable~~ or~~, satellite, or streaming package that omits a meaningful right-leaning news option risks losing that portion of its customer base. As Fox host Sean Hannity has said, "[f]rankly without Fox Prime time what does the country have?"[13] As a result, ~~cable~~MVPDs and ~~virtual~~ vMVPDs all carry at least one right-leaning channel – most commonly the Fox News ~~– in order~~Channel – to remain competitive and avoid subscriber churn. This entrenched, intense demand is a key driver of the leverage that Fox enjoys – and abuses – in its carriage agreements. Most distributors agree to Fox's onerous carriage restrictions and pay its high carriage fees (typically a monthly per-subscriber charge) because Fox gives them no other option.~~ These fees typically take the form of a monthly charge per subscriber.~~

29. Consumers of political media seek news, commentary, and analysis that aligns with or speaks to their political viewpoints. There is "nearly no crossover viewership between

---

[11] *Id.* at PDF p. 54 (181:10-25).

~~[12] Megan Brenan, *U.S. Political Parties Historically Polarized Ideologically*, Gallup (Jan 16, 2025), https://news.gallup.com/poll/655190/political-parties-historically-polarized-ideologically.aspx.~~

[13] Redacted Exs. 149-167 to Aff. of Katherine Peaslee, Ex. 155 at PDF p. 31 (FNN035_03890543), *US Dominion, Inc. v. Fox News Network, LLC*, No. N21C-03-257 (Del. Super. Ct. filed Mar. 7, 2023), Dkt. No. 2120.

left- and right- leaning partisan channels."[14] Indeed, "[t]here is little overlap in the [video news] sources that Democrats and Republicans find most trustworthy – other than The Weather Channel[.]"[15] Left-leaning viewers tend not to watch Fox News,[16] and "most Americans who consume mostly Fox News do so at the expense of all other sources."[17]

30. Simply put, the Right-leaning Pay TV News Market is distinct from general news markets due to the substantial differences in consumer behavior and preferences. Right-leaning viewers do not regard non-right-leaning news channels (*e.g.*, CNN, MSNBC) as substitutes for right-leaning news channels (*e.g.*, Fox News Channel, Newsmax TV) and so demonstrate minimal switching to those news channels. Rather, consumers who desire right-leaning news, commentary, and analysis are much more likely to treat other right-leaning news channels as their next best substitutes.

31. This is in large part due to the different personalities and programming featured on left- versus right-leaning channels. Many right-leaning news channels feature well-known media personalities whose style and viewpoints uniquely resonate with a right-leaning audience (think Tucker Carlson, Sean Hannity, and Laura Ingraham as opposed to Rachel Maddow, Anderson Cooper, and Chris Hayes). In a series of private texts, Carlson, Hannity, and Ingraham

---

[14] David E. Broockman & Joshua L. Kalla, *Selective Exposure and Echo Chambers in Partisan Television Consumption: Evidence from Linked Viewership, Administrative, and Survey Data*, 69 Am. J. Pol. Sci. 847, 857 (2025) [hereinafter Broockman & Kalla, *Partisan Television Consumption*].

[15] Orth & Bialik, *Trust in Media 2024*.

[16] Broockman & Kalla, *Partisan Television Consumption* at 857; *see also* Daniel Muise et al., *Quantifying Partisan News Diets in Web and TV Audiences*, Sci. Advances, July 13, 2022, at 6, https://www.science.org/doi/epdf/10.1126/sciadv.abn0083 ("[M]ost Americans who consume mostly MSNBC rarely consume news from any other source besides CNN[.]") [hereinafter Muise et al., *Quantifying Partisan News Diets*]; Cox Media, *Audience Insights* (noting that 84% of Democratic news viewers do not watch any Fox News).

[17] Muise et al., *Quantifying Partisan News Diets* at 6; *see also* Broockman & Kalla, *Partisan Television Consumption* at 857 ("Only 5% of registered Republicans who watch at least 8 hours/month of Fox News also watch at least 4 hours/month of CNN or MSNBC").

reveal their perception of the unique loyalty that the Fox News Channel's audience has towards the media personalities it features. Carlson writes, "[w]e devote our lives to building an audience," and Ingraham responds, "I think the three of us have enormous power. We have more power than we know or exercise."[18]

32. Further, right-leaning channels like Fox News Channel and left-leaning channels like MSNBC offer different types of programming. Whereas Fox News Channel pays "disproportionate attention to the economy, taxes, immigration, and terrorism," MSNBC focuses on "abortion and ethnicity."[19] Even those right-leaning viewers who do watch channels with generally alternative political leanings (such as CNN) understand that those channels produce programming that differs from right-leaning news channels and often watch those channels to obtain perspectives that are diverse from – not a substitute for – those on right-leaning news channels such as Fox News and Newsmax.

33. Since Rupert Murdoch and Roger Ailes began intentionally targeting right-leaning viewers in 1996 with the creation of Fox News, elected officials, industry participants, and the broader public have come to recognize the separate and distinct Right-leaning Pay TV News Market. President Trump has tweeted that "[m]any great alternatives [to the Fox News Channel] are forming & exist. Try @OANN & @newsmax, among others!"[20]; Democratic Representatives have threatened providers for carrying "the right-wing media ecosystem,"

[18] Redacted Exs. 149-167 to Aff. of Katherine Peaslee, Ex. 155 at PDF p. 30 (FNN035_03890542), *US Dominion, Inc. v. Fox News Network, LLC*, No. N21C-03-257 (Del. Super. Ct. filed Mar. 7, 2023), Dkt. No. 2120.

[19] Homa Hosseinmardi et al., *Unpacking Media Bias in the Growing Divide Between Cable and Network News*, Sci. Reps., May 21, 2025, at 4, https://www.nature.com/articles/s41598-025-01046-7#citeas [hereinafter Hosseinmardi et al., *Unpacking Media Bias*].

[20] Donald J. Trump (@realdonaldtrump), X (Nov. 15, 2020, at 07:25 AM ET), https://x.com/realDonaldTrump/status/1327950785959915520. "OANN" and "OAN" are short for One America News Network, which is another right-leaning news channel.

specifically "Newsmax, One America News Network, and Fox News."[21]; CNN's Brian Stelter has asserted that Newsmax, while "still relatively small . . . is the most robust right-wing TV challenge to Fox that I have ever seen"[22]; and an MS NOW (formerly MSNBC) article has noted Fox News Channel's audience leaving the channel not for CNN, ABC, or NBC, but for Newsmax or OAN.[23] Other news outlets, including the *Washington Post*,[24] *Guardian*,[25] *USA Today*,[26] and the *Wall Street Journal*,[27] have recognized Newsmax's specific efforts to compete

[21] *See* Letters from U.S. House Representatives Anna G. Eshoo & Jerry McNerney to CEOs of cable, satellite, and streaming providers (Feb. 22, 2021), https://docs.house.gov/meetings/IF/IF16/20210224/111229/HHRG-117-IF16-20210224-SD002.pdf.

[22] Brian Stelter, *Trump Voters Are Flocking to a TV Channel That Claims Biden Is Not President-Elect*, CNN (Nov. 12, 2020), https://edition.cnn.com/2020/11/12/media/fox-news-newsmax-reliable-sources/index.html.

[23] John Whitehouse, *'You're Gonna Get Us All Killed': New Lawsuit Provides Harrowing Look at Fox News' Lies*, MS NOW (Nov. 16, 2023), https://www.ms.now/opinion/msnbc-opinion/fox-news-employee-lawsuit-producer-network-jan-6-rcna125391.

[24] *See, e.g.*, Jeremy Barr, *Newsmax Hopes Conservative Anger at Fox News and a Few Trump Tweets Can Boost the Much Smaller Network*, Wash. Post (Nov. 10, 2020), https://www.washingtonpost.com/media/2020/11/10/newsmax-fox-news-trump-tweets/ ("Newsmax, which wants to draw viewers away from Fox News, has played up conservative criticisms of the network.").

[25] *See, e.g.*, Adam Gabbatt, *The Fall of Fox?: How Rising Rightwing Media Outlets Could Topple the Conservative Giant*, Guardian (Jan. 2, 2021), https://www.theguardian.com/world/2021/jan/02/the-fall-of-fox-how-rising-rightwing-media-outlets-could-topple-the-conservative-giant (noting that although "Fox News has dominated the conservative landscape" for years, it "now has competitors, in the form of One America News and Newsmax").

[26] *See, e.g.*, David Paleologos, *Paleologos on the Poll: Move Over Fox News, Trump Voters Are Shifting Toward Newsmax, OANN*, USA Today (Feb. 22, 2021), https://www.usatoday.com/story/news/politics/2021/02/21/paleologos-poll-newsmax-and-oann-out-foxing-fox/4533848001/ (discussing only OANN and Newsmax in following the "change from Fox to its competitors").

[27] Benjamin Mullin et al., *Trump Allies Explored Buyout of Newsmax TV as Fox News Alternative*, Wall Street J. (Nov. 15, 2020), https://www.wsj.com/business/media/trump-allies-explored-buyout-of-newsmax-tv-as-fox-news-alternative-11605464737 (reporting on alleged acquisition talks of Newsmax "to mount a real challenge to Fox News, which has dominated the conservative media landscape for two decades").

with Fox News in the "conservative cable-news market" versus compete in the broader market for consumers of news.[28]

34. Fox itself recognizes a discrete Right-leaning Pay TV News Market in which Fox News participates. On November 10, 2020, Raj Shah – a Fox Corp. executive and member of its Brand Protection Unit – noted in an email to a Fox Corp. colleague and a contact at YouGov that Fox is "not concerned with losing market share to CNN or MSNBC . . . . Our concern is Newsmax and One American News Network."[29] A November 2020 report for Fox News Media's monthly management meeting noted that "Newsmax's recent momentum post-election could negatively impact [Fox News Channel's] market share[.]"[30] Rupert Murdoch recently paid billions of dollars to resolve a succession battle in conservative Lachlan Murdoch's favor and ensure that Fox News "will retain its quintessential conservative identity after [Rupert's] death."[31]

35. The core product in the Right-leaning Pay TV News Market is right-leaning coverage of politics, current events, and cultural issues on pay television. As previously discussed, right-leaning pay TV news viewers are firmly attached to right-leaning viewpoints

---

[28] Philip Bump, *The Marketplace for Fantasy Is Reshaping Conservative Media, Just Like It Reshaped Conservative Politics*, Wash. Post (Dec. 9, 2020), https://www.washingtonpost.com/politics/2020/12/09/marketplace-fantasy-is-reshaping-conservative-media-just-like-it-reshaped-conservative-politics/.

[29] [Redacted] Smartmatic's Statement of Undisputed Material Facts in Supp. of Its Mot. for Summ. J., ⁋ 258, *Smartmatic USA Corp. v. Fox Corp.*, No. 151136/2021 (N.Y. Sup. Ct. filed Aug. 19, 2025), Dkt. No. 2477.

[30] [Redacted] Ex. 1 to Fox Defs.' Appl. for Continued Sealing of Limited Portions of Mot. for Leave to File Suppl. at PDF pp. 78-79 (252:11-253:8), *US Dominion, Inc. v. Fox News Network, LLC*, No. N21C-03-257 (Del. Super. Ct. filed Apr. 5, 2023), Dkt. No. 2375.

[31] David Folkenflik, *Rupert Murdoch buys out 3 of his children to seal fate of his media empire*, NPR (Sept. 8, 2025), https://www.npr.org/2025/09/08/nx-s1-5534435/rupert-murdoch-fox-news-family-succession-lachlan.

and do not treat non-right-leaning news channels as adequate substitutes for right-leaning news channels.

36. Additionally, right-leaning pay TV news viewers are firmly attached to video media – specifically, television. Those who prefer television news as opposed to other types of news sources do so in large part because of its unique format. Unlike print news, online articles, and podcasts, television is both auditory and visual. Pay TV news specifically presents its viewers with carefully curated and tailored news stories, and someone who watches pay TV news absorbs that content via live broadcasts, pre-recorded reports, graphics, pacing, and on-screen cues – a layered and multidimensional experience that neither text nor audio can replicate. Thus, right-leaning print news, podcasts, and online news sources are also not adequate substitutes for right-leaning news channels.

37. Nor can amateur "new media" or other video formats replicate the experience offered by pay TV news. Social media, for example, is optimized for short, attention-grabbing formats; viewers scroll, and the algorithm determines what comes next. Viewers of pay TV news, on the other hand, decide to tune in to (or pre-record) the specific programs and on-air talents they want to watch at a specific time. Moreover, pay TV channels provide higher-quality programming than free video news. With their larger budgets, pay TV news channels can hire popular personalities as their anchors, analysts and reporters; gain access to exclusive environments like Air Force One; and send their reporters across the globe to report breaking news live and on location. Accordingly, researchers study television news separately from social media news, podcast news, newspapers, and public broadcasting.[32]

[32] *See Cable News Fact Sheet*, Pew Rsch. Center (Sep. 14, 2023), https://www.pewresearch.org/journalism /fact-sheet/cable-news/.

38. The preference for television news is reflected in bipartisan consumer trust: "both Democrats and Republicans generally are more likely to trust certain television networks over print or online outlets."[33] Even with the rise of internet and app-based news media, the most common method of consuming news in the United States remains by watching it on TV (whether cable or streaming),[34] and "millions" of Americans – including millions of right-leaning viewers – remain "loyal consumers of cable TV news stations."[35] U.S. adults ages 65 and older, for example, "prefer to watch their news" and are "more likely to get news on TV and to prefer to TV as a news platform.[36] And even among those who prefer listening to their news, 23% prefer doing so with television news.[37] Television accounts for "roughly *five times* as much news consumption for average Americans than all online sources combined."[38]

39. ~~33.~~Distributors that fail to carry right-leaning news coverage – again, most commonly Fox – also risk losing substantial advertising revenue. Live and breaking news broadcasts attract ~~the~~ large~~st~~ audiences and therefore constitute ~~the most~~ desirable and expensive commercial slots. Fox wields extraordinary power in this arena. For instance, "[d]uring the 2024 election cycle, more viewers turned to [the Fox News Channel] than any other cable news network," with Fox News'~~s~~ live coverage of ~~the 2024 U.S. presidential~~ election night

[33] Orth & Bialik, *Trust in Media 2024*.

[34] Emily Tomasik & Christopher St. Aubin, *More Americans Prefer To Watch the News than Read or Listen to It*, Pew Rsch. Center (Nov. 20, 2025), https://www.pewresearch.org/short-reads/2025/11/20/more-americans-prefer-to-watch-the-news-than-read-or-listen-to-it/ [hereinafter Tomasik & Aubin, *More Americans*].

[35] Hosseinmardi et al., *Unpacking Media Bias* at 1.

[36] Orth & Bialik, *Trust in Media 2024*; Tomasik & Aubin, *More Americans*.

[37] Tomasik & Aubin, *More Americans*.

[38] Hosseinmardi et al., *Unpacking Media Bias* at 2 (emphasis added).

attracteding nearly 13.6 million viewers.[39] In the weeks immediately following the 2024 election, "Fox News captured 72% of the [entire] cable news audience in primetime,"[40] and between that election and January 20, 2025 Fox News Channel aired "the top 500 most-watched cable news shows."[41] During the first quarter of 2025, Fox News averaged 2.2 million total day viewers on weekdays, and averaged 1.9 million total viewers, double the viewership of ESPN.[42] Through its exclusion ofChannel "had the highest-rated quarter among weekday total viewers in cable news history" and "finished No. 1 in all of cable during the primetime hours of 8-11 p.m., averaging over three million viewers to trounce all other networks."[43] During the third quarter of 2025, Fox News Channel was "once again . . . the most-watched cable network."[44] "Fox News Channel [also] dominated the first quarter of 2026, topping all of cable for the 20th consecutive quarter" and "command[ing] nearly 60% of the cable news audience in both total day and

[39] Press Release, *Fox News Channel Finishes 2024 with Highest Audience Share in Nearly a Decade As It Marks Nine Years as Cable's Most-Watched Network*, Fox News Media (Dec. 31, 2024), https://press.foxnews.com/2024/12/fox-news-channel-finishes-2024-with-highest-audience-share-in-nearly-a-decade-as-it-marks-nine-years-as-cables-most-watched-network [hereinafter Press Release, Fox News Media (Dec. 31, 2024)].

[40] *Id.*

[41] Colby Hall, *Just How Dominant is Fox News? It Aired Every One of the Top 500 Most Watched Cable News Shows Since the Election*, Mediate (Jan. 20, 2025), https://www.mediaite.com/media/tv/just-how-dominant-is-fox-news-it-aired-every-one-of-last-months-400-most-watched-cable-news-shows/.

[42] Brian Flood, *Fox News Channel makes history with highest-rated quarter in history among weekday views*, Fox News Channel (Apr. 1, 2025), https://www.foxnews.com/media/fox-news-channel-makes-history-highest-rated-quarter-history-among-weekday-viewers [hereinafter Flood, *Fox News Channel* (Apr. 1, 2025)].

[43] Brian Flood, *Fox News Channel Makes History with Highest-Rated Quarter in History Among Weekday Views*, Fox News Channel (Apr. 1, 2025), https://www.foxnews.com/media/fox-news-channel-makes-history-highest-rated-quarter-history-among-weekday-viewers.

[44] Fox Corp., FY2025 Q3 Earnings Call (May 12, 2025), at 3, https://media.investor.foxcorporation.com/wp-content/uploads/2025/05/16171429/FOX-Q3-FY2025-Earnings-Transcript-Final.pdf.

primetime."[45] Underscoring Fox News Channel's dominance, Fox recently boasted that the first quarter of 2026 was Fox News Channel's "97th straight quarterly win as the top network in cable news primetime viewership, even besting ESPN despite college football and NFL playoffs."[46] The second quarter of 2026 continued the trend, with "Fox News Channel dominat[ing] all of cable among viewers across total day and primetime"; "finish[ing] No. 1 among primetime viewership for 98 consecutive quarters, dating back to the first quarter of 2002"; and "attract[ing] nearly 60% of cable news viewers among both total day and primetime."[47] By excluding other right-leaning news channels that would compete directly with Fox News Channel for right-leaning viewers, Fox ensures that distributors must turn to its news programming to secure the advertising revenue that flows from live and breaking news broadcasts with right-leaning perspectives.

40. ~~34.~~Right-leaning pay TV news is distributed to consumers throughout the United States. Cable networks and ~~O~~over-the-air networks, which are broadcast on both MVPDs and vMVPDs, are regulated under federal law and tailored to the laws of the United States.

41. ~~35.~~Both MVPDs and vMVPDs cater to ~~United States~~U.S. customers, providing content predominantly in English and featuring news relating to events in or concerning the

[45] Brian Flood, *Fox News Channel Wallops CNN, MS Now Viewership During First Quarter of 2026*, Fox News Channel (Apr. 1, 2026), https://www.foxnews.com/media/fox-news-channel-wallops-cnn-ms-now-viewership-during-first-quarter-2026.

[46] Press Release, *Fox News Channel Topples CBS in Viewers and Dominates All of Cable for 20th Consecutive Quarter*, Fox News Media (Apr. 1, 2026), https://press.foxnews.com/2026/04/fox-news-channel-topples-cbs-in-viewers-and-dominates-all-of-cable-for-20th-consecutive-quarter.

[47] Lindsay Kornick & Brian Flood, *Fox News Channel Leads CBS and NBC in Weekday Primetime, Dominates Cable Viewership in Second Quarter Ratings*, Fox News Channel (July 1, 2026), https://www.foxnews.com/media/fox-news-channel-leads-cbs-nbc-weekday-primetime-dominates-cable-viewership-second-quarter-ratings.

United States. Advertisements on pay television services likewise are tailored to ~~United States~~U.S. consumers.

42. ~~36.~~vMVPDs market their services nationwide. They provide content over broadband internet connections that are available throughout the United States. Moreover, vMVPDs enforce geo-location restrictions that limit consumers to watching those services within the United States.

## III. FOX'S DOMINANCE IN THE RIGHT-LEANING PAY TV NEWS MARKET

43. ~~37.~~Fox Corp. is a media conglomerate founded by Rupert Murdoch and currently headed by his son, Lachlan Murdoch. Its current market capitalization is approximately $~~24~~21 billion~~ at present~~, making it one of the largest media companies in the ~~U.S.~~United States and the world.

44. ~~38.~~Fox Corp. deals primarily in television, news, and sports broadcasting. Its noteworthy assets include Fox Sports, Fox Business, and Fox Television Stations, but Fox Corp.'s marquee ~~offering~~asset is Fox News. As of 2023, Fox News generate~~s~~d nearly 70% of its parent company's pre-tax profit.[48]

45. ~~39.~~For decades, Fox News has been the highest-rated cable news channel in the United States, controlling a majority of the advertising revenue in the Right-leaning Pay TV News Market. In 2025, Fox News generated $345 million of advertising revenue in a single quarter, the channel's highest first quarter advertising revenue in history.[49] Newsmax, on the

[48] Sarah Ellison & Jeremy Barr, *For the Murdochs, Tucker Carlson Became More Trouble than He Was Worth*, Wash. Post (Apr. 26, 2023), https://www.washingtonpost.com/media/2023/04/26/tucker-carlson-rupert-murdoch-fired/.

[49] Mark Joyella, *Fox News Reports Its Highest First Quarter Ad Revenue in History*, Forbes (Oct. 30, 2025), https://www.forbes.com/sites/markjoyella/2025/10/30/fox-news-reports-its-highest-first-quarter-ad-revenue-in-history/.

other hand, brought in less than a third of that in the entire fiscal year,[50] throwing into sharp relief the controlling share that Fox News has over right-leaning pay-TV advertising revenue.

46. In the Right-leaning Pay TV News Market, Fox News is unrivaled because it has kept out, or restricted, competitors including but not limited to Newsmax and One America News Network ("OAN"). Meanwhile, the center-left TV news market has numerous, powerful competitors, including CNN, CNN Headline News, MSNBC, NBC, ABC, CBS and others. Because Fox News Channel is the only significant outlet for right-leaning TV news, numerous media reports have recognized that market participants "treat [Fox News Channel] as a must-have offering."[51] According to News Corp.'s Chief Operating Officer Chase Carey, Fox News Channel "is right up there with ESPN in terms of being as important a channel that exists out there."[52]

40. Dating back to its launch in 1996, Fox News has deliberately and successfully marketed itself as the go-to platform for right-leaning opinion, political commentary, and coverage of national events from a right-leaning viewpoint, for individuals across the right-leaning political spectrum.[53] In 2023, Fox News averaged over 2.3 million viewers in prime time, about 90% of the Right-leaning Pay TV News Market. This commanding lead has

[50] Press Release, *Newsmax Announces Fourth Quarter and Fiscal Year 2025 Financial Results*, Newsmax (Mar. 26, 2026), https://ir.newsmax.com/news/news-details/2026/Newsmax-Announces-Fourth-Quarter-and-Fiscal-Year-2025-Financial-Results [hereinafter Press Release, Newsmax (Mar. 26, 2026)].

[51] Michael Hiltzik, *Hate Fox News? Too bad – you still have to pay for* it, LA Times (Apr. 17, 2023), https://www.latimes.com/business/story/2023-04-17/hate-fox-news-too-bad-you-still-have-to-pay-for-it.

[52] Alex, *As Fox News Channel Enters New Round of Carriage Negotiations, It Sets Its Sights on . . . ESPN?*, Adweek (Dec. 8, 2010), https://www.adweek.com/tvnewser/as-fox-news-channel-enters-new-round-of-carriage-negotiations-it-sets-its-sights-on-espn/.

[53] *See, e.g.*, Amy Mitchell, *Large Majorities of Newsmax and OAN News Consumers Also Go to Fox News*, Pew Rsch. Ctr. (Mar. 23, 2021), https://www.pewresearch.org/journalism/2021/03/23/large-majorities-of-newsmax-and-oan-news-consumers-also-go-to-fox-news/.

solidified Fox News's status as the dominant voice in right-leaning television news. Fox itself recently explained: "Nowhere is FOX's leadership more evident than Fox News, where once again the FOX News channel finished the quarter as the most-watched cable network."[54]

47. 41. Because a significant number of U.S. consumers consider the Fox News Channel to be "must have," Fox News Channel is carried on the most widely distributed and penetrated programming tiers of nearly all major MVPDs and virtual vMVPDs. From satellite providers like DirecTV, to cable giants such as Comcast, to internet-based services like YouTube TV, most distributors consider the Fox News Channel a "must-carry" channel for their basic package to satisfy subscriber demand. Indeed, Fox News Channel ranks among the top five most expensive non-sports channels on cable, reflecting its recognized market power in carriage negotiations.

48. 42. Fox News Channel's "must carry" status gives Fox exceptional negotiating leverage over cable and satellite distributors. Fox News Channel commands significantly higher carriage fees than any other cable news channel, earning roughly $2.18 per subscriber per month as of 2022, nearly double CNN's fees and almost six times those of MSNBC.[55] Moreover, that amount has likely increased: in April 2023, it was reported that Fox News was planning to increase fees for Fox News Channel to $3 per subscriber even in the face of declining numbers of pay TV subscribers.[56] One media observer has noted that Fox News Channel's exorbitant

[54] Fox Corp., FY2025 Q3 Earnings Call (May 12, 2025).

[55] *See* Isabella Simonetti, *Tucker Carlson's Fox Exit Helps Boost Newsmax Ratings*, Wall Street J. (July 24, 2023), https://www.wsj.com/articles/tucker-carlsons-fox-exit-helps-boost-newsmax-ratings-8aed0b57.

[56] *See* Isabella Simonetti, *Tucker Carlson's Fox Exit Helps Boost Newsmax Ratings*, WSJ (July 24, 2023), https://www.wsj.com/articles/tucker-carlsons-fox-exit-helps-boost-newsmax-ratings-8aed0b57.

[56] *Fox News Reportedly Wants Major Bump in Carriage Fee*, Barrett Media (Apr. 26, 2023), https://barrettmedia.com/2023/04/26/fox-news-reportedly-wants-major-bump-in-carriage-fee/.

carriage fees "prop up the entire Fox operation and allow them to be as destructive as they are because they don't have to respond to market forces."[57] As of 2023, Fox News earnsChannel garnered so much fromin carriage fees that even if it receivedgenerated no advertising revenue, it would still enjoy a profit margin of over 35%.[58] Fox recently noted plans to increase its fees to $3 per subscriber even in the face of declining numbers of Pay TV subscribers; Fox's ability to increase its prices while output is declining is more direct evidence of market power.[59]

49. 43.While other news networks with right-leaning editorial stances exist, Fox is much larger and stronger than any of them. Contrasted with Newsmax's $30.6 million in affiliate fee revenue in 2025,[60] Fox News' dominance is undeniable. Joe Dorrego could not have said it clearer when he testified in prior litigation that "[Fox News] will have more pricing power than, say, a small cable network. . . . I would much rather go into negotiations with Comcast, with an audience of Fox News Channel['s] size, than, you know, a smaller cable network."[61]

50. Fox News wields durable market power in the market for rRight-leaning pPay TV news.News Market. Fox As previously noted, "75% of Republican news viewers [of major cable news networks] watch Fox News *exclusively* during a typical week,"[62] and "most

---

[57] Dan Froomkin, *Opening the nNext fFront in the bBattle aAgainst Fox News*, Press Watch (May 2, 2022), https://presswatchers.org/2022/05/opening-the-next-front-in-the-battle-against-fox-news/.

[58] *Id.*

[58] Katie Thornton, *How Fox Uses the World Cup and* Masked Singer *to Keep Fox News on Air*, The Guardian (Aug. 15, 2023), https://www.theguardian.com/media/2023/aug/15/fox-news-cable-carriage-fees-tv-world-cup-nfl [hereinafter Thornton, *Guardian* article].

[59] *Fox News Reportedly Wants Major Bump in Carriage Fee*, Barrett Media (Apr. 26, 2023), https://barrettmedia.com/2023/04/26/fox-news-reportedly-wants-major-bump-in-carriage-fee/.

[60] Press Release, Newsmax (Mar. 26, 2026).

[61] Redacted Exs. 108-113 to Aff. of Katherine Peaslee, Ex. 113 at PDF pp. 133-134 (56:9-57:15), *US Dominion, Inc. v. Fox News Network, LLC*, No. N21C-03-257 (Del. Super. Ct. filed Mar. 8, 2023), Dkt. No. 2176.

[62] Cox Media, *Audience Insights*.

Americans who consume mostly Fox News do so at the expense of all other sources."[63] In recent quarters, the Fox News Channel has capturesd up to 65% of the total-day cable news audience and 66% in primetime[64] – figures that understate its share within the rRight-leaning Pay TV News mMarket because these percentages reflect all viewers, not just the right-leaning audience where the Fox News Channel performs even more strongly.

51. Since the 2024 presidential election, Fox itself touts that "Fox News captured 72% of the [entire] cable news audience in primetime."[65] One recent report noted that Fox News "aired all 500 of the most watched cable news shows since November 5 election."[66] As of Q1 2025, "Fox News has now marked 93 consecutive quarters as the most-watched cable news network in primetime."[67] With limited viable substitutes, Fox News dominates the Right-leaning Pay TV News Market.

**IV. NEWSMAX**

52. 44. Founded in 1998 as a digital media company by journalist Christopher Ruddy, Newsmax initially made its mark as a popular right-leaning news website. *Newsmax.com* gained traction as an alternative source of political news, commentary, and lifestyle content, highlighting stories that resonated with right-leaning audiences but were overlooked by larger

[63] Muise et al., *Quantifying Partisan News Diets* at 6.

[64] *See, e.g.*, Mark Mwachiro, *Here's the 1st Quarter of 2025 Cable News Ratings*, Adweek (Apr. 2, 2025), https://www.adweek.com/tvnewser/first-quarter-2025-cable-news-ratings/ [hereinafter Mwachiro, *Here's the 1st Quarter* (Apr. 2, 2025)]; Brian Flood, *Americans cContinue to cChoose Fox News Channel as nNetwork dDominates May, tTops ABC dDuring wWeekday pPrimetime*, Fox News Channel (May 28, 2025), https://www.foxnews.com/media/americans-continue-choose-fox-news-channel-network-dominates-may-tops-abc-during-weekday-primetime [hereinafter Flood, *Americans cContinue to cChoose Fox News Channel* (May 28, 2025)].

[65] Press Release, Fox News Media (Dec. 31, 2024).

[66] Ariel Zilber, *Fox News aired all 500 of the most watched cable news shows since Nov. 5 election*, New York Post (Jan. 20, 2025), https://nypost.com/2025/01/20/media/fox-news-aired-all-500-of-the-most-watched-cable-news-shows-since-election/.

[67] Flood, *Fox News Channel* (Apr. 1, 2025).

outlets. Over time, Newsmax expanded its influence through its digital media properties, including magazines, email newsletters, and subscription-based newsletters, all while featuring commentary from high-profile right-leaning figures. Responding to the consumer demand for ~~more online video and~~ right-leaning TV content other than that offered by Fox, Newsmax launched Newsmax TV as a pay TV channel in 2014, introducing a new voice in cable news specifically aimed at right-leaning audiences and in an attempt to compete with the Fox News Channel.

53. ~~45.~~ Consumer demand for a right-leaning pay TV news alternative to Fox's establishment platform became increasingly apparent in the lead-up to and aftermath of the 2020 presidential election. Disillusioned by – and questioning the reliability of – Fox News'~~s~~ coverage of the 2020 ~~presidential race~~election, right-leaning viewers sought a different point of view.[68] As Fox itself recognized, "a 'decent portion of the Fox audience' was angry with Fox News' coverage of the election and was abandoning Fox News for Newsmax."[69] Before and after the election, Newsmax TV's ratings grew because it offered viewers fresh and different right-leaning news, complete with new talent and new opinions. In the wake of the 2020 election, the second impeachment of President Trump, the hasty withdrawal from Afghanistan, the war in Ukraine, the firing of Tucker Carlson, and other major news events, Newsmax TV's ratings increased significantly.

---

[68] *See, e.g.*, Brian Stelter, *Newsmax TV Scores a Ratings Win Over Fox News for the First Time Ever*, CNN (Dec. 8, 2020), https://www.cnn.com/2020/12/08/media/newsmax-fox-news-ratings.

[69] [Redacted] Smartmatic's Statement of Undisputed Material Facts in Supp. of Its Mot. for Summ. J., ⁋ 244(a), *Smartmatic USA Corp. v. Fox Corp.*, No. 151136/2021 (N.Y. Sup. Ct. filed Aug. 19, 2025), Dkt. No. 2477.

## V. FOX ABUSES ITS MONOPOLY POWER TO FORECLOSE COMPETITION IN THE RIGHT-LEANING PAY TV NEWS MARKET

54. 46. Fox has sought to protects and expands its monopoly power in the Right-leaning Pay TV News Market by engaging in a suite of anticompetitive behaviors. In particular, Fox uses the leverage created by its control of "must have" conservative news content on the Fox News Channel to coerce distributors into unfair and anticompetitive terms that either prevent those distributors from carrying competitors ofto the Fox News Channel, including Newsmax TV, or impose financial penalties on them for doing so, ultimately increasing prices for consumers. In texts between Raj Shah and Arthur Schwartz – a Republican political operative with close ties to members of the Trump administration – Shah opines that "competition is inevitable," but so long as competition remains "fractured" and "we're still kings, that's not bad."[70]

55. 47. Fox has a long history of exploiting its market power over must-have television content to extract favorable terms from distributors in carriage negotiations for Fox News.[71] In 2019, Fox pulled its channels from DISH just before the start of a new season of *Thursday Night Football*. In 2020, a dispute with Roku occurred days before Fox Sports was scheduled to stream the Super Bowl. In 2022, during negotiations with DirecTV, Fox threatened to blackout much of its sports programming on DirecTV one day before broadcasting the U.S.-Netherlands World Cup match. Fox hasand threatened to pull access to Fox Sports from Optimum viewers just as the Yankees entered the 2022 playoffs. In each of these instances, Fox

[70] [Redacted] Ex. 1 Fox Defs.' Appl. for Continued Sealing of Limited Portions of Mot. for Leave to File Suppl.at PDF p. 211 (FoxCorp00086978), *US Dominion, Inc. v. Fox News Network, LLC*, No. N21C-03-257 (Del. Super. Ct. filed Apr. 5, 2023), Dkt. No. 2375.

[71] Katie Thornton, *How Fox Uses the World Cup and* Masked Singer *to Keep Fox News on Air*, The Guardian (Aug. 15, 2023), https://www.theguardian.com/media/2023/aug/15/fox-news-cable-carriage-fees-tv-world-cup-nfl [hereinafter Thornton, *Guardian* article].

was engaged in carriage negotiations with the~~se~~ ~~entities~~distributor, and each time it used the same deliberate strategy~~:~~ ~~by~~of timing threats and blackouts around highly anticipated games~~,~~ ~~Fox~~to mobilize~~d~~ its loyal and passionate sports audience as a pressure ~~campaign~~tactic against the distributor~~s~~.

56. ~~48.~~Fox's tactics drew public condemnation, including from the NAACP, which wrote to NFL ~~c~~Commissioner Roger Goodell~~,~~ ~~stating,~~that "Fox must not be permitted to exert unfair leverage to extort increased carriage fees for Fox News, by threatening to impede carrier access to Fox Sports, and more particularly coveted carriage of the National Football League."[72] Similarly, advocacy groups and consumers of cable news have organized against Fox's practices.[73] Cable companies have also criticized Fox for its history of employing "bad faith negotiating tactics," including "threatening and enacting blackouts and directly telling consumers to switch providers."[74]

57. ~~49.~~Fox has used a similar playbook against Newsmax, leveraging its control of must-have content – and in particular, Fox News Channel – to prevent distributors from carrying Newsmax.

58. ~~50.~~Publicly available internal Fox communications reveal that Fox views Newsmax as a significant competitive threat. ~~In~~As Newsmax TV's ratings grew~~,~~ in the wake of the 2020 election, ~~as Newsmax's ratings grew,~~ Fox executives and talent traded a flurry of emails, texts, and memoranda that speak for themselves:

---

[72] Mike Freeman, *NAACP to NFL: ~~-~~Don't '~~f~~Fund Fox News' ~~h~~Hatred, ~~b~~Bigotry, ~~l~~Lies, and ~~r~~Racism,'* USA Today (Mar. 18, 2021), https://www.usatoday.com/in-depth/sports/columnist/mike-freeman/2021/03/18/naacp-nfl-dont-fund-fox-news-hatred-bigotry-lies-and-racism/4743485001/.

[73] *See, e.g.*, *Tell Your Cable Provider: ~~-~~Don't Let Fox Raise My Bill*, No Fox Fee (last visited June 18, 2025), https://www.nofoxfee.com/; *No Fox Fee*, Common Cause (last visited June 18, 2025), https://www.commoncause.org/work/no-fox-fee/.

[74] Thornton, *Guardian* article.

- Tucker Carlson wrote to his then-producer at Fox News~~, "[A]n~~ that "an alternative like Newsmax could be devastating to us."[75]

- In a text to Fox News'~~s chief executive~~CEO, Suzanne Scott, President Jay Wallace called ~~the~~Newsmax TV's surge "troubling" and something that "can't be ignored." He bluntly stated that he was "[t]rying to get everyone to comprehend we are on war footing."[76]

- ~~An employee of Fox News,~~ Raj Shah~~,~~ stated~~,~~ in an internal email that Fox was "not concerned with losing market share to CNN or MSNBC right now. Our concern is Newsmax and One America News Network."[77]

- In response to a Wall Street Journal article regarding Newsmax~~.~~, Rupert Murdoch told Suzanne Scott that Newsmax "should be watched."[78] ~~in response to a Wall Street Journal article regarding Newsmax.~~

- ~~SVP~~Ron Mitchell, Fox News' Senior Vice-President of Primetime Programming and Analytics, ~~Ron Mitchell flagged that Fox viewers were watching less Fox News in favor of~~was "worried about Fox losing viewers to Newsmax" and "began tracking the guests booked and topics covered on Newsmax."[79]

- Kyle Goodwin of Fox News emailed Raj Shah that if Newsmax TV takes 5-10% of Fox News Channel's audience, it could "drastically change the landscape."[80]

- Irena Briganti, Fox's P.R. chief, emailed Lachlan Murdoch, Suzanne Scott and Viet Dinh, Fox Corp.'s then-Chief Legal and Policy Officer, about the "ammo" and "a coordinated plan of attack" designed to "manag[e] the Newsmax incoming/ratings."[81]

---

[75] Anthony Zurcher, *Tucker Carlson, Donald Trump and the In-Fighting at Fox News*, BBC (Mar. 9, 2023), https://www.bbc.com/news/world-us-canada-64895964.

[76] [Redacted] Smartmatic's Statement of Undisputed Material Facts in Supp. of Its Mot. for Summ. J., ⁋⁋ 254, 304, *m USA Corp. v. Fox Corp.*, No. 151136/2021 (N.Y. Sup. Ct. filed Aug. 19, 2025), Dkt. No. 2477.

[77] *Id.* ⁋ 258.

[78] *Id.* ⁋ 264.

[79] [Public] Dominion's Br. in Support of Its Mot. for Summ. J. on Liability Against Fox News Network, LLC & Fox Corp. at 109, *US Dominion, Inc. v. Fox News Network, LLC*, No. N21C-03-257 (Del. Super. Ct. filed Feb. 16, 2023), Dkt. No. 1987.

[80] [Redacted] Ex. 1 to Fox Defs.' Appl. for Continued Sealing of Limited Portions of Mot. for Leave to File Suppl. at PDF pp. 91-92 (276:23-277:4), *US Dominion, Inc. v. Fox News Network, LLC*, No. N21C-03-257 (Del. Super. Ct. filed Apr. 5, 2023), Dkt. No. 2375.

[81] [Redacted Public Version] Exs. E41-E51 to Aff. of Noah Helpern, Ex. E49 at PDF p. 54 (224:2-25), *Dominion, Inc. v. Fox News Network, LLC*, No. N21C-03-257 (Del. Super. Ct. filed Mar. 7, 2023), Dkt. No. 2112.

- Lachlan Murdoch later confirmed under oath that "Fox News "had a proactive plan of attack to deal with the Newsmax issue that would" using third parties to "avoid Fox News appearing concerned and overreacting."[82]

59. 51.Acting on thisits concerns, Fox has pursued a coordinated, behind-the-scenes campaign to suppress Newsmax (and other emerging right-leaning competitors, such as OAN) in the market for rRight-leaning pPay TV nNews content.Market. These But for Fox's pattern of exclusionary practices, supported by Fox's monopoly power, have harmed competition, restricted consumer choice, and led to supracompetitive prices for consumerstactics, Newsmax would have had an earlier and greater ability to, for example, expand upon its existing election, debate, and breaking news coverage; increase the size of its production staff; create additional programming; and develop new shows.

60. 52.In particular, Fox exploits its market power in the Right-leaning Pay TV News Market by conditioning carriage agreements on the distributor's agreement not to carry any right-leaning news channel, including Newsmax TV, that directly competes with the Fox News.[83] Channel.[84] Fox insists that its carriage agreements be treated as confidential and not disclosed publicly.Carriage agreements may also include restrictions that block channels (based on content, audience size, or other characteristics) from being carried on a distributor's most widely watched tier.

61. 53.Fox insists that its cCarriage agreements be treated as confidential and not disclosed publiclymay also include restrictions that effectively block channels (based on content, audience size, or other characteristics) from being carried on a distributor's most widely

[82] *Id.*

[83] Thornton, *Guardian* article.

[84] Thornton, *Guardian* article.

watched tier. On information and belief, one way that Fox implements these restrictions in its carriage agreements~~.~~ is through "drag-down" provisions, which impose steep financial penalties if they dare add Newsmax TV to their basic tier. ~~in its carriage agreements.~~

62. To understand how these anticompetitive drag-down provisions work, it is first important to understand the structure of a typical carriage agreement. Most distributors offer multiple packages of channels, some more widely viewed than others. In a typical carriage agreement, a distributor will agree to include a programmer's ~~most~~ widely watched channels in its ~~most-viewed tier (often called the "~~basic~~"~~ tier~~)~~. For example, distributors that partner with Fox generally agree to carry Fox's most in-demand channels (like the Fox News Channel) in their ~~most widely viewed "~~basic~~"~~ tier, while including lesser-~~watched~~viewed channels (~~like~~ Fox Business ~~and~~Network, Fox Sports 2~~) in~~ , Fox Deportes, Big Ten Network, Fox Weather, and channels from the Twentieth Century Fox portfolio including but not limited to FUEL TV channels, FX Network channels, and FXX channels) in higher-cost, lesser-~~viewed~~subscribed specialty tiers. This makes economic sense: ~~because Fox Business and Fox Sports 2 have less viewers, including them~~including lesser-viewed channels in a basic tier would force many consumers who never watch those channels to nevertheless pay for them.

63. ~~54.~~Fox's drag-down provisions modify this arrangement. In essence, they provide that if a distributor decides to include certain channels in its basic tier, then it *must* carry certain ~~specific~~ Fox channels in that same basic tier. As relevant here, Fox's drag-down provisions provide that if a distributor carries Newsmax TV in its basic tier, then that distributor *must* include Fox's ~~low-demand~~lesser-viewed channels~~,~~ (such as Fox Business ~~and~~Network, Fox Sports 2, Fox Deportes, Big Ten Network, Fox Weather, FUEL TV channels, FX Network channels, and FXX channels) in that same basic tier~~.~~ even though there is low consumer demand

for those channels. Even Rupert Murdoch has admitted "I never watch [Fox] Business Channel."[85] Nor does Viet Dinh, who testified "I generally don't have Fox Business on ever."[86] And because distributors must pay Fox a fee for every subscriber who receives a given Fox channel, a distributor who chooses to carry Newsmax TV in its basic tier must not only include Fox's low-demand channels in that tier, but also must pay Fox a fee for every subscriber thatwho receives those channels.

64. 55.Thus, Fox's drag-down provisions effectively create a direct financial penalty for any distributor who wishes to carry Newsmax TV in its basic tier: -if a distributor wantswere to place Newsmax into theTV in its basic tier at little or even at no cost, the distributor would be subject have to potentially pay Fox tens of millions in additional license fees paid to Fox for the low-demand Fox channels that are subject to the drag-down provisions. –Ultimately, consumers pay the price by either losing out on channels that they want to watch or by being charged more for a bloated package containing channels they do not watch.

65. 56.Fox successfully blocks competitors like Newsmax by coercing pay TV operators, threatening steepMany other distributors have privately complained about the restrictive provisions in Fox's carriage agreements, including drag-down provisions that target other right-leaning channels.[87] On information and belief, Newsmax TV was delayed from being carried on Sling TV due to Fox's restrictive agreements. The DISH network had expressed a strong desire to carry Newsmax TV on its vMVPD, Sling TV, but could not do so without

[85] [Redacted] Exs. 600-602 to the Aff. of Elizabeth Hadaway, Ex. 600 at PDF p. 30 (140:16-17), *US Dominion, Inc. v. Fox News Network, LLC*, No. N21C-03-257 (Del. Super. Ct. filed Mar. 7, 2023), Dkt. No. 2124.

[86] *Id*. Ex. 601 at PDF p. 84 (19:2-11).

[87] Distributors have also publicly complained about the "bargaining power" of certain programmers, which "hinders" distributors' "abilit[ies] to offer TV packages that might better match consumer preferences." 2024 Commc'ns Marketplace Rep., 39 FCC Rcd 14116 (2024), ¶ 209.

triggering Fox's requirement that it move Fox's lesser-viewed channels into Sling TV's basic tier. If DISH had moved Newsmax TV to Sling TV's basic tier, it would have been forced to pay Fox what amounted to financial penalties if they dare addtotaling tens of millions of dollars. For example, Kagan – a research group within S&P Global Market Intelligence[88] – reports that in 2026 Fox Business costs U.S. distributors approximately $0.43 per subscriber per month, with Fox Sports 2 costing about the same. So if Sling TV had accepted Newsmax to theirfor its basic tier. In effect, Fox at times refuses to license its indispensable news channel unless the distributor either excludes and then had to move just Fox Business and Fox Sports 2 to that tier, then Sling TV would have had to pay Fox millions of dollars in additional fees annually.[89]

66. Even today, Newsmax TV is not included on either of Sling TV's two base plans. To access Newsmax TV, Sling TV users must first purchase one of the base plans and then either separately add-on the "News Extra" package at an additional cost or purchase Newsmax TV as a stand-alone channel alongside Sling TV's "Freestream" offering.[90] Sling TV described Fox's agreements as "outrageous," referring – on information and belief – to the incentives to carry only the Fox News Channel and discriminate against other right-leaning programming.

67. Similarly, for over a decade Hulu+ expressed a strong desire to carry Newsmax TV, but was effectively prohibited from doing so due to restrictive tiering agreements dictated by

---

[88] *S&P Capital IQ Pro*, S&P Global, https://www.spglobal.com/market-intelligence/en/solutions/products/resources/capital-iq-pro-tmt.

[89] Sling TV was reported to have just under 2 million total subscribers as of the end of 2025. Georg Szalai, *Dish TV Owner EchoStar loses 168,000 Pay-TV Subs in Fourth Quarter*, Hollywood Reporter (Mar. 2, 2026), https://www.hollywoodreporter.com/business/business-news/dish-tv-owner-echostar-q4-2025-earnings-subscriber-loss-1236519371/. Even if only one-quarter of those subscribers purchased Sling TV's basic package, then Sling TV would have had to pay Fox over $5 million in additional fees annually.

[90] Mark Schiff, *How to Watch Newsmax With Sling TV and Sling Freestream*, Sling (Feb. 20, 2024), https://www.sling.com/whatson/entertainment/documentary-and-news/watch-newsmax-on-sling.

Fox. Hulu+ finally announced it would carry Newsmax TV on its vMVPD beginning in July 2025.

68. On information and belief, Fox's insistednce on restrictive contract provisions also delayed Newsmax from securing carriage of Newsmax TV by Mediacom Communications Corporation ("Mediacom"), a cable operator that primarily serves smaller cities and towns across the United States. Fox required Mediacom to agree to a "me too" clause:, which functions similarly to a drag-down provision: if Mediacom were to gaive a competing right-leaning cable news channel 85% market penetration (such as by placing it on a broadly penetrated tier), Mediacom would have to move Fox News and othercertain Fox channels onto that same tier and pay the associated per-subscriber fees. Thus, any decision to carry a rival right-leaning news networks entirely, restricts their distribution by placing them in little-watched tiers, or otherwise agrees to put them at a competitive disadvantagechannel at scale would trigger material additional payments to Fox, deterring Mediacom from giving Fox rivals meaningful distribution. This policy delayed Mediacom's carriage of Newsmax TV and has precluded other right-leaning news channels from being carried on Mediacom.

69. 57.InMoreover, Fox at times refuses to license its indispensable news channel unless the distributor either excludes rival right-leaning news networks entirely, restricts their distribution by placing them in little-watched tiers, or otherwise agrees to put them at a competitive disadvantage. For about June 2025example, during renewal negotiations with vMVPD Fubo in or about June 2025, Newsmax was informed that Fubo's new Sports/News Package, – which Fubo plansned to heavily market, – would not include Newsmax TV. On information and belief, Fox used its leverage to secure inclusion of the Fox News Channel in that Sports/News Package and exclude Newsmax. TV.

58. Many other distributors have complained privately about Fox's restrictive agreements that target other right-leaning channels. On information and belief, Newsmax was delayed from being carried on Sling TV. Previously, the DISH network had expressed a strong desire to carry Newsmax on its vMVPD, Sling TV, but could not do so without triggering Fox's requirement that it move little-watched channels, like Fox Business, up into the basic tier. If DISH had moved Newsmax to Sling TV's most popular package, it would have been forced to pay Fox what amount to financial penalties totaling tens of millions of dollars. For example, Kagan reports that Fox Business costs distributors $4.92 a year per subscriber, with Fox Sports 2 costing about the same. So, if Sling TV had accepted Newsmax for its basic tier and then had to move Fox Business and Fox Sports 2 to its basic package, it would have cost Sling TV around $20 million annually. Even today, Newsmax is not included on either of Sling TV's two base plans. To access Newsmax, Sling TV users must first purchase one of the base plans and then separately add-on the "News Extra" package at an additional cost, or they must purchase Newsmax as a stand-alone channel alongside Sling TV's "Freestream" offering.[91] Sling TV described Fox's agreements as "outrageous," referring on information and belief, to the incentives to carry only Fox channels and discriminate against other right-leaning programming. Similarly, Hulu+ announced it would carry Newsmax on its virtual MVPD beginning in July 2025. This came after a decade of Hulu+ expressing a strong desire to carry Newsmax, but being prohibited from doing so due to restrictive tiering agreements dictated by Fox.

70. 59.By the early 2010s, Fox News's dominance in the rRight-leaning pPay TV nNews Market became so pronounced that AT&T took steps to attempt to introduce competition

[91] Mark Schiff, *How to Watch Newsmax With Sling TV and Sling Freestream*, Sling (Feb. 20, 2024), https://www.sling.com/whatson/entertainment/documentary-and-news/watch-newsmax-on-sling.

by helping launch OAN in 2013. As OAN's founder stated, "[AT&T] told us they wanted a conservative network," as "[t]hey only had one, which was Fox News, and they had seven others on the other [left-wing] side."[92] Shortly after its inception, AT&T served as a crucial source of funds, ~~cha~~funneling tens of millions of dollars into the network.

71. ~~60.~~In response, Fox ~~again~~ exploited its dominance to hobble OAN's growth. On information and belief, Fox ~~News~~ engaged in verbal "gentleman's agreements" with cable systems that prevented carriage of OAN, in ~~contractual~~ agreements that prevented OAN from being considered by major cable systems, and/or in agreements that prevented OAN from being carried on more than one major cable system.

~~61. For example, on information and belief, Fox insisted on restrictive features when dealing with Mediacom Communications Corporation ("Mediacom"), a cable operator that primarily serves smaller cities and towns across the United States. Fox required Mediacom to agree to a "me too" clause: if Mediacom gave a competing right-leaning cable news channel 85% market penetration (such as by placing it on a broadly penetrated tier), Mediacom would have to move Fox News and other Fox channels onto that same tier and pay the associated per-subscriber fees. Thus, any decision to carry a rival right-leaning news channel at scale would trigger material additional payments to Fox, deterring Mediacom from giving Fox rivals meaningful distribution. This policy delayed Mediacom's carriage of Newsmax and has precluded other right-leaning news channels from being carried on Mediacom.~~

72. ~~62.~~Fox's conduct is neither economically nor structurally necessary for Fox's business~~.~~ operations. ~~It~~ Rather, the conduct simply impedes competition by raising barriers to

[92] John Shiffman, *How AT&T Helped Build Far-Right One America News*, Reuters (Oct. 6, 2021), https://www.reuters.com/investigates/special-report/usa-oneamerica-att/.

entry to the Right-leaning Pay TV News Market and/or increasing distributors' costs to offer competing right-leaning programming in that market, and damages consumers by reducing consumer choice and increasing prices.

73. ~~63.~~Coercing distributors into exclusionary and restrictive agreements is not the only way that Fox ~~News~~ throws its weight around. Fox has a history of using hardball and potentially illegal tactics against competitors and critics. Since the inception of Newsmax~~'s cable channel~~ TV, Newsmax has faced threats and smear intimidation tactics ~~to~~aimed at hurting or underminee~~e~~ing the company and its executives. Such tactics included Fox hiring~~,~~ – by itself or through cutout corporations or law firms~~,~~ – private detective firms to investigate Newsmax executives.

74. ~~64.~~Fox has run this play before. In 2016, Andrea Tantaros, a former Fox News Channel host, filed a lawsuit against Fox alleging sexual harassment and surveillance. In her suit, Tantaros ~~claimed~~alleged that ~~Fox directly or indirectly hired a social media agency called Disruptor to defame and discredit her. According to Tantaros's amended complaint against Fox News,~~ she was the target of vicious social media campaigns organized by Fox's infamous "Black Room," ~~alleged to be run by Fox's P.R. chief Irena Briganti and used for illicit~~which Fox used to conduct public relations and surveillance operations against those who dare criticize, or compete with, Fox.[93] ~~According to the complaint, Fox used~~Specifically, the amended complaint alleged that Fox directly or indirectly hired a social media agency called Disruptor Capital ("Disruptor") to create ~~thousands of~~ "fake social media accounts~~, or "sock puppets," which, at Briganti's~~

[93] [Public] Am. Compl., ¶ 41, *Tantaros v. Fox News Network, LLC*, No. 1:17-cv-02958 (S.D.N.Y. Jan. 29, 2018), ECF No. 124-2.

behest, spread smears and posted negative comments aboutto defame and, discredit, gaslight . . . and influence the public perception of" certain individuals, including Tantaros.[94]

75. 65. Furthermore, the Tantaros complaint alleged: "In Spring of 2014 [CEO of Disruptor and paid Fox commentator Peter] Snyder disclosed to Tantaros that Fox News, specifically Ailes, was concerned about Newsmax's growth and that it was a threat to the network."[95] According to theTantaros' amended complaint, after sending via email an article titled, "The next Ailes: Newsmax's Chris Ruddy Preps TV Rival," Snyder asked [Bill] Shine, "Got a sec?"[96] Following Snyder's email, "there was a huge uptick in negative tweets on social media platforms, such as Twitter and Facebook, about Newsmax CEO Ruddy. Upon information and belief, these social media accounts were operated by Snyder." [97] and contributed to market foreclosure of Newsmax.[98]

76. Public filings in the *Dominion* litigation confirm Fox's targeting of Newsmax and Ruddy. In a November 23, 2020 text exchange produced from Fox Corp.'s files in the *Dominion* litigation, Raj Shah asked Arthur Schwartz whether a reporter "ha[d] a separate Ruddy hit in the works."[99] Schwartz responded that "[t]hey're making calls" and that he hoped "they have something in the works."[100] Shah also stated they had "gotten to" another individual, likely

---

[94] Complaint, *Tantaros v.Id. Fox News Network, LLC*, No. 157054/2016, NYSCEF Doc. No. 2, at 4 (N.Y. Sup. Ct. Aug. 22, 2016) ⁋ 51.

[95] *Id.* ⁋ 60.

[96] AmId. Complaint, *Tantaros v. Fox News Network, LLC*, No. 1:17-cv-02958, ECF No. 124-2, at 24 (S.D.N.Y. Jan.⁋ 58 29, 2018).

[97] *Id.*

[98] *Id.*

[99] [Redacted] Ex. 1 to Fox Defs.' Appl. for Continued Sealing of Limited Portions of Mot. for Leave to File Suppl. at PDF p. 208 (FoxCorp00086975), *US Dominion, Inc. v. Fox News Network, LLC*, No. N21C-03-257 (Del. Super. Ct. filed Apr. 5, 2023), Dkt. No. 2375.

[100] *Id.*

Mark Krikorian, a right-wing activist, "about promoting Fox at Newsmax['s] expense."[101] And Shah solicited information to develop negative narratives about Ruddy, asking Schwartz: "What was the name of that Chinese shadester who Ruddy pals around with?"[102]

77. 66.Noteworthy is that aAfter Newsmax TV's boost in viewers afterfollowing the 2020 elections, the companyNewsmax noted anothera high volume of sock puppet attacks on Newsmaxit and Ruddy, using similar messaging as had been used in the Fox-backed efforts with Disruptor.

78. Despite Fox News Channel maintaining at least five times the rating of Newsmax TV at any given time of day, Fox News so feared Newsmax TV as a competitor that it also resorted to other exclusionary tactics. Fox took other steps to stop Newsmax TV's progress. For example, Fox pressured its guests who also appeared on Newsmax TV to stop doing so.[103] Fox News Channel producers were told to avoid booking guests who continued to appear on Newsmax TV after they had been "encouraged" to stop. When Newsmax confronted Fox regarding this anticompetitive conduct, Fox News responded, "Welcome to the big leagues."[104]

79. 67.Fox's ownership of Tubi, a virtual distributor, extends its exclusionary playbook into downstream distribution. In 2024, Tubi surpassed 97 million monthly active users who collectively streamed over 10 billion hours.[105] Fox refuses to allow Tubi to carry Newsmax

---

[101] *Id.*

[102] *Id.* at PDF p. 210 (FoxCorp00086977).

[103] *See, e.g.*, Azmi Haroun, *A bBattle oOver rRight-wWing mMedia bBookings is pPlaying oOut as Fox News rReportedly tTells gGuests to nNot aAppear on Newsmax*, Bus. Insider (Nov. 26, 2020), https://www.businessinsider.com./fox-pressure-guests-stay-off-newsmax-cnn-2020-11.

[104] *See* Brian Stelter, *Fox News sStaffers tThought Newsmax was a jJoke. But tThey're nNot lLaughing aAnymore*, CNN (Nov. 25, 2020), https://www.cnn.com/2020/11/25/media/fox-news-newsmax.

[105] *Tubi Surpasses 97 Million Monthly Active Users and 10 Billion Streaming Hours in 2024*, Tubi (Jan. 6, 2025), https://corporate.tubitv.com/press/tubi-surpasses-97-million-monthly-active-users-and-10-billion-streaming-hours-in-2024.

TV and other programs that cwould compete with Fox-owned right-leaning news channels. News Channel.

80. Fox's refusal to carry Newsmax TV on Tubi is part of Fox's broader strategy to protect and extend its monopoly power in not only traditional cable, but also internet-based and connected-TV platforms. Fox itself has recognized the strategic importance of controlling downstream streaming distribution. In June 2026, Fox announced that it had entered into an agreement to acquire Roku for approximately $22 billion in enterprise value.[106] Fox described the transaction as combining Fox's news, sports, entertainment content, and Tubi service with Roku's connected-TV platform, The Roku Channel, first-party data, and direct relationships with more than 100 million global streaming households. Fox further stated that the combined company would have one of the largest streaming businesses in the United States. Fox will also gain control of Frndly, a leading and rising vMVPD offered by Roku. This move will give Fox further control as both a content creator and pay TV operator. Fox uses control over must-have content and strategically important distribution channels to deny rivals meaningful access to viewers, preserve Fox News Channel's dominance, and deprive consumers of competitive alternatives in the Right-leaning Pay TV News Market.

**RELEVANT PRODUCT MARKET AND MARKET POWER**

81. 68.The relevant product market is the Right-leaning Pay TV News Market, which is the market for the distribution of right-leaning pay TV news to U.S. consumers (the "Right-leaning Pay TV News Market"). The distributors in this market include cable, satellite, and internet-based distributors that provide channels and channel bundles to end users in the United

[106] *Fox Corporation to Acquire Roku, Inc.*, Fox Corp. (June 15, 2026), https://www.foxcorporation.com/news/corp-press-releases/2026/fox-corporation-to-acquire-roku-inc/.

States. The programmers in this market include Fox, Newsmax and OAN. The end users are those U.S. viewers who prefer and/or seek out right-leaning news channels.

82. 69.The Right-leaning Pay TV News Market is distinct from general news markets due to substantial differences in . Fox News itself understands its audience consists largely of right-leaning viewers (*supra* ¶ 27), and Fox recognizes a discrete "Right-leaning Pay TV News Market in which Fox News participates (*supra* ¶ 34).

83. The reason that the Right-leaning Pay TV News Market is distinct from general news markets is consumer behavior and preferences for a particular product: right-leaning coverage of politics, current events, and cultural issues on pay TV, which is the core product in this market. Right-leaning audiences generallyviewers do not regard leftnon-right-leaning news channels (*e.g.*, CNN, MSNBC) as substitutes. for Rright-leaning viewers news channels (*e.g.*, Fox News Channel, Newsmax TV) and so demonstrate minimal switching to non-those news channels. Rather, consumers who desire right-leaning news, commentary, and analysis are much more likely to treat other right-leaning news outlets like CNN or MSNBC.channels as their next best substitutes.– Moreover, Eempirical data indicates that right-leaning pay TV news viewers remain highlyare firmly attached to both right-leaning viewpoints and video media, – specifically, television – confirming that consumers do not treat general news channels or right-leaning print and online news sources asare not adequate substitutes. for right-leaning print and online media Indeed, "[t]here is little overlap in the [video news] sources that Democrats and Republicans find most trustworthy – other than the Weather Channel."[107] Consequently, the core product in this market is right-leaning coverage of politics, current events, and cultural issues on cable television.

[107] Orth & Bialik, *Trust in Media 2024*.

84. ~~70.~~There is direct evidence that Fox possesses monopoly power in the Right-leaning Pay TV News Market. First, Fox's market power allows it to reduce output in the Right-leaning Pay TV News Market. For example, in the past~~,~~ Fox ha~~d~~s successfully prevented Sling TV from adding Newsmax TV (and potentially other similarly situated competitors), which left Sling TV's ~~viewers~~subscribers without any choice in the relevant market other than the Fox News Channel. Similarly, Fox's drag-down provisions effectively prevent right-leaning pay TV carriers from adding Newsmax TV and similarly situated competitors to their basic cable packages, ~~which~~ reduc~~es~~ing output and consumer choice in the Right-leaning Pay TV News Market~~ and further reduces output~~.

85. ~~71.~~Additionally, a monopolist of the Right-leaning Pay TV News Market ~~could~~can profitably impose ~~a~~ significant, non-transitory price increases or quality reductions without losing substantial viewers to left-leaning or centrist channels. Indeed, Fox has been able to increase its carriage fees significantly because pay TV carriers are unwilling to drop the Fox News Channel from their basic package. Dorrego testified that it "is absolutely true" that there is a powerful, positive relationship between Fox's affiliate revenue and ratings and its ability to command a higher carriage fee. Dorrego explained:

> [Y]our pricing ability is dependent on the power of your brands and your networks within whatever the paid television offering is. So certainly Fox News being one of the top rated networks in all of television, will have more pricing power than, say, a small cable network that . . . doesn't generate an audience of any magnitude. . . . [A] paid TV provider has to decide . . . okay if I do decide not to pay this rate and drop this channel, how many subscribers will I lose[?]. . . . [Fox News'] ability to have a passionate audience is critical for us in terms of pricing power, and having a passionate audience at scale is even more important. . . . I would much rather go into negotiations with Comcast, with an audience of Fox News Channel size, than, you know, a smaller cable network.[108]

[108] Redacted Exs. 108-113 to Aff. of Katherine Peaslee, Ex. 113 at PDF pp. 133-134 (56:9-57:15), *US Dominion, Inc. v. Fox News Network, LLC*, No. N21C-03-257 (Del. Super. Ct. filed Mar. 8, 2023), Dkt. No. 2176.

As a result, Fox ~~is able to~~can charge ~~pay TV carriers~~MVPDs and vMVPDs supracompetitive prices~~, which are passed on to all pay TV~~for the Fox News Channel – and those prices get passed down to consumers.

86. ~~72.~~Fox News'~~s~~ dominance of the Right-leaning Pay TV News Market is further evidenced by its consistently overwhelming share of viewership relative to other right-leaning pay TV news outlets such as Newsmax and OAN. ~~In 2020, 43% of all U.S. adults received political news from Fox News.[109] Fox News reached approximately 62% of Republicans, compared to approximately 21% for Newsmax and 14% for OAN.~~ As noted above, ~~Fox~~ in recent quarters the Fox News Channel has capture~~s~~d up to 65% of the total-day cable news audience and 66% in primetime[110] – figures that understate its share within the ~~r~~Right-leaning Pay TV News ~~m~~Market because these percentages reflect all viewers, not just the right-leaning audience where Fox News Channel performs even more strongly. ~~According to News Corporation COO Chase Carey, Fox News "is right up there with ESPN in terms of being as important a channel that exists out there~~As also noted above, among viewers of major cable news networks "75% of Republican news viewers watch Fox News *exclusively* during a typical week,"[111] and "most Americans who consume mostly Fox News do so at the expense of all other

~~[109] Amy Mitchell, *Large Majorities of Newsmax and OAN News Consumers Also Go to Fox News*, Pew Rsch. Ctr. (Mar. 23, 2021), https://www.pewresearch.org/journalism/2021/03/23/large-majorities-of-newsmax-and-oan-news-consumers-also-go-to-fox-news/.~~

[110] *See, e.g.*, Mwachiro, *Here's the 1st Quarter* (Apr. 2, 2025); Flood, *Americans ~~c~~Continue to ~~c~~Choose Fox News Channel* (May 28, 2025).

[111] Cox Media, *Audience Insights.*

sources."[112] In 2021, 62% of Republicans received their political news from Fox News, compared to approximately 21% from Newsmax and 14% from OAN."[113]

87. 73. Fox News's financial strength and profitability further underscore its market dominance. As a point of comparison, Fox News generated approximately $3.3 billion in revenue in 2022, exceeding the combined revenues of its closest rivals CNN and MSNBC.[114] Its profitability is extraordinary, with annual operating profits during that period of around $1.78 billion, reflecting profit margins of approximately 50-55%, significantly outperforming smaller right-leaning competitors.[115] By contrast, Newsmax generated $135 million in revenue during the same period.[116] and incurred a net pre-tax loss of nearly $20 million.[117]

74. A monopolist of the Right-leaning Pay TV News Market could profitably impose a significant, nontransitory price increase or quality reduction without losing substantial viewers to left-leaning or centrist channels.

## RELEVANT GEOGRAPHIC MARKET

[112] Muise et al., *Quantifying Partisan News Diets* at 6.

[113] Alex, *As Fox News Channel Enters New Round of Carriage Negotiations, It Sets Its Sights On . . . ESPN?*, Adweek (Dec. 8, 2010), https://www.adweek.com/tvnewser/as-fox-news-channel-enters-new-round-of-carriage-negotiations-it-sets-its-sights-on-espn/.

[113] Amy Mitchell, *Large Majorities of Newsmax and OAN News Consumers Also Go to Fox News*, Pew Rsch. Ctr. (Mar. 23, 2021), https://www.pewresearch.org/journalism/2021/03/23/large-majorities-of-newsmax-and-oan-news-consumers-also-go-to-fox-news/.

[114] *Cable News Fact Sheet*, Pew Rsch. Ctr. (Sept. 14, 2023), https://www.pewresearch.org/journalism/fact-sheet/cable-news/.

[115] *Id.*

[116] *See* Newsmax Inc., Offering Circular Dated March 7, 2025, at 59, https://www.sec.gov/Archives/edgar/data/2026478/000121390025021989/ea0233655-253g1_newsmax.htm.

[117] *See* Newsmax Inc., Offering Circular Dated March 7, 2025, at 59-60, https://www.sec.gov/Archives/edgar/data/2026478/000121390025021989/ea0233655-253g1_newsmax.htm (providing historical data).

88. ~~75.~~The relevant geographic market is the United States.

89. ~~76.~~Right-leaning pay TV news is distributed to consumers throughout the United States. Over-the-air networks, which are broadcast on both MVPDs and vMVPDs, are regulated under federal law and tailored to the laws of the United States.

90. ~~77.~~Pay TV caters to ~~United States~~U.S. customers, providing content predominantly in English and featuring news relating to events in or concerning the United States. Advertisements on pay television services likewise are tailored to ~~United States~~U.S. consumers.

91. ~~78.~~vMVPDs market their services nationwide. They provide content over broadband internet connections that are available throughout the United States. Moreover, vMVPDs enforce geo-location restrictions that limit consumers to watching those services within the United States.

## VI. FOX'S ANTICOMPETITIVE CONDUCT HAS CAUSED AND WILL CONTINUE TO CAUSE NEWSMAX ANTITRUST INJURY

92. ~~79.~~As described above and in the following paragraphs, Fox's conduct has caused competitive injury to Newsmax in several ways, including~~,~~ but not limited to~~,~~ stifling Newsmax's pay TV distribution, obstructing its audience and ratings growth, and preventing Newsmax from reaching "critical mass" for major advertis~~ing~~ers~~ and marketing revenues~~, all while increasing overall company costs.

93. ~~80.~~Fox's anticompetitive conduct has harmed not ~~just~~only Newsmax and other competitors~~.~~, ~~It has harmed~~but also consumers and competition itself. For example, Fox's conduct has raised the prices consumers pay to access right-leaning cable news~~, has~~ . As previously noted, a monopolist of the Right-leaning Pay TV News Market can profitably impose significant, non-transitory price increases without losing substantial viewers to left-leaning or

centrist channels, and Fox in fact has been able to increase its carriage fees significantly because pay TV carriers are unwilling to drop the Fox News Channel from their basic package. In other words, Fox can charge MVPDs and vMVPDs supracompetitive prices for the Fox News Channel. Ultimately, however, it is pay TV consumers who have to foot the bill for those higher prices. "Distributors do not absorb carriage fees. They pass them through to subscribers, and they are often not subtle about it."[118]

94. Fox's anticompetitive conduct also has restricted consumer choice and degraded the quality of right-leaning pay TV news, and has restricted consumer choice. If Fox had not impeded Newsmax's growth in the Right-leaning Pay TV News Market, then right-leaning viewers would have been able to more readily access a wider selection of right-leaning pay TV news programming. Moreover, the caliber of that programming would have been superior to the programming that viewers had available. First, wider distribution would have resulted in Newsmax and other Fox News competitors generating additional carriage fee and marketing revenues, which they could have reinvested in their programming to better compete against Fox. For example, Newsmax would have had an earlier and greater ability to, for example, expand upon its existing election, debate, and breaking news coverage; increase the size of its production staff; create additional programming; and develop new shows. Second, Fox – faced with better resourced rivals in the Right-leaning Pay TV News Market – would have had the incentive to further invest in its own programming to avoid losing viewers to those rivals.

[118] LegalClarity Team, *TV Carriage Costs: Fees, Rules, and Blackout Risks*, LegalClarity (Apr. 4, 2026), https://legalclarity.org/how-carriage-costs-are-determined-and-who-pays/?utm_source=chatgpt.com.

95. If Fox is permitted to continue imposing exclusionary agreements on distributors and engaging in other anticompetitive conduct, the injury to consumers and competition will continue and even increase.

**FOX'S ONGOING AND CONTINUING VIOLATIONS**

96. 81. Fox's anticompetitive conduct is ongoing and continuing. Since at least 2019, and on On multiple occasions within the four years preceding the filing of this action, including as recently as Newsmax's renewal negotiations in or about June 2025 with vMVPD Fubo, Fox has negotiated and renewed exclusionary carriage agreements that remain in force today, timed blackout threats around marquee events such as the 2022 U.S.-Netherlands World Cup match, and continued to refuse carriage of Newsmax on Fox-owned Tubi. Newsmax continues to suffer new and accumulating injury, including lost carriage fees, diminished brand exposure, and foregone advertising sales, each time Fox enforces or extends its exclusionary terms or abuses its monopoly power to foreclose competition in the Right-leaning Pay TV News Market.

**FOX'S FRAUDULENT CONCEALMENT**

97. 82. In addition, the statute of limitations is tolled under the doctrine of fraudulent concealment. Fox knowingly and actively concealed its unlawful restraints by, for example, embedding them in carriage agreements that are subject to strict confidentiality and nondisclosure provisions and, on information and belief, by using oral "gentlemen's agreements" to avoid leaving discoverable paper trails. Fox kept and continues to keep the key exclusionary provisions from the public eye; they exist only in private, bilateral contracts between Fox and MVPDs/vMVPDs., They and are treated as confidential trade information per industry practice and which counterparties are contractually prohibited from disclosing.

**FIRST CAUSE OF ACTION**

**Unreasonable Restraint of Trade in Violation of the Sherman Act, 15 U.S.C. § 1**

98. ~~83.~~Newsmax realleges and incorporates by reference the factual allegations in paragraphs 1~~-82~~ through 10, 12 through 79, and 81 through 97 as though fully set forth herein.

99. ~~84.~~Section 1 of the Sherman Act provides: "Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal." 15 U.S.C. § 1.

100. ~~85.Beginning no later than 2019~~With respect to contracts, conduct, events, or obligations occurring within the four years preceding the filing of this action, and continuing through the present, Fox entered into, ~~and~~renewed, or enforced a series of carriage agreements with major MVPDs and vMVPDs that penalize or prohibit those entities from carrying other right-leaning pay TV news channels like Newsmax TV. These carriage agreements include, for example, explicit or tacit "no-carry" provisions that prohibit the distributor from carrying right-leaning news channels that compete with the Fox News Channel, and "drag-down" provisions that require a distributor ~~who~~that places Newsmax TV in its basic tier to also carry low-demand Fox channels in that same tier. Fox has entered into such agreements with ~~distributors~~MVPDs and vMVPDs including Fubo, Sling TV/DISH, Hulu+, and Mediacom.

101. ~~86.~~These carriage agreements constitute concerted action within the meaning of Section 1 and are unreasonable vertical restraints on trade and commerce in the Right-leaning Pay TV News Market with actual anticompetitive effects. They enable Fox to foreclose or delay meaningful competition, raise rivals' costs, and charge supracompetitive carriage fees.

102. 87.Fox's conduct substantially affects interstate trade and commerce. These agreements cover millions of MVPD and vMVPD subscribers nationwide, involve hundreds of millions of dollars in carriage fees, and impact interstate advertising markets.

103. 88.Fox captures approximatelyhas substantial market power in the Right-leaning Pay TV News Market, which is concentrated and has high barriers to entry and expansion. In recent quarters, the Fox News Channel has captured up to 65% of all total-day cable-news viewers. and 66% in primetime – figures that understates its share within the Right-leaning Pay TV News Market. Moreover, the Fox News Channel has finished first in primetime viewership for nearly 25 years, since the first quarter of 2002. Three-quarters of Republican news viewers of major cable news networks exclusively watch Fox News. Most distributors To satisfy subscriber demand, most MVPDs and vMVPDs consider the Fox News Channel to be a "must-carry" channel for their basic package to satisfy subscriber demand.. Given its must-have status, the Fox News Channel commands significantly higher carriage fees than any other cable news channel. Fox therefore has substantial market power in the Right-leaning Pay TV News Market, which is concentrated and has high barriers to entry and expansion.

104. 89.Fox cannot show that any procompetitive benefits resulting from these restrictions will outweigh their anticompetitive effects.

105. 90.As a result of Fox's exclusionaryanticompetitive agreements, Newsmax has suffersed and continues to suffer injury and damage caused by Defendants' anticompetitive agreements, including lost or delayed distribution, impaired brand exposure, and reduced advertising and carriage revenue. These injuries constitute antitrust injury because they flow directly from Fox's exclusionary agreements, which reduceds competition, raiseds rivals' costs,

reducedds consumer choice in the Right-leaning Pay TV News Market, and increaseds the costs that consumers must bear to access right-leaning news.

**SECOND CAUSE OF ACTION**

**Maintaining Right-leaning Pay TV News Monopoly in Violation of the Sherman Act, 15 U.S.C. § 2**

106. 91. Newsmax realleges and incorporates by reference the factual allegations in paragraphs 1-82 through 10 and 12 through 97 as though fully set forth herein.

107. 92. Section 2 of the Sherman Act provides: "Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a felony . . . ." 15 U.S.C. § 2.

108. 93. Fox has monopolized, in violation of Section 2 of the Sherman Act, 15- U.S.C.- § 2, the market for rRight-leaning pPay TV nNews Market.

109. 94. Fox has monopoly power in the Right-leaning Pay TV News Market. Fox In recent quarters, the Fox News Channel has capturessd approximatelyup to 65% of all total-day cable-news viewers, aand 66% in primetime – figures that understates its share within the right-leaning market. In 2023, Fox News captured about 90% of the Right-leaning Pay TV News Market. Moreover, the Fox News Channel has finished first in primetime viewership. for nearly 25 years, since the first quarter of 2002. Three-quarters of Republican news viewers of major cable news networks exclusively watch Fox News. Most distributors To satisfy subscriber demand, most MVPDs and vMVPDs consider the Fox News Channel to be a "must-carry" channel for their basic package to satisfy subscriber demand.. Fox News charges Right-leaning pay TV news carriers supracompetitive prices. Given its must-have status, the Fox News Channel commands significantly higher carriage fees than any other cable news channel.

Moreover, Fox's market power allows it to reduce output in the Right-leaning Pay TV News Market, such as when it successfully prevented Sling TV from adding Newsmax TV (and potentially other similarly situated competitors). Fox's drag-down provisions have prevented and prevent ~~right-leaning pay TV carriers~~MVPDs and vMVPDs from adding Newsmax TV and similarly situated competitors to their basic cable packages. Fox News'~~s~~ financial strength and profitability further underscore its market dominance.

110. ~~95.~~Fox has abused and maintained its monopoly in the Right-leaning Pay TV News Market through an exclusionary course of conduct and anticompetitive acts described in the factual allegations in paragraphs ~~1-82~~54 through 80, including, but not limited to, arrangements that condition access to ~~other~~ Fox programming on ~~the carriage of~~agreement not to carry right-leaning news channels that directly compete with the Fox News Channel, smear intimidation tactics against its competitors, Fox's refusal to allow Tubi to carry Newsmax TV, and Fox's threats to impede access to its other programming (*e.g.*, Fox Sports) to extort increased carriage fees for the Fox News Channel. Each of Fox's actions individually and collectively increased, maintained, or protected its monopoly in the Right-leaning Pay TV News Market. Therefore, Fox's dominance is ~~therefore~~ not the result of superior product, business acumen, or historical accident, but of willful exclusionary conduct.

111. ~~96.~~Fox's monopolistic conduct substantially affects interstate trade and commerce. Millions of consumers subscribe to MVPDs and vMVPDs, ~~distributors~~those MVPDs and vMVPDs pay hundreds of millions of dollars in carriage fees, and national advertising revenues are directly impacted.

112. ~~97.~~Fox's exclusionary conduct lacks a procompetitive justification that offsets the harm caused by Fox's anticompetitive and unlawful conduct.

113. 98. As a result of Fox's unlawful maintenance of its monopoly in the Right-leaning Pay TV News Market, Newsmax has suffered and continues to suffer injury and damage, including lost or delayed distribution, impaired brand exposure, and reduced advertising and carriage revenue. These injuries constitute antitrust injury because they flow directly from Fox's monopolization, which reduceds competition, raiseds rivals' costs, reduceds consumer choice in the Right-leaning Pay TV News Market, and increaseds the costs that consumers must bear to access right-leaning news.

**THIRD CAUSE OF ACTION**

**Unlawful Block-Booking in Violation of Sherman Act, 15 U.S.C § 1**

99. Newsmax realleges and incorporates by reference the factual allegations in paragraphs 1-82 as though fully set forth herein.

100. Section 1 of the Sherman Act provides: "Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal." 15 U.S.C. § 1.

101. In its carriage agreements with major MVPDs and vMVPDs, Fox has conditioned the licensing of "must have" conservative news content on Fox News on distributors' agreements to include unfair "drag-down" provisions that require a distributor who places Newsmax in its basic tier to also carry low-demand Fox channels in that same tier. Fox has entered into such agreements with distributors including Fubo, Sling TV/DISH, Hulu+, and Mediacom.

102. Fox's above-described conduct constitutes unlawful "block booking" in violation of Section 1 of the Sherman Act. As relevant here, block-booking is the practice of licensing one set of programming to a distributor on the condition that the distributor also license and distribute other programming from the programmer.

103. Fox has engaged in unlawful block-booking by requiring distributors who wish to

~~license its must-have conservative news content to also license and distribute Fox's low-demand channels alongside Newsmax.~~

~~104. Fox's conduct substantially affects interstate trade and commerce. These agreements cover millions of subscribers nationwide, involve hundreds of millions of dollars in carriage fees, and impact interstate advertising markets.~~

~~105. Fox captures approximately 65% of all total-day cable-news viewers. Most distributors consider Fox News to be a "must-carry" channel for their basic package to satisfy subscriber demand. Fox News commands significantly higher carriage fees than any other cable news channel. Fox therefore has substantial market power in the Right-leaning Pay TV News Market, which is concentrated and has high barriers to entry and expansion.~~

~~106. Fox cannot show that any procompetitive benefits resulting from these restrictions will outweigh their anticompetitive effects.~~

~~107. Fox's block-booking has injured Newsmax by discouraging distributors from carrying Newsmax and hamstringing Newsmax's ability to compete with Fox. It has also injured distributors who are forced to carry unwanted channels (and prevented from carrying Newsmax), and it has injured consumers who must pay inflated costs for channels they do not watch and are unable to watch channels they do want to watch (like Newsmax). Newsmax's injuries include lost or delayed distribution, impaired brand exposure, and reduced advertising and carriage revenue. These injuries constitute antitrust injury because they flow directly from Fox's block-booking conduct, which has reduced competition, raised rivals' costs, reduced consumer choice in the Right-leaning Pay TV News Market, and increased the cost consumers must bear to access right-leaning news.~~

**~~FOURTH CAUSE OF ACTION~~**

**Unreasonable Restraint of Trade in Violation of the**
**~~Wisconsin~~Florida Antitrust Act, ~~Wis~~Fla. Stat. § ~~133.03(1)~~542.18**

114. ~~108.~~Newsmax realleges and incorporates by reference the factual allegations in paragraphs 1~~-82~~ through 79 and 81 through 97 as though fully set forth herein.

115. ~~109.~~The ~~Wisconsin~~Florida Antitrust Act provides: "Every contract, combination ~~in the form of trust or otherwise~~, or conspiracy~~,~~ in restraint of trade or commerce ~~is illegal~~in this state is unlawful." ~~Wis~~Fla. Stat. § ~~133.03(1).~~542.18.

116. ~~110.Beginning no later than 2019~~With respect to contracts, conduct, events, or obligations occurring within the four years preceding the filing of this action, and continuing through the present, Fox has entered into, ~~and~~renewed, or enforced a series of carriage agreements with major MVPDs and vMVPDs that penalize or prohibit those entities from carrying other right-leaning pay TV news channels like Newsmax TV. These carriage agreements include, for example, explicit or tacit "no-carry" provisions that prohibit the distributor from carrying right-leaning news channels that compete with the Fox News Channel, and "drag-down" provisions that require a distributor ~~who~~that places Newsmax TV in its basic tier to also carry low-demand Fox channels in that same tier. Fox has entered into such agreements with ~~distributors~~MVPDs and vMVPDs including Fubo, Sling TV/DISH, Hulu+, and Mediacom.

117. ~~111.~~These carriage agreements constitute concerted action within the meaning of the ~~Wisconsin~~Florida Antitrust Act and are unreasonable vertical restraints on trade and commerce in the Right-leaning Pay TV News market with actual anticompetitive effects. They enable Fox to foreclose or delay meaningful competition, raise rivals' costs, and charge supracompetitive carriage fees.

118. 112. Fox's conduct substantially affects trade and commerce in WisconsinFlorida, and specifically in the WesternSouthern District of WisconsinFlorida, where these agreements cover hundreds of thousands of MVPD and vMVPD subscribers, involve millions of dollars in carriage fees, and impact intrastate advertising markets.

119. 113. Fox captures approximatelyhas substantial market power in the Right-leaning Pay TV News Market, which is concentrated and has high barriers to entry and expansion. In recent quarters, the Fox News Channel has captured up to 65% of all total-day cable-news viewers. and 66% in primetime. Moreover, the Fox News Channel has finished first in primetime viewership for nearly 25 years, since the first quarter of 2002. Three-quarters of Republican news viewers of major cable news networks exclusively watch Fox News. Most distributors To satisfy subscriber demand, most MVPDs and vMVPDs consider the Fox News Channel to be a "must-carry" channel for their basic package to satisfy subscriber demand.. Given its must-have status, the Fox News Channel commands significantly higher carriage fees than any other cable news channel. Fox therefore has substantial market power in the Right-leaning Pay TV News Market.

120. 114. The Right-leaning Pay TV News Market is concentrated and barriers to entry and expansion are high.

121. 115. Fox cannot show that any procompetitive benefits resulting from these restrictions will outweigh their anticompetitive effects.

122. 116. As a result of Fox's exclusionaryanticompetitive agreements, Newsmax has suffersed and continues to suffer injury and damage caused by Defendants' anticompetitive agreements, including lost or delayed distribution, impaired brand exposure, and reduced advertising and carriage revenue. These injuries constitute antitrust injury because they flow

directly from Fox's exclusionary agreements, which reduce~~d~~s competition, raise~~d~~s rivals' costs, reduce~~d~~s consumer choice in the Right-leaning Pay TV News Market, and increase~~d~~s the costs that consumers must bear to access right-leaning news.

**~~FIFTH~~FOURTH CAUSE OF ACTION**

**Maintaining Right-leaning Pay TV News Monopoly in Violation of the ~~Wisconsin~~Florida Antitrust Act, ~~Wis~~Fla. Stat. § ~~133.03(2)~~542.19**

123. ~~117.~~Newsmax realleges and incorporates by reference the factual allegations in paragraphs 1~~-82~~ through 97 as though fully set forth herein.

124. ~~118.~~The ~~Wisconsin~~Florida Antitrust Act makes it "unlawful for any person to ~~"~~monopolize~~[]~~, ~~or~~ attempt~~[]~~ to monopolize, or combine~~[]~~ or conspire~~[]~~ with any other person or persons to monopolize any part of trade or commerce in this state." ~~Wis~~Fla. Stat. § ~~133.03(2)~~542.19.

125. ~~119.~~Fox has monopolized, in violation of the ~~Wisconsin~~Florida Antitrust Act, the ~~market for r~~Right-leaning ~~p~~Pay TV ~~n~~News Market.

126. ~~120.~~Fox has monopoly power in the Right-leaning Pay TV News Market. ~~Fox~~ In recent quarters, the Fox News Channel has capture~~s~~d ~~approximately~~up to 65% of all total-day cable-news viewers~~, a~~and 66% in primetime – figures that understates its share within the ~~right-leaning market. In 2023, Fox News captured about 90% of the~~ Right-leaning Pay TV News Market. Moreover, the Fox News Channel has finished first in primetime viewership~~.~~ for nearly 25 years, since the first quarter of 2002. Three-quarters of Republican news viewers of major cable news networks exclusively watch Fox News. ~~Most distributors~~ To satisfy subscriber demand, most MVPDs and vMVPDs consider Fox News to be a "must-carry" channel for their basic package. ~~to~~ To satisfy subscriber demand~~.,~~ ~~Fox News charges Right-leaning pay TV news carriers supracompetitive prices.~~ most MVPDs and vMVPDs consider the Fox News Channel to

be a "must-carry" channel for their basic package. Given its must-have status, the Fox News Channel commands significantly higher carriage fees than any other cable news channel. Moreover, Fox's market power allows it to reduce output in the Right-leaning Pay TV News Market, such as when it successfully prevented Sling TV from adding Newsmax (and potentially other similarly situated competitors). Fox's drag-down provisions have prevented and prevent right-leaning pay TV carriersMVPDs and vMVPDs from adding Newsmax and similarly situated competitors to their basic cable package. Fox News's financial strength and profitability further underscore its market dominance.

127. 121.Fox has abused and maintained its monopoly in the Right-leaning Pay TV News Market through an exclusionary course of conduct and anticompetitive acts described in the factual allegations in paragraphs 1-8254 through 80, including, but not limited to, arrangements that condition access to other Fox programming on the carriage ofagreement not to carry right-leaning news channels that directly compete with the Fox News Channel, smear intimidation tactics against its competitors, Fox's refusal to allow Tubi to carry Newsmax, and Fox's threats to impede access to its other programming (*e.g.*, Fox Sports) to extort increased carriage fees for Fox News. Each of Fox's actions individually and collectively increased, maintained, or protected its monopoly in the Right-leaning Pay TV News Market. Therefore, Fox's dominance is not the result of superior product, business acumen, or historical accident, but of willful exclusionary conduct.

128. 122.Fox's conduct substantially affects trade and commerce in WisconsinFlorida, and specifically the WesternSouthern District of WisconsinFlorida, where hundreds of thousands of consumers subscribe to MVPDs and vMVPDs, distributorsthose MVPDs and vMVPDs pay millions of dollars in carriage fees, and intrastate advertising revenues are directly impacted.

129. ~~123.~~Fox's exclusionary conduct lacks a procompetitive justification that offsets the harm caused by Fox's anticompetitive and unlawful conduct.

130. ~~124.~~As a result of Fox's unlawful maintenance of its monopoly in the Right-leaning Pay TV News Market, Newsmax has suffered and continues to suffer injury and damage, including lost or delayed distribution, impaired brand exposure, and reduced advertising and carriage revenue. These injuries constitute antitrust injury because they flow directly from Fox's monopolization, which reduce~~d~~s competition, raise~~d~~s rivals' costs, reduce~~d~~s consumer choice in the Right-leaning Pay TV News Market, and increase~~d~~s the costs that consumers must bear to access right-leaning news.

~~125. By reason of the foregoing, Newsmax is entitled to seek all forms of relief, including injunctive relief pursuant to Wis. Stat. § 133.16 and declaratory judgment, actual damages, reasonable attorneys' fees and costs pursuant to Wis. Stat. § 133.18.~~

**~~SIXTH~~FIFTH CAUSE OF ACTION**

**~~Unlawful Block Booking in~~ Violation of the**

**~~Wisconsin Antitrust~~ Florida Deceptive & Unfair Trade Practices Act, ~~Wis~~Fla. Stat.**

**§ ~~133.03(1)~~501.204**

131. ~~126.~~Newsmax realleges and incorporates by reference the factual allegations in paragraphs 1~~-82~~ through 97 as though fully set forth herein.

~~127. The Wisconsin Antitrust Act provides: "Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce is illegal." Wis. Stat. § 133.03(1).~~

132. The Florida Deceptive & Unfair Trade Practices Act, Fla. Stat. § 501.201, generally prohibits "unfair methods of competition, unconscionable acts or practices, and unfair

or deceptive acts or practices in the conduct of any trade or commerce," including practices in restraint of trade. Fla. Stat. § 501.204(1).

133. 128. Fox entered into contracts in restraint of, or to monopolize, trade or commerce in the Right-leaning Pay TV News Market, a substantial part of which occurred within Florida. In its With respect to contracts, conduct, events, or obligations occurring within the four years preceding the filing of this action, and continuing through the present, Fox entered into, renewed, or enforced a series of confidential carriage agreements with major MVPDs and vMVPDs, Fox has conditioned the licensing of "must have" conservative news content on Fox News on distributors' agreements to include unfair that penalize or prohibit those entities from carrying other right-leaning pay TV news channels like Newsmax TV. These non-public carriage agreements include, for example, explicit or tacit "no-carry" provisions that prohibit the distributor from carrying right-leaning news channels that compete with the Fox News Channel, and "drag-down" provisions that require a distributor who that places Newsmax TV in its basic tier to also carry low-demand Fox channels in that same tier. Fox has entered into such agreements with distributors MVPDs and vMVPDs including Fubo, Sling TV/DISH, Hulu+, and Mediacom.

129. Fox's above-described conduct constitutes unlawful "block booking" in violation of the Wisconsin Antitrust Act. As relevant here, block-booking is the practice of licensing one set of programming to a distributor on the condition that the distributor also license and distribute other programming from the programmer.

130. Fox has engaged in unlawful block-booking by requiring distributors who wish to license its must-have conservative news content to also license and distribute Fox's low-demand channels alongside Newsmax.

131. Fox's conduct substantially affects interstate trade and commerce. These agreements cover millions of subscribers nationwide, involve hundreds of millions of dollars in carriage fees, and impact interstate advertising markets.

134. On information and belief, in addition to executing confidential, anticompetitive contracts, Fox has knowingly and actively concealed unlawful contractual restraints by using oral "gentlemen's agreements" to avoid leaving behind a paper trail. Newsmax could not, and did not discover, through the exercise of reasonable diligence, the existence of these exclusionary terms.

135. Continuing through the date of this filing, Fox has maintained a monopoly of trade and commerce in the Right-leaning Pay TV News Market for the purpose of excluding competition or controlling, fixing or maintaining prices in Florida at a level higher than the competitive market level.

136. 132.Fox has monopoly power in the Right-leaning Pay TV News Market. In recent quarters, the Fox News Channel has capturesd approximatelyup to 65% of all total-day cable-news viewers. and 66% in primetime – figures that understates its share within the Right-leaning Pay TV News Market. Moreover, the Fox News Channel has finished first in primetime viewership for nearly 25 years, since the first quarter of 2002. Three-quarters of Republican news viewers of major cable news networks exclusively watch Fox News. Most distributors To satisfy subscriber demand, most MVPDs and vMVPDs consider the Fox News Channel to be a "must-carry" channel for their basic package to satisfy subscriber demand.. Given its must-have status, the Fox News Channel commands significantly higher carriage fees than any other cable news channel. Fox therefore has substantial Moreover, Fox's market power allows it to reduce output in the Right-leaning Pay TV News Market, which is concentrated and has high barriers to

entry and expansion.. Fox's drag-down provisions have prevented and prevent MVPDs and vMVPDs from adding Newsmax TV and similarly situated competitors to their basic cable package. Fox News' financial strength and profitability further underscore its market dominance.

133. Fox cannot show that any procompetitive benefits resulting from these restrictions will outweigh their anticompetitive effects.

134. Fox's block-booking has injured Newsmax by discouraging distributors from carrying Newsmax and hamstringing Newsmax's ability to compete with Fox. It has also injured distributors who are forced to carry unwanted channels (and prevented from carrying Newsmax), and it has injured consumers who must pay inflated costs for channels they do not watch and are unable to watch channels they do want to watch (like Newsmax). Newsmax's injuries include lost or delayed distribution, impaired brand exposure, and reduced advertising and carriage revenue. These injuries constitute antitrust injury because they flow directly from Fox's block-booking conduct, which has reduced competition, raised rivals' costs, reduced consumer choice in the Right-leaning Pay TV News Market, and increased the cost consumers must bear to access right-leaning news.

137. Fox has willfully, unfairly, and unlawfully exploited its monopoly power in the Right-leaning Pay TV News Market through unfair methods of competition described in the factual allegations in paragraphs 54 through 80, including, but not limited to, arrangements that condition access to Fox programming on agreement not to carry right-leaning news channels that directly compete with the Fox News Channel, smear intimidation tactics against its competitors, Fox's refusal to allow Tubi to carry Newsmax TV, and Fox's threats to impede access to its other programming (*e.g.*, Fox Sports) to extort increased carriage fees for the Fox News Channel.

Each of Fox's actions individually and collectively unfairly protect Fox's dominance, raise rivals' costs, and deprive Florida consumers of competitive alternatives in the Right-leaning Pay TV News Market.

138. Accordingly, Fox's conduct is an unfair method of competition, and an unfair or deceptive act or practice within the conduct of commerce within the State of Florida.

139. Fox's unlawful conduct substantially affected Florida's trade and commerce and directly harmed Florida consumers, who must pay higher subscription prices as MVPDs and vMVPDs pass down Fox's supracompetitive carriage fees, and who are deprived of meaningful choice in the Right-leaning Pay TV News Market.

140. As a direct and proximate cause of Fox's unlawful conduct, Newsmax has been injured in its business or property and is threatened with further injury.

**PRAYER FOR RELIEF**

WHEREFORE Plaintiff prays as follows:

a. That Fox's conduct specified in this Complaint be declared by the Court to violate Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1, 2, and; the WisconsinFlorida Antitrust Act, WisFla. Stat. §§ 133.03(1)-(2)542.18, 542.19; and the Florida Deceptive & Unfair Trade Practices Act, Fla. Stat. § 501.204.

b. That judgment be entered for Plaintiff against Fox for three times the amount of damages sustained by Plaintiff as allowed by law, together with the costs of this action, including reasonable attorneys' fees pursuant to Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26, and the WisconsinFlorida Antitrust Act, WisFla. Stat. § 133.18542.22, and the Florida Deceptive & Unfair Trade Practices Act, Fla. Stat. § 501.211;

c. That Plaintiff be awarded pre-judgment and post-judgment interest at the highest legal rate from and after the date of service of this Complaint to the extent provided by law;

d. That the Court issue further equitable relief in the form of a permanent injunction prohibiting Fox's exclusionaryanticompetitive agreements and other ongoing and future exclusionary conduct; and

e. That Plaintiff receives such other, further, or different relief as the case may require and the Court deems just and proper under the circumstances.

**DEMAND FOR JURY TRIAL**

141. ~~135.~~Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Newsmax demands a jury trial of all issues so triable.

Dated: ~~September 11~~July 9, 202~~5~~6

Respectfully submitted,

s/ ~~*Jennifer L. Gregor*~~ *Samuel J. Randall*
~~Jennifer L. Gregor~~Samuel J. Randall (Florida Bar No. 0056864)
~~**GODFREY & KAHN, S.C.**~~**SPERLING KENNY NACHWALTER LLC**
~~One East Main Street, Suite 500~~1441 Brickell Avenue, Suite 1100
~~Madison, WI 53703~~Miami, FL 33131
~~Phone: (608) 257-3911~~Tel: (305) 373-1000
~~jgregor@gklaw~~Email: srandall@sperlingkenny.com

Michael J. Guzman (*pro hac vice* ~~fortheoming~~)
**KELLOGG, HANSEN, TODD,**
- **FIGEL & FREDERICK, P.L.L.C.**
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7910
Email: mguzman@kellogghansen.com

~~*Attorneys*~~*Counsel for Plaintiff Newsmax Broadcasting, LLC*