**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-80467-EA**

NEWSMAX BROADCASTING, LLC,

*Plaintiff,*

v.

FOX CORPORATION and
FOX NEWS NETWORK, LLC,

*Defendants.*

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Upon consideration of Plaintiff's Motion for Leave to File First Amended Complaint, and any responses or replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

**BY THE COURT**

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**