**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-80467-EA**

NEWSMAX BROADCASTING, LLC,

*Plaintiff,*

v.

FOX CORPORATION and
FOX NEWS NETWORK, LLC,

*Defendants.*

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S MOTION TO EXTEND CASE DEADLINES**

Upon consideration of Plaintiff's Motion to Extend Case Deadlines, and any responses or replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and that all deadlines reflected in the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge, Dkt. 80, are hereby extended by nine months.

**BY THE COURT**

______________________________
**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**