KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

July 23, 2026

*Via ECF*

The Honorable Ed Artau
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Chambers 416
West Palm Beach, Florida 33401

Re: *Newsmax Broadcasting, LLC v. Fox Corporation et al.*, No. 26-cv-80467-EA

Dear Judge Artau,

I write on behalf of Plaintiff Newsmax Broadcasting, LLC ("Newsmax") to respectfully request a status conference to discuss the current posture of the case, in particular (i) the case deadlines reflected in the Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (Dkt. 80); and (ii) Newsmax's motion to extend those case deadlines, which Newsmax filed contemporaneously with this letter. A status conference would also present an opportunity for the Court to discuss any issues raised by the parties' pending motions.

Newsmax will make itself available at the Court's convenience and is amenable to the status conference being held either in person or by telephone, but would prefer the latter.

Counsel for Newsmax certifies that Newsmax has conferred with counsel for Defendants Fox Corporation and Fox News Network, LLC in a good-faith effort to resolve the issues raised in the motion and has been unable to do so. Counsel's efforts are detailed in the Local Rule 7.1(A)(3) Certification accompanying Newsmax's motion to extend case deadlines

Respectfully submitted,

*/s/ Michael J. Guzman*

Michael J. Guzman
Counsel for Newsmax Broadcasting, LLC

cc: All Counsel of Record (via ECF)