**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-80467-EA**

**NEWSMAX BROADCASTING, LLC,**

*Plaintiff*,

v.

**FOX CORPORATION AND FOX NEWS NETWORK, LLC,**

*Defendants*.

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR HEARING**

Defendants Fox Corporation and Fox News Network, LLC (collectively, "Fox") respectfully submit this response to Plaintiff Newsmax Broadcasting, LLC's ("Newsmax") request for a status conference. *See* Dkt. 139.[1]

A status conference is unnecessary because the issues raised in Newsmax's July 23, 2026 letter have been thoroughly briefed by the parties and are ripe for resolution on the papers. The Parties have fully briefed Fox's Motion to Dismiss, (Dkts. 30, 40, 44, 101, 105, 106), Fox's Motion to Stay Discovery, (Dkts. 102, 110, 119), Newsmax's Motion to Compel Production of Carriage Agreements and Associated Communications, (Dkts. 51, 100, 107, 113), and Fox's Motion to Compel Newsmax's Responses to Interrogatories, (Dkts. 54, 104, 106, 111, 120). Two additional motions, Newsmax's Motion for Leave to File First Amended Complaint, (Dkt. 127), and

[1] Newsmax requested a status conference in a July 23, 2026 letter, (*see* Dkt. 139), filed in violation of Local Rule 7.7(a), which prohibits "attorneys and parties" from "address[ing] or present[ing] to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments." The Clerk reclassified the filing as a "Motion for Hearing," (*see* Dkt. 140), and Fox now opposes Newsmax's motion.

Newsmax's Motion to Extend Case Deadlines, (Dkt. 137), will be fully briefed by August 13, 2026. *See* Dkts. 131, 132, L.R. 7.1(c)(1).

Newsmax's request to extend the case deadlines also may be mooted by Fox's Motion to Dismiss, (Dkt. 101), and Motion to Stay Discovery, (Dkt. 102). Holding a status conference while these motions are pending would impose on this Court's time and create unnecessary costs for the parties.

DATED: July 31, 2026

Respectfully submitted,

Paul T. Cappuccio (*pro hac vice*)
Patrick F. Philbin (*pro hac vice*)
Cody L. Reaves (*pro hac vice*)
**TORRIDON LAW PLLC**
801 17th Street NW, Suite 1100
Washington, DC 20006
Telephone: 202.249.6900
pcappuccio@torridonlaw.com
pphilbin@torridonlaw.com
creaves@torridonlaw.com

*/s/ Paul C. Huck, Jr.*
Paul C. Huck, Jr. (Florida Bar No. 968358)
Jason Gonzalez (Florida Bar No. 146854)
Joshua Webb (Florida Bar No. 51679)
Thomas Bardenwerper (Florida Bar No. 1044458)
**LAWSON HUCK GONZALEZ, PLLC**
334 Minorca Avenue
Coral Gables, FL 33134
Telephone: (850) 825-4334
paul@lawsonhuckgonzalez.com
jason@lawsonhuckgonzalez.com
josh@lawsonhuckgonzalez.com
thomas@lawsonhuckgonzalez.com

Michael F. Murray (*pro hac vice*)
Benjamin W. Snyder (*pro hac vice*)
Ronald K. Anguas, Jr. (*pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
Telephone: 202.551.1700
michaelmurray@paulhastings.com
bensnyder@paulhastings.com
ronaldanguas@paulhastings.com

Christopher M. Kise (Florida Bar No. 855545)
Lazaro P. Fields (Florida Bar No. 1004725)
**CONTINENTAL PLLC**
215 South Monroe Street, Ste. 750
Tallahassee, FL 32301
Telephone: 850.270.2211
ckise@continentalpllc.com
lfields@continentalpllc.com

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to all counsel of record.

*/s/ Paul C. Huck, Jr.*
Paul C. Huck, Jr. (Florida Bar No. 968358)
**LAWSON HUCK GONZALEZ, PLLC**
334 Minorca Avenue
Coral Gables, FL 33134
Telephone: (850) 825-4334
paul@lawsonhuckgonzalez.com