**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-80467-EA**

NEWSMAX BROADCASTING, LLC,

*Plaintiff*,

v.

FOX CORPORATION and
FOX NEWS NETWORK, LLC,

*Defendants*.

**AFFIDAVIT OF MICHAEL J. GUZMAN IN SUPPORT OF**
**PLAINTIFF'S MOTION TO EXTEND CASE DEADLINES**

Pursuant to 28 U.S.C. § 1746, I, Michael J. Guzman, declare as follows:

1. I am a partner with the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., counsel for Plaintiff Newsmax Broadcasting, LLC ("Newsmax"). I am admitted to practice before this court *pro hac vice*. I submit this affidavit in support of Newsmax's Motion to Extend Case Deadlines. Dkt. 137. I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. This case challenges the use by Defendants Fox Corporation and Fox News Network, LLC (collectively, "Fox") of carriage terms and related leverage to foreclose distribution of Newsmax and other right-leaning news channels, and Fox's agreements governing its carriage relationships with distributors are the most direct evidence of the terms that Fox has imposed in the marketplace.

3. Thus, after the Western District of Wisconsin denied Fox's motion to stay discovery on January 22, 2026, Newsmax requested that Fox produce those agreements and related correspondence.

4. Newsmax produced its own carriage agreements to Fox on April 15, 2026, but to date Fox still has not produced its carriage agreements and related correspondence to Newsmax.

5. On May 7, 2026, Newsmax filed a motion to compel Fox to produce those agreements and related correspondence. That motion is fully briefed and remains pending.

6. While that motion remains pending, Newsmax is left in the dark as to the core contractual documents in this case.

7. The current case schedule does not reflect the de facto stay of discovery that Fox has granted itself. For example, the Scheduling Order requires the parties to have "exchange[d] expert witness summaries or reports" by August 3, 2026, even though Fox has not produced key documents that will be highly relevant to an expert's analysis and even though Newsmax has not had a chance to pursue additional fact discovery based on what it learns from those key Fox documents.

8. A nine-month extension of the expert report deadline and other case deadlines reflected in the Scheduling Order will provide Newsmax with a reasonable and fair opportunity to build the record needed to prove its case.

9. A nine-month extension will also provide the Court and the parties the necessary breathing room to reach orderly resolutions to the sundry disputes that have arisen.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2026

Respectfully submitted,

/s/ *Michael J. Guzman*
Michael J. Guzman (*pro hac vice*)

*Counsel for Plaintiff Newsmax Broadcasting, LLC*