**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-80467-EA**

NEWSMAX BROADCASTING, LLC,

*Plaintiff,*

v.

FOX CORPORATION and
FOX NEWS NETWORK, LLC,

*Defendants.*

**DECLARATION OF CHRISTOPHER M. YOUNG IN SUPPORT OF**
**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO EXTEND CASE DEADLINES**

Pursuant to 28 U.S.C. § 1746, I, Christopher M. Young, declare as follows:

1. I am an attorney with the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., counsel for Plaintiff Newsmax Broadcasting, LLC ("Newsmax"). I have been admitted to practice before this Court *pro hac vice*. I submit this declaration in support of Newsmax's Reply in Support of Its Motion to Extend Case Deadlines. I have personal knowledge of the facts set forth herein and am competent to testify thereto if called as a witness.

2. Attached hereto as **Exhibit A** is a true and correct copy of a July 17, 2026 7:52 am EDT email I sent to counsel for Defendants Fox Corporation and Fox News Network, LLC (collectively, "Fox").

3. Attached hereto as **Exhibit B** is a true and correct copy of a July 20, 2026 10:13 pm EDT email that I received from Michael Murray, one of Fox's counsel who was a recipient of the email attached hereto as Exhibit A.

4. Attached hereto as **Exhibit C** is a true and correct copy of a July 22, 2026 4:53 pm EDT email that I received from Michael Murray.

5. Attached hereto as **Exhibit D** is a true and correct copy of an August 6, 2026 5:52 pm EDT email that I received from Michael Murray.

6. Attached hereto as **Exhibit E** is a true and correct copy of an August 11, 2026 3:06 pm EDT email that I received from Michael Murray.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2026

Respectfully submitted,

/s/ *Christopher M. Young*
Christopher M. Young (*pro hac vice*)

*Counsel for Plaintiff Newsmax Broadcasting, LLC*

# EXHIBIT A

**From:** Young, Christopher M.
**Sent:** Friday, July 17, 2026 7:52 AM
**To:** Bondi, Brad; Anguas, Ronald; Murray, Michael; oliviapennoyer@paulhastings.com; Snyder, Ben
**Cc:** Guzman, Michael J.; Link, Anna K.; Wang, Shunhe; Crockett, Seth D.
**Subject:** Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Dear counsel,

I am writing on behalf of Newsmax regarding the current case schedule (Dkt. 80). Newsmax intends to request that the Court extend the deadlines in the case schedule by 9 months given the case's current posture and complexity. Please let me know if Fox will consent to the request for a 9-month extension.

Relatedly, Newsmax also intends to ask the Court for a status conference (either in person or by telephone) to discuss the current posture of the case, in particular the deadlines in the current case schedule and Newsmax's request to extend those deadlines by 9 months. Please let me know if Fox will consent to the request for a status conference.

If you would like to have a call to discuss one or both of those requests, please let me know.

Finally, we are aware that you are waiting to hear from us on Fox's joint motion to extend the briefing schedule on Newsmax's motion for leave. We will respond to you today.

Cheers,

Chris

**Christopher M. Young**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, D.C. 20036
Tel: (202) 367-7805 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

# EXHIBIT B

**From:** Murray, Michael <michaelmurray@paulhastings.com>
**Sent:** Monday, July 20, 2026 10:13 PM
**To:** Young, Christopher M.; Bondi, Brad; Anguas, Ronald; Pennoyer, Olivia; Snyder, Ben
**Cc:** Guzman, Michael J.; Link, Anna K.; Wang, Shunhe; Crockett, Seth D.; Murray, Michael
**Subject:** [EXTERNAL] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Chris,

We are in receipt of your email and are considering the requests.

Best,
Mike

---

**From:** Young, Christopher M. <cyoung@kellogghansen.com>
**Sent:** Friday, July 17, 2026 7:52 AM
**To:** Bondi, Brad <bradbondi@paulhastings.com>; Anguas, Ronald <ronaldanguas@paulhastings.com>; Murray, Michael <michaelmurray@paulhastings.com>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com>; Snyder, Ben <bensnyder@paulhastings.com>
**Cc:** Guzman, Michael J. <mguzman@kellogghansen.com>; Link, Anna K. <alink@kellogghansen.com>; Wang, Shunhe <swang@kellogghansen.com>; Crockett, Seth D. <scrockett@kellogghansen.com>
**Subject:** [EXT] Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Dear counsel,

I am writing on behalf of Newsmax regarding the current case schedule (Dkt. 80). Newsmax intends to request that the Court extend the deadlines in the case schedule by 9 months given the case's current posture and complexity. Please let me know if Fox will consent to the request for a 9-month extension.

Relatedly, Newsmax also intends to ask the Court for a status conference (either in person or by telephone) to discuss the current posture of the case, in particular the deadlines in the current case schedule and Newsmax's request to extend those deadlines by 9 months. Please let me know if Fox will consent to the request for a status conference.

If you would like to have a call to discuss one or both of those requests, please let me know.

Finally, we are aware that you are waiting to hear from us on Fox's joint motion to extend the briefing schedule on Newsmax's motion for leave. We will respond to you today.

Cheers,

Chris

**Christopher M. Young**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, D.C. 20036
Tel: (202) 367-7805 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

******************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

# EXHIBIT C

**From:** Murray, Michael <michaelmurray@paulhastings.com>
**Sent:** Wednesday, July 22, 2026 4:53 PM
**To:** Young, Christopher M.; Bondi, Brad; Anguas, Ronald; Pennoyer, Olivia; Snyder, Ben
**Cc:** Guzman, Michael J.; Link, Anna K.; Wang, Shunhe; Crockett, Seth D.; Daniel E. Nordby; Murray, Michael
**Subject:** [EXTERNAL] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Counsel:

We oppose your requests for a nine-month extension and for a status conference. It has been nearly one year since Judge Cannon dismissed your specious complaint and you then embarked on what the Wisconsin court recognized was judge shopping, delaying resolution of the threshold issue of whether Newsmax even has stated a claim.

As you know, there are pending motions to dismiss, to stay discovery, to compel discovery, and to amend the complaint. Judge Artau is aware of the procedural status of this case but has not set a status conference or a hearing on the motions pending before him, and Judge Reinhart declined to hold a hearing on the pending discovery motions. The Court should have the opportunity to rule on the threshold pleading issues before the parties start burdening the Court with requests to change the schedule or appear for conferences.

The issues you raise will be mooted if Judge Artau dismisses this meritless lawsuit. Continued procedural requests unnecessarily take up the Court and the parties' resources and, therefore, we oppose Newsmax's requests.

PAUL HASTINGS

**Michael Murray | Co-Chair, Antitrust and Competition | Partner, Litigation**
Paul Hastings LLP | 2050 M Street NW, Washington, DC 20036 | Direct: +1.202.551.173
Main: +1.202.551.1700 | Fax: +1.202.551.0230 | michaelmurray@paulhastings.com |
www.paulhastings.com

**From:** Young, Christopher M. <cyoung@kellogghansen.com>
**Sent:** Wednesday, July 22, 2026 11:03 AM
**To:** Murray, Michael <michaelmurray@paulhastings.com>; Bondi, Brad <bradbondi@paulhastings.com>; Anguas, Ronald <ronaldanguas@paulhastings.com>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com>; Snyder, Ben <bensnyder@paulhastings.com>
**Cc:** Guzman, Michael J. <mguzman@kellogghansen.com>; Link, Anna K. <alink@kellogghansen.com>; Wang, Shunhe <swang@kellogghansen.com>; Crockett, Seth D. <scrockett@kellogghansen.com>; Daniel E. Nordby <dnordby@shutts.com>
**Subject:** [EXT] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Hi Mike,

Thanks for the email. We will look out for Fox's position. If helpful, I remain available to discuss over the phone.

Chris

-----Original Message-----
From: Murray, Michael <michaelmurray@paulhastings.com>
Sent: Wednesday, July 22, 2026 10:34 AM
To: Young, Christopher M. <cyoung@kellogghansen.com>; Bondi, Brad <bradbondi@paulhastings.com>; Anguas, Ronald <ronaldanguas@paulhastings.com>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com>; Snyder, Ben <bensnyder@paulhastings.com>
Cc: Guzman, Michael J. <mguzman@kellogghansen.com>; Link, Anna K. <alink@kellogghansen.com>; Wang, Shunhe <swang@kellogghansen.com>; Crockett, Seth D. <scrockett@kellogghansen.com>; Daniel E. Nordby <dnordby@shutts.com>
Subject: [EXTERNAL] Re: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Good morning,
Thanks Chris. We are conferring with Fox today and will circle back afterwards.
Best,
Mike

---

From: Young, Christopher M. <cyoung@kellogghansen.com>
Sent: Tuesday, July 21, 2026 7:52 AM
To: Murray, Michael <michaelmurray@paulhastings.com>; Bondi, Brad <bradbondi@paulhastings.com>; Anguas, Ronald <ronaldanguas@paulhastings.com>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com>; Snyder, Ben <bensnyder@paulhastings.com>
Cc: Guzman, Michael J. <mguzman@kellogghansen.com>; Link, Anna K. <alink@kellogghansen.com>; Wang, Shunhe <swang@kellogghansen.com>; Crockett, Seth D. <scrockett@kellogghansen.com>; Daniel E. Nordby <dnordby@shutts.com>
Subject: [EXT] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

-- External Email --
Report Suspicious<https://us-phishalarm-ewt.proofpoint.com/EWT/v1/AzbtxItlYFH3yJIM!hQ1i_Bm3Neh128a4bWWZ58xXGAD3Sc0aS9KguZr2SiXRX85nuVRcxUTGNj1aCYwKN1jXK0V0PJLADmXBYnws_FEuwJLCOq6bOPe5GLPFomNa5jcIJZIXFxbnH1yoTHE0s0g7Cs6VaSNd1JbvxZg$ >

Hi Mike,

Thanks for the acknowledgement. I'd like to briefly discuss with you over the phone. Do you have some availability today? We would like an answer from Fox by this Wednesday afternoon so that we can file our motion to extend case deadlines well in advance of the August 3 expert report deadline.

Cheers,

Chris

From: Murray, Michael <michaelmurray@paulhastings.com>

Sent: Monday, July 20, 2026 10:13 PM
To: Young, Christopher M. <cyoung@kellogghansen.com>; Bondi, Brad <bradbondi@paulhastings.com>; Anguas, Ronald <ronaldanguas@paulhastings.com>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com>; Snyder, Ben <bensnyder@paulhastings.com>
Cc: Guzman, Michael J. <mguzman@kellogghansen.com>; Link, Anna K. <alink@kellogghansen.com>; Wang, Shunhe <swang@kellogghansen.com>; Crockett, Seth D. <scrockett@kellogghansen.com>; Murray, Michael <michaelmurray@paulhastings.com>
Subject: [EXTERNAL] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Chris,

We are in receipt of your email and are considering the requests.

Best,
Mike

From: Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>
Sent: Friday, July 17, 2026 7:52 AM
To: Bondi, Brad <bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com>>; Anguas, Ronald <ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com>>; Murray, Michael <michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com>>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com>>; Snyder, Ben <bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com>>
Cc: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>; Link, Anna K. <alink@kellogghansen.com<mailto:alink@kellogghansen.com>>; Wang, Shunhe <swang@kellogghansen.com<mailto:swang@kellogghansen.com>>; Crockett, Seth D. <scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com>>
Subject: [EXT] Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Dear counsel, I am writing on behalf of Newsmax regarding the current case schedule (Dkt. 80). Newsmax intends to request that the Court extend the deadlines in the case schedule by 9 months given the case's current posture and complexity.

Dear counsel,

I am writing on behalf of Newsmax regarding the current case schedule (Dkt. 80). Newsmax intends to request that the Court extend the deadlines in the case schedule by 9 months given the case's current posture and complexity. Please let me know if Fox will consent to the request for a 9-month extension.

Relatedly, Newsmax also intends to ask the Court for a status conference (either in person or by telephone) to discuss the current posture of the case, in particular the deadlines in the current case schedule and Newsmax's request to extend those deadlines by 9 months. Please let me know if Fox will consent to the request for a status conference.

If you would like to have a call to discuss one or both of those requests, please let me know.

Finally, we are aware that you are waiting to hear from us on Fox's joint motion to extend the briefing schedule on Newsmax's motion for leave. We will respond to you today.

Cheers,

Chris

Christopher M. Young
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, D.C. 20036
Tel: (202) 367-7805 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**********************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE<https://www.paulhastings.com/global-privacy-statement >. If you have any questions, please contact Privacy@paulhastings.com<mailto:privacy@paulhastings.com>.

# EXHIBIT D

**From:** Murray, Michael <michaelmurray@paulhastings.com>
**Sent:** Thursday, August 6, 2026 5:52 PM
**To:** Young, Christopher M.; Anguas, Ronald; Pennoyer, Olivia; Snyder, Ben; Josh Webb
**Cc:** Guzman, Michael J.; Link, Anna K.; Wang, Shunhe; Crockett, Seth D.; Daniel E. Nordby; Kim, Nathaniel L.; Murray, Michael
**Subject:** [EXTERNAL] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Hi Chris,

Thank you for your email. No hearing is necessary or contemplated by the Local Rules and procedures here because both motions to compel are already briefed and submitted, and the Court has not called for a hearing. See ECF 112 (Reinhart, J.) (May 27, 2026). In addition, any discovery hearing should await a decision by Judge Artau on the motion to stay discovery and/or motion to dismiss. Nevertheless, we are available on Tuesday, August 25 or Wednesday, August 26. If the Court decides to set a discovery hearing, we intend to ask the Court to hear Defendants' motion to compel at the same hearing, while reserving rights to seek oral argument on the threshold motions before Judge Artau before any discovery hearing.

Best,
Mike

---

**From:** Young, Christopher M. <cyoung@kellogghansen.com>
**Sent:** Monday, August 3, 2026 8:40 PM
**To:** Anguas, Ronald <ronaldanguas@paulhastings.com>; Murray, Michael <michaelmurray@paulhastings.com>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com>; Snyder, Ben <bensnyder@paulhastings.com>; Josh Webb <josh@lawsonhuckgonzalez.com>
**Cc:** Guzman, Michael J. <mguzman@kellogghansen.com>; Link, Anna K. <alink@kellogghansen.com>; Wang, Shunhe <swang@kellogghansen.com>; Crockett, Seth D. <scrockett@kellogghansen.com>; Daniel E. Nordby <dnordby@shutts.com>; Kim, Nathaniel L. <nkim@kellogghansen.com>
**Subject:** [EXT] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Hi Ronald,

I'm writing to follow up on your 7/31 proposal. While we appreciate the willingness to engage, we do not agree to a stay of discovery. Fox has already been denied a stay once; there is a presumption in the Southern District of Florida that discovery will proceed while any motion to dismiss is pending; and Newsmax has already produced its carriage agreements while Fox has failed to produce its own, meaning that any stay will disproportionately benefit Fox and disadvantage Newsmax.

Separately, Newsmax intends to ask Magistrate Judge Reinhart for a hearing on its motion to compel relating to Fox's carriage agreements and related correspondence. Per Magistrate Judge Reinhart's Standard Discovery Order, we may request a discovery hearing by sending Magistrate Judge Reinhart an email; "[t]he email shall provide the Court with two afternoons in the following seven business days when all parties are available" and "shall state the amount of time that the parties anticipate needing for the hearing"; and "[c]ounsel are required to appear in person at the discovery hearing unless otherwise excused by the Court." Reinhart Standard Discovery Order at 12-13. Newsmax is available for a hearing

on following dates in August: 8/12, 8/13, 8/14, 8/19, 8/20, 8/21, 8/24, 8/25, 8/26, and 8/27. Please advise which of those dates Fox is available for a hearing on Newsmax's motion to compel.

Best regards,

Chris

---

**From:** Young, Christopher M. <cyoung@kellogghansen.com>
**Sent:** Saturday, August 1, 2026 6:56 AM
**To:** Anguas, Ronald <ronaldanguas@paulhastings.com>; Murray, Michael <michaelmurray@paulhastings.com>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com>; Snyder, Ben <bensnyder@paulhastings.com>; Josh Webb <josh@lawsonhuckgonzalez.com>
**Cc:** Guzman, Michael J. <mguzman@kellogghansen.com>; Link, Anna K. <alink@kellogghansen.com>; Wang, Shunhe <swang@kellogghansen.com>; Crockett, Seth D. <scrockett@kellogghansen.com>; Daniel E. Nordby <dnordby@shutts.com>; Kim, Nathaniel L. <nkim@kellogghansen.com>
**Subject:** Re: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Hi Ronald,

Acknowledging receipt. We are considering the proposal and will revert.

Chris

Get Outlook for iOS

---

**From:** Anguas, Ronald <ronaldanguas@paulhastings.com>
**Sent:** Friday, July 31, 2026 6:24 AM
**To:** Young, Christopher M. <cyoung@kellogghansen.com>; Murray, Michael <michaelmurray@paulhastings.com>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com>; Snyder, Ben <bensnyder@paulhastings.com>; Josh Webb <josh@lawsonhuckgonzalez.com>
**Cc:** Guzman, Michael J. <mguzman@kellogghansen.com>; Link, Anna K. <alink@kellogghansen.com>; Wang, Shunhe <swang@kellogghansen.com>; Crockett, Seth D. <scrockett@kellogghansen.com>; Daniel E. Nordby <dnordby@shutts.com>; Kim, Nathaniel L. <nkim@kellogghansen.com>
**Subject:** [EXTERNAL] Re: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Thank you, Chris. Fox is amenable to extending the overall case schedule if Newsmax will agree to a stay of all discovery pending resolution of Fox's motion to dismiss the complaint (and resolution of any motion to dismiss the proposed amended complaint, if leave to file is granted). Will Newsmax agree to stay discovery if the case schedule is extended?

Best,

Ronnie

---

From: Young, Christopher M. <cyoung@kellogghansen.com>
Sent: Thursday, July 30, 2026 12:11 PM
To: Anguas, Ronald <ronaldanguas@paulhastings.com>; Murray, Michael <michaelmurray@paulhastings.com>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com>; Snyder, Ben <bensnyder@paulhastings.com>; Josh Webb <josh@lawsonhuckgonzalez.com>

Cc: Guzman, Michael J. <mguzman@kellogghansen.com>; Link, Anna K. <alink@kellogghansen.com>; Wang, Shunhe <swang@kellogghansen.com>; Crockett, Seth D. <scrockett@kellogghansen.com>; Daniel E. Nordby <dnordby@shutts.com>; Kim, Nathaniel L. <nkim@kellogghansen.com>
Subject: [EXT] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

-- External Email --
Report Suspicious<https://us-phishalarm-ewt.proofpoint.com/EWT/v1/AzbtxItlYFH3yJIM!hQ1i_Bm3Neh128a4bWWZ54LZ2GB3acPU5dKBGBTYC2VVnviG2ZRHJ4u0uSieZrYpQL1xn8QsCCFLE44er5pIoMetT2If5F8NMxADwpn_Y-4pP_ivO36X-lmRYPJFGO7pihpiqttxhtsb02OTMw$>

Hi Ronald,

I'm writing to follow up on our call yesterday, where you suggested a 30-45 day extension of the expert deadlines only and keeping the rest of the schedule intact. While we appreciate the willingness the engage, a 30-45 day extension (or even a 50-60 day extension) will not address the underlying problem that the parties have not conducted the fact discovery that is a prerequisite to expert work and such a short extension would not provide a sufficient amount of time for the parties to conduct that fact discovery.

We reiterate our request that Fox consent to the nine-month extension of the case schedule that we proposed in our motion to extend case deadlines, which Newsmax believes will offer the minimum amount of time necessary for the parties to do the discovery that needs to be done. We also request that Fox proceed with producing its carriage agreements, as it offered to do long ago.

Happy to discuss further on a call, if helpful.

Cheers,

Chris

From: Young, Christopher M. <cyoung@kellogghansen.com>
Sent: Tuesday, July 28, 2026 9:35 PM
To: Anguas, Ronald <ronaldanguas@paulhastings.com>; Murray, Michael <michaelmurray@paulhastings.com>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com>; Snyder, Ben <bensnyder@paulhastings.com>; Josh Webb <josh@lawsonhuckgonzalez.com>
Cc: Guzman, Michael J. <mguzman@kellogghansen.com>; Link, Anna K. <alink@kellogghansen.com>; Wang, Shunhe <swang@kellogghansen.com>; Crockett, Seth D. <scrockett@kellogghansen.com>; Daniel E. Nordby <dnordby@shutts.com>
Subject: Re: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Hi Ronald,

That works. Please feel free to call me then at 256-520-5843.

Chris

Get Outlook for iOS<https://urldefense.com/v3/__https://aka.ms/o0ukef__;!!AzbtxItlYFH3yJIM!aM_gXMQSnr_bAa2Kj1YBIHV4hqoSOaa0NU04n8SZKS9TNfTOzH0RLveRpVW6eWjkHr_gBjE2o_rfpCWnBqWWSe294LQ$>

________________________________

From: Anguas, Ronald <ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com>>
Sent: Tuesday, 28 July 2026 21:22:01

To: Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>; Murray, Michael <michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com>>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com>>; Snyder, Ben <bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com>>; Josh Webb <josh@lawsonhuckgonzalez.com<mailto:josh@lawsonhuckgonzalez.com>>
Cc: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>; Link, Anna K. <alink@kellogghansen.com<mailto:alink@kellogghansen.com>>; Wang, Shunhe <swang@kellogghansen.com<mailto:swang@kellogghansen.com>>; Crockett, Seth D. <scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com>>; Daniel E. Nordby <dnordby@shutts.com<mailto:dnordby@shutts.com>>
Subject: [EXTERNAL] Re: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

How's 10:30 ET tomorrow? Many thanks.

________________________________

From: Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>
Sent: Tuesday, July 28, 2026 8:26 PM
To: Anguas, Ronald <ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com>>; Murray, Michael <michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com>>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com>>; Snyder, Ben <bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com>>; Josh Webb <josh@lawsonhuckgonzalez.com<mailto:josh@lawsonhuckgonzalez.com>>
Cc: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>; Link, Anna K. <alink@kellogghansen.com<mailto:alink@kellogghansen.com>>; Wang, Shunhe <swang@kellogghansen.com<mailto:swang@kellogghansen.com>>; Crockett, Seth D. <scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com>>; Daniel E. Nordby <dnordby@shutts.com<mailto:dnordby@shutts.com>>
Subject: [EXT] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

-- External Email --
Report Suspicious<https://us-phishalarm-ewt.proofpoint.com/EWT/v1/AzbtxItlYFH3yJIM!hQ1i_vd3Neh128a4bWWZR1EvAV2DbzZ_DpNtcHRHxO1wCJ5WV6lSsojMk_hY08ykb_dwQp0bDCdYR4PvSSl-qVaIEzskO4OrRBq436_bCr5D5R9-5ZghSwY-EuswssRqYKnwXpajoAajWJ2DqQ$>

Hi Ronald,

Thanks for the email. I'm available tomorrow morning between 9 am and 12 noon ET. Does that window work for you?

Cheers,

Chris

From: Anguas, Ronald <ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com>>
Sent: Tuesday, July 28, 2026 4:43 PM
To: Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>; Murray, Michael <michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com>>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com>>; Snyder, Ben <bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com>>; Josh Webb <josh@lawsonhuckgonzalez.com<mailto:josh@lawsonhuckgonzalez.com>>
Cc: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>; Link, Anna K.

<alink@kellogghansen.com<mailto:alink@kellogghansen.com>>; Wang, Shunhe
<swang@kellogghansen.com<mailto:swang@kellogghansen.com>>; Crockett, Seth D.
<scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com>>; Daniel E. Nordby
<dnordby@shutts.com<mailto:dnordby@shutts.com>>
Subject: [EXTERNAL] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Hi Chris—Are you available to speak this afternoon or tomorrow regarding Newsmax's motion to extend the case schedule? Thank you.

________________________________

[Paul Hastings LLP]<http://www.paulhastings.com/>
Ronald K. Anguas, Jr. | Partner
Paul Hastings LLP | 2050 M Street NW, Washington, DC 20036
Direct: +1.202.551.1872 | Main: +1.202.551.1700 | Fax: +1.202.551.0372
ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com%3cmailto:ronaldanguas@paulhastings.com>> |
www.paulhastings.com<http://www.paulhastings.com/><https://urldefense.com/v3/__http://www.paulhastings.com*3chttp:/www.paulhastings.com/*3e__;JSU!!AzbtxItlYFH3yJIM!aM_gXMQSnr_bAa2Kj1YBIHV4hqoSOaa0NU04n8SZKS9TNfTOzH0RLveRpVW6eWjkHr_gBjE2o_rfpCWnBqWWPKiTHh8$>

From: Young, Christopher M.
<cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com%3cmailto:cyoung@kellogghansen.com>>>
Sent: Wednesday, July 22, 2026 5:10 PM
To: Murray, Michael
<michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com%3cmailto:michaelmurray@paulhastings.com>>>; Bondi, Brad
<bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com%3cmailto:bradbondi@paulhastings.com>>>; Anguas, Ronald
<ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com%3cmailto:ronaldanguas@paulhastings.com>>>; Pennoyer, Olivia
<oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com%3cmailto:oliviapennoyer@paulhastings.com>>>; Snyder, Ben
<bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com%3cmailto:bensnyder@paulhastings.com>>>
Cc: Guzman, Michael J.
<mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com%3cmailto:mguzman@kellogghansen.com>>>; Link, Anna K.
<alink@kellogghansen.com<mailto:alink@kellogghansen.com<mailto:alink@kellogghansen.com%3cmailto:alink@kellogghansen.com>>>; Wang, Shunhe
<swang@kellogghansen.com<mailto:swang@kellogghansen.com<mailto:swang@kellogghansen.com%3cmailto:swang@kellogghansen.com>>>; Crockett, Seth D.
<scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com%3cmailto:scrockett@kellogghansen.com>>>; Daniel E. Nordby
<dnordby@shutts.com<mailto:dnordby@shutts.com<mailto:dnordby@shutts.com%3cmailto:dnordby@shutts.com>>>
Subject: [EXT] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Hi Michael, Thank you for letting us know. Please note that I attempted to call you just now to discuss your email, but you did not answer. If you would like to discuss, I am available at the number you previously called. Otherwise, we will

Hi Michael,

Thank you for letting us know. Please note that I attempted to call you just now to discuss your email, but you did not answer. If you would like to discuss, I am available at the number you previously called. Otherwise, we will note in our papers that we were unable to reach a resolution.

Chris

From: Murray, Michael <michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com%3cmailto:michaelmurray@paulhastings.com>>>
Sent: Wednesday, July 22, 2026 4:53 PM
To: Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com%3cmailto:cyoung@kellogghansen.com>>>; Bondi, Brad <bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com%3cmailto:bradbondi@paulhastings.com>>>; Anguas, Ronald <ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com%3cmailto:ronaldanguas@paulhastings.com>>>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com%3cmailto:oliviapennoyer@paulhastings.com>>>; Snyder, Ben <bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com%3cmailto:bensnyder@paulhastings.com>>>
Cc: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com%3cmailto:mguzman@kellogghansen.com>>>; Link, Anna K. <alink@kellogghansen.com<mailto:alink@kellogghansen.com<mailto:alink@kellogghansen.com%3cmailto:alink@kellogghansen.com>>>; Wang, Shunhe <swang@kellogghansen.com<mailto:swang@kellogghansen.com<mailto:swang@kellogghansen.com%3cmailto:swang@kellogghansen.com>>>; Crockett, Seth D. <scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com%3cmailto:scrockett@kellogghansen.com>>>; Daniel E. Nordby <dnordby@shutts.com<mailto:dnordby@shutts.com<mailto:dnordby@shutts.com%3cmailto:dnordby@shutts.com>>>; Murray, Michael <michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com%3cmailto:michaelmurray@paulhastings.com>>>
Subject: [EXTERNAL] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Counsel:

We oppose your requests for a nine-month extension and for a status conference. It has been nearly one year since Judge Cannon dismissed your specious complaint and you then embarked on what the Wisconsin court recognized was judge shopping, delaying resolution of the threshold issue of whether Newsmax even has stated a claim.

As you know, there are pending motions to dismiss, to stay discovery, to compel discovery, and to amend the

complaint. Judge Artau is aware of the procedural status of this case but has not set a status conference or a hearing on the motions pending before him, and Judge Reinhart declined to hold a hearing on the pending discovery motions. The Court should have the opportunity to rule on the threshold pleading issues before the parties start burdening the Court with requests to change the schedule or appear for conferences.

The issues you raise will be mooted if Judge Artau dismisses this meritless lawsuit. Continued procedural requests unnecessarily take up the Court and the parties' resources and, therefore, we oppose Newsmax's requests.

________________________________

[cid:image001.png@01DD1ECE.AB693D00]<http://www.paulhastings.com/>
Michael Murray | Co-Chair, Antitrust and Competition | Partner, Litigation
Paul Hastings LLP | 2050 M Street NW, Washington, DC 20036 | Direct: +1.202.551.1730 | Main: +1.202.551.1700 | Fax: +1.202.551.0230 |
michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com%3cmailto:michaelmurray@paulhastings.com>> |
www.paulhastings.com<http://www.paulhastings.com/><https://urldefense.com/v3/__http://www.paulhastings.com*3chttp:/www.paulhastings.com/*3e__;JSU!!AzbtxItlYFH3yJIM!aM_gXMQSnr_bAa2Kj1YBIHV4hqoSOaa0NU04n8SZKS9TNfTOzH0RLveRpVW6eWjkHr_gBjE2o_rfpCWnBqWWPKiTHh8$>

From: Young, Christopher M.
<cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com%3cmailto:cyoung@kellogghansen.com>>>
Sent: Wednesday, July 22, 2026 11:03 AM
To: Murray, Michael
<michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com%3cmailto:michaelmurray@paulhastings.com>>>; Bondi, Brad
<bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com%3cmailto:bradbondi@paulhastings.com>>>; Anguas, Ronald
<ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com%3cmailto:ronaldanguas@paulhastings.com>>>; Pennoyer, Olivia
<oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com%3cmailto:oliviapennoyer@paulhastings.com>>>; Snyder, Ben
<bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com%3cmailto:bensnyder@paulhastings.com>>>
Cc: Guzman, Michael J.
<mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com%3cmailto:mguzman@kellogghansen.com>>>; Link, Anna K.
<alink@kellogghansen.com<mailto:alink@kellogghansen.com<mailto:alink@kellogghansen.com%3cmailto:alink@kellogghansen.com>>>; Wang, Shunhe
<swang@kellogghansen.com<mailto:swang@kellogghansen.com<mailto:swang@kellogghansen.com%3cmailto:swang@kellogghansen.com>>>; Crockett, Seth D.
<scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com%3cmailto:scrockett@kellogghansen.com>>>; Daniel E. Nordby
<dnordby@shutts.com<mailto:dnordby@shutts.com<mailto:dnordby@shutts.com%3cmailto:dnordby@shutts.c

om>>>
Subject: [EXT] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Hi Mike, Thanks for the email. We will look out for Fox's position. If helpful, I remain available to discuss over the phone. Chris -----Original Message----- From: Murray, Michael <michaelmurray@paulhastings.com> Sent: Wednesday, July

Hi Mike,

Thanks for the email. We will look out for Fox's position. If helpful, I remain available to discuss over the phone.

Chris

-----Original Message-----

From: Murray, Michael <michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com%3cmailto:michaelmurray@paulhastings.com>>>

Sent: Wednesday, July 22, 2026 10:34 AM

To: Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com%3cmailto:cyoung@kellogghansen.com>>>; Bondi, Brad <bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com%3cmailto:bradbondi@paulhastings.com>>>; Anguas, Ronald <ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com%3cmailto:ronaldanguas@paulhastings.com>>>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com%3cmailto:oliviapennoyer@paulhastings.com>>>; Snyder, Ben <bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com%3cmailto:bensnyder@paulhastings.com>>>

Cc: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com%3cmailto:mguzman@kellogghansen.com>>>; Link, Anna K. <alink@kellogghansen.com<mailto:alink@kellogghansen.com<mailto:alink@kellogghansen.com%3cmailto:alink@kellogghansen.com>>>; Wang, Shunhe <swang@kellogghansen.com<mailto:swang@kellogghansen.com<mailto:swang@kellogghansen.com%3cmailto:swang@kellogghansen.com>>>; Crockett, Seth D. <scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com%3cmailto:scrockett@kellogghansen.com>>>; Daniel E. Nordby <dnordby@shutts.com<mailto:dnordby@shutts.com<mailto:dnordby@shutts.com%3cmailto:dnordby@shutts.com>>>

Subject: [EXTERNAL] Re: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Good morning,

Thanks Chris. We are conferring with Fox today and will circle back afterwards.

Best,

Mike

________________________________

From: Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com%3cmailto:cyoung@kellogghansen.com>>>

Sent: Tuesday, July 21, 2026 7:52 AM

To: Murray, Michael <michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com%3cmailto:michaelmurray@paulhastings.com>>>; Bondi, Brad <bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com%3cmailto:bradbondi@paulhastings.com>>>; Anguas, Ronald <ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com%3cmailto:ronaldanguas@paulhastings.com>>>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com%3cmailto:oliviapennoyer@paulhastings.com>>>; Snyder, Ben <bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com%3cmailto:bensnyder@paulhastings.com>>>

Cc: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com%3cmailto:mguzman@kellogghansen.com>>>; Link, Anna K. <alink@kellogghansen.com<mailto:alink@kellogghansen.com<mailto:alink@kellogghansen.com%3cmailto:alink@kellogghansen.com>>>; Wang, Shunhe <swang@kellogghansen.com<mailto:swang@kellogghansen.com<mailto:swang@kellogghansen.com%3cmailto:swang@kellogghansen.com>>>; Crockett, Seth D. <scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com%3cmailto:scrockett@kellogghansen.com>>>; Daniel E. Nordby <dnordby@shutts.com<mailto:dnordby@shutts.com<mailto:dnordby@shutts.com%3cmailto:dnordby@shutts.com>>>

Subject: [EXT] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

-- External Email --

Report Suspicious<https://us-phishalarm-
ewt.proofpoint.com/EWT/v1/AzbtxItlYFH3yJIM!hQ1i_Bm3Neh128a4bWWZ58xXGAD3Sc0aS9KguZr2SiXRX85nuVR
cxUTGNj1aCYwKN1jXK0V0PJLADmXBYnws_FEuwJLCOq6bOPe5GLPFomNa5jcIJZIXFxbnH1yoTHE0s0g7Cs6VaSN
d1JbvxZg$ <https://us-phishalarm-
ewt.proofpoint.com/EWT/v1/AzbtxItlYFH3yJIM!hQ1i_Bm3Neh128a4bWWZ58xXGAD3Sc0aS9KguZr2SiXRX85nuVR
cxUTGNj1aCYwKN1jXK0V0PJLADmXBYnws_FEuwJLCOq6bOPe5GLPFomNa5jcIJZIXFxbnH1yoTHE0s0g7Cs6VaSN
d1JbvxZg$%20> >

Hi Mike,

Thanks for the acknowledgement. I'd like to briefly discuss with you over the phone. Do you have some availability today? We would like an answer from Fox by this Wednesday afternoon so that we can file our motion to extend case deadlines well in advance of the August 3 expert report deadline.

Cheers,

Chris

From: Murray, Michael
<michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com<mailto:michaelmurray@paulhas
tings.com%3cmailto:michaelmurray@paulhastings.com>>>

Sent: Monday, July 20, 2026 10:13 PM

To: Young, Christopher M.
<cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com%3cmail
to:cyoung@kellogghansen.com>>>; Bondi, Brad
<bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com%3c
mailto:bradbondi@paulhastings.com>>>; Anguas, Ronald
<ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhasting
s.com%3cmailto:ronaldanguas@paulhastings.com>>>; Pennoyer, Olivia
<oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhasti
ngs.com%3cmailto:oliviapennoyer@paulhastings.com>>>; Snyder, Ben
<bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com%3
cmailto:bensnyder@paulhastings.com>>>

Cc: Guzman, Michael J.
<mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com
%3cmailto:mguzman@kellogghansen.com>>>; Link, Anna K.
<alink@kellogghansen.com<mailto:alink@kellogghansen.com<mailto:alink@kellogghansen.com%3cmailto:alink
@kellogghansen.com>>>; Wang, Shunhe
<swang@kellogghansen.com<mailto:swang@kellogghansen.com<mailto:swang@kellogghansen.com%3cmailto:

swang@kellogghansen.com>>>; Crockett, Seth D.
<scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com%
3cmailto:scrockett@kellogghansen.com>>>; Murray, Michael
<michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com<mailto:michaelmurray@paulhas
tings.com%3cmailto:michaelmurray@paulhastings.com>>>

Subject: [EXTERNAL] RE: Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Chris,

We are in receipt of your email and are considering the requests.

Best,

Mike

From: Young, Christopher M.
<cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com%3cmail
to:cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com%3cmailto:cyoung@kellogghansen.com%3c
mailto:cyoung@kellogghansen.com%3cmailto:cyoung@kellogghansen.com>>>>

Sent: Friday, July 17, 2026 7:52 AM

To: Bondi, Brad
<bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com%3c
mailto:bradbondi@paulhastings.com<mailto:bradbondi@paulhastings.com%3cmailto:bradbondi@paulhastings.
com%3cmailto:bradbondi@paulhastings.com%3cmailto:bradbondi@paulhastings.com>>>>; Anguas, Ronald
<ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhasting
s.com%3cmailto:ronaldanguas@paulhastings.com<mailto:ronaldanguas@paulhastings.com%3cmailto:ronalda
nguas@paulhastings.com%3cmailto:ronaldanguas@paulhastings.com%3cmailto:ronaldanguas@paulhastings.c
om>>>>; Murray, Michael
<michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com<mailto:michaelmurray@paulhas
tings.com%3cmailto:michaelmurray@paulhastings.com<mailto:michaelmurray@paulhastings.com%3cmailto:m
ichaelmurray@paulhastings.com%3cmailto:michaelmurray@paulhastings.com%3cmailto:michaelmurray@paul
hastings.com>>>>; Pennoyer, Olivia
<oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhasti
ngs.com%3cmailto:oliviapennoyer@paulhastings.com<mailto:oliviapennoyer@paulhastings.com%3cmailto:olivi
apennoyer@paulhastings.com%3cmailto:oliviapennoyer@paulhastings.com%3cmailto:oliviapennoyer@paulhas
tings.com>>>>; Snyder, Ben
<bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com%3
cmailto:bensnyder@paulhastings.com<mailto:bensnyder@paulhastings.com%3cmailto:bensnyder@paulhasting
s.com%3cmailto:bensnyder@paulhastings.com%3cmailto:bensnyder@paulhastings.com>>>>

Cc: Guzman, Michael J.

<mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com%3cmailto:mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com%3cmailto:mguzman@kellogghansen.com%3cmailto:mguzman@kellogghansen.com%3cmailto:mguzman@kellogghansen.com>>>>; Link, Anna K.
<alink@kellogghansen.com<mailto:alink@kellogghansen.com<mailto:alink@kellogghansen.com%3cmailto:alink@kellogghansen.com<mailto:alink@kellogghansen.com%3cmailto:alink@kellogghansen.com%3cmailto:alink@kellogghansen.com%3cmailto:alink@kellogghansen.com>>>>; Wang, Shunhe
<swang@kellogghansen.com<mailto:swang@kellogghansen.com<mailto:swang@kellogghansen.com%3cmailto:swang@kellogghansen.com<mailto:swang@kellogghansen.com%3cmailto:swang@kellogghansen.com%3cmailto:swang@kellogghansen.com%3cmailto:swang@kellogghansen.com>>>>; Crockett, Seth D.
<scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com%3cmailto:scrockett@kellogghansen.com<mailto:scrockett@kellogghansen.com%3cmailto:scrockett@kellogghansen.com%3cmailto:scrockett@kellogghansen.com%3cmailto:scrockett@kellogghansen.com>>>>

Subject: [EXT] Newsmax v. Fox (SD Fla.) - case schedule extension and status conference requests

Dear counsel, I am writing on behalf of Newsmax regarding the current case schedule (Dkt. 80). Newsmax intends to request that the Court extend the deadlines in the case schedule by 9 months given the case's current posture and complexity.

Dear counsel,

I am writing on behalf of Newsmax regarding the current case schedule (Dkt. 80). Newsmax intends to request that the Court extend the deadlines in the case schedule by 9 months given the case's current posture and complexity. Please let me know if Fox will consent to the request for a 9-month extension.

Relatedly, Newsmax also intends to ask the Court for a status conference (either in person or by telephone) to discuss the current posture of the case, in particular the deadlines in the current case schedule and Newsmax's request to extend those deadlines by 9 months. Please let me know if Fox will consent to the request for a status conference.

If you would like to have a call to discuss one or both of those requests, please let me know.

Finally, we are aware that you are waiting to hear from us on Fox's joint motion to extend the briefing schedule on Newsmax's motion for leave. We will respond to you today.

Cheers,

Chris

Christopher M. Young

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, D.C. 20036

Tel: (202) 367-7805 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**************************************************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE<https://www.paulhastings.com/global-privacy-statement <https://www.paulhastings.com/global-privacy-statement%20> >. If you have any questions, please contact Privacy@paulhastings.com<mailto:privacy@paulhastings.com<mailto:Privacy@paulhastings.com%3cmailto:privacy@paulhastings.com<mailto:Privacy@paulhastings.com%3cmailto:privacy@paulhastings.com%3cmailto:Privacy@paulhastings.com%3cmailto:privacy@paulhastings.com>>>.

# EXHIBIT E

**From:** Murray, Michael <michaelmurray@paulhastings.com>
**Sent:** Tuesday, August 11, 2026 3:06 PM
**To:** Young, Christopher M.; reinhart@flsd.uscourts.gov
**Cc:** Guzman, Michael J.; Link, Anna K.; Crockett, Seth D.; Kim, Nathaniel L.; Daniel E. Nordby; Bondi, Brad; Anguas, Ronald; Pennoyer, Olivia; Snyder, Ben; Josh Webb; Murray, Michael
**Subject:** [EXTERNAL] RE: Request for Discovery Hearing

Dear Magistrate Judge Reinhart,

Fox's position is that no hearing is necessary or contemplated by the Local Rules and procedures here because both motions to compel are already briefed and submitted, and the Court has not called for a hearing. See ECF No. 112 (May 27, 2026) (order of Reinhart, J., taking motions under advisement). In addition, any discovery hearing should await a decision by Judge Artau on the motion to stay discovery and/or motion to dismiss. See ECF No. 102 (May 8, 2026) (motion to stay discovery); ECF No. 101 (May 8, 2026) (motion to dismiss). Nevertheless, as Newsmax stated, we are available on Tuesday, August 25 or Wednesday, August 26. If the Court decides to set a discovery hearing, we respectfully ask, as Newsmax indicated, the Court to hear Defendants' motion to compel at the same hearing. See ECF No. 104 (May 11, 2026).

Best,
Michael Murray

PAUL HASTINGS

**Michael Murray | Co-Chair, Antitrust and Competition | Partner, Litigation**
Paul Hastings LLP | 2050 M Street NW, Washington, DC 20036 | Direct: +1.202.551.173
Main: +1.202.551.1700 | Fax: +1.202.551.0230 | michaelmurray@paulhastings.com |
www.paulhastings.com

**From:** Young, Christopher M. <cyoung@kellogghansen.com>
**Sent:** Tuesday, August 11, 2026 2:50 PM
**To:** reinhart@flsd.uscourts.gov
**Cc:** Guzman, Michael J. <mguzman@kellogghansen.com>; Link, Anna K. <alink@kellogghansen.com>; Crockett, Seth D. <scrockett@kellogghansen.com>; Kim, Nathaniel L. <nkim@kellogghansen.com>; Daniel E. Nordby <dnordby@shutts.com>; Bondi, Brad <bradbondi@paulhastings.com>; Murray, Michael <michaelmurray@paulhastings.com>; Anguas, Ronald <ronaldanguas@paulhastings.com>; Pennoyer, Olivia <oliviapennoyer@paulhastings.com>; Snyder, Ben <bensnyder@paulhastings.com>; Josh Webb <josh@lawsonhuckgonzalez.com>
**Subject:** [EXT] Request for Discovery Hearing

Daer Magistrate Judge Reinhart,

I am writing on behalf of Plaintiff Newsmax Broadcasting, LLC ("Newsmax") regarding *Newsmax Broadcasting, LLC v. Fox Corporation*, Case No. 26-cv-80467-EA. Newsmax respectfully requests a hearing on its pending motion to compel Defendants Fox Corporation and Fox News Network, LLC (collectively, "Fox") to produce carriage agreements and associated communications. Dkt. 51. Fox has indicated that, if the Court holds a hearing on Newsmax's motion to compel, Fox also would like to argue its pending motion to compel Newsmax's responses to interrogatories, Dkt. 104, during the same hearing.

The parties have identified the following two business days this month when they are both available:

- Tuesday, August 25
- Wednesday, August 26

The parties are not available prior to those dates.

The parties anticipate needing 30 minutes for the hearing.

Given that the parties have already filed motions to compel, Newsmax does not anticipate filing a joint discovery memorandum in advance of the hearing. Please advise whether the Court has a different preference.

Newsmax certifies that it has conferred with opposing counsel and confirmed counsel's availability on the proposed dates and confirmed the amount of time anticipated for the hearing. Opposing counsel is copied on this email.

Best regards,

**Christopher M. Young**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, D.C. 20036
Tel: (202) 367-7805 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

******************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.